UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                   Chapter 13

    **EARLE STANLEY GREER**

    Debtor                                        Bky. No. 18-18146-ELF

* * * * * * *

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

*Earle Stanley Greer, Debtor, has filed MOTION to Convert Chapter 13 Case to Chapter 11 with the Court for permission to convert his Chapter 13 case to Chapter 11.*

1. **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before April 23, 2019 you or your**
attorney must file a response to the Motion. *(see Instructions on next page).*

3. **A hearing on the Motion is scheduled to be held on April 30, 2019, at 1:00 p.m. in Courtroom 1, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an <u>evidentiary hearing</u>.**

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) *408-2800* and for Reading cases at *610-208-5040* to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## **Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. If you **are not required to file electronically,** you must file your response at

    UNITED STATES BANKRUPTY COURT
    900 Market Street, Suite 400
    Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Lisa R. Jenkins, Esquire
    5925 Charles Street
    Philadelphia, PA 19135
    Phone No. 215 397 2923
    E-mail jenkinsjoneslisa@gmail.com

Date: April 1, 2019