**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: EARLE STANLEY GREER | : **Chapter 13** : |
| Debtor | : **Bankruptcy No. 18-18146=ELF** |
| | : **11 U.S.C. 1307(d) Motion to Convert** |

## CERTIFICATE OF SERVICE

I, Earle Stanley Greer, do hereby certify, under penalty of law, that a true and correct copy of Debtor's Motion to Convert to Chapter 11, Notice of filing deadline and Hearing date has been served this 1st day of April, 2019 by first class mail upon those listed below:

William C. Miller, Esquire, Trustee
111 South Independence Mall, Suite 583
Philadelphia, PA 19106
And
All parties on the Matrix list

_____
Earle Stanley Greer