UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Earle Stanley Greer
Bankruptcy No. 18-18146
Adversary No.
Chapter         13

Date:   April 8, 2019

To:     Robert S. Esposito, Esquire
        1515 DeKalb Pike
        Suite 201
        Blue Bell, PA 19422-3367

## NOTICE OF INACCURATE FILING

Re:  Motion to Modify Automatic Stay

The above pleading was filed in this office on **04/05/19.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )    Debtor's name does not match case number listed
- ( )    Debtor's name and/or case number (is) are missing
- ( )    Wrong PDF document attached
- ( )    PDF document  not legible
- **(XX) Notice of Motion is missing.**
- ( )    Electronic Signature missing
- **(XX) Other-Judge's name on order is incorrect-Eric L. Frank NOT Eric L. Fox.**

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Antoinette Stevenson**
Deputy Clerk