UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Earle Stanley Greer | | : Bankruptcy No. 18-18146-elf |
| | Debtor | | : Chapter 13 |
| | | | : |
| STONEHEDGE FUNDING, LLC, | | Movant | : Hearing on  04/30/2019  at  9:30 am |
| | vs. | | : in Courtroom  1 (Nix) |
| | | | : |
| EARLE STANLEY GREER, | | Debtor | : |
| | and | | : |
| WILLIAM C. MILLER | | Trustee | : 11 U.S.C. § 362 |

NOTICE OF MOTION, RESPONSE
DEADLINE AND HEARING DATE

Stonehedge Funding, LLC (referred to in this Notice as "Movant") has filed the attached Motion for Relief from the Automatic Stay to allow the enforcement of its mortgage on premises 2216 S. 69th Street, Philadelphia, Pennsylvania 19142 with the Bankruptcy Court.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. If you do not have an attorney, you may wish to consult an attorney.**

1.   If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on this Motion, then on or before  April 26, 2019  , you or your attorney must do all of the following:

    (a)    file an answer explaining your position at the office of
                Clerk, United States Bankruptcy Court
                900 Market Street, Suite 400
                Philadelphia, Pennsylvania 19107

                If you mail your answer to the Bankruptcy Clerk's office, you must mail it early enough so that it will be received on or before the date stated above;

    (b)    mail a copy to Movant's attorney:
                Robert S. Esposito, Esquire
                1515 DeKalb Pike, Suite 201
                Blue Bell, Pennsylvania 19422-3367
                Telephone No: (610) 277-5788
                Facsimile No:  (610) 277-8556
                Email Address: RSE@AttorneyEsposito.com

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and you attend the hearing, the Court may enter on order granting the relief requested in the Motion.

3.   A hearing on this Motion is scheduled to be held before the Honorable, Eric L. Frank on  April 30, 2019  at  09:30 a.m. in Courtroom #1, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107.

4.   If a copy of this Motion is not enclosed, a copy of it will be provided to you if you request one from the attorney named in paragraph 1(b) above.

5.   You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:   04/05/2019

*/s/ Robert S. Esposito*
ROBERT S. ESPOSITO, ESQUIRE
Attorney for Movant, Stonehedge Funding, LLC