UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Earle Stanley Greer | : | Bankruptcy No. 18-18146-elf |
| | Debtor | : | Chapter 13 |
| | | : | |
| STONEHEDGE FUNDING, LLC, | Movant | : | |
| vs. | | : | **Hearing on** 04/30/2019 **at** 9:30 am |
| | | : | **in Courtroom** 1 (Nix) |
| EARLE STANLEY GREER, | Debtor | : | |
| and | | : | |
| WILLIAM C. MILLER | Trustee | : | 11 U.S.C. § 362 |

### ORDER MODIFYING STAY

AND NOW, this  30th  day of   April   , 2019, upon consideration of the attached Motion of Stonehedge Funding, LLC for Relief from Automatic Stay under Section 362; after due notice to all parties in interest; and there being no response to the Motion; it is

**ORDERED** that the stay imposed by 11 U. S. C. §362 is **modified** to allow Stonehedge Funding, LLC to commence and/or resume all actions to enforce its mortgage upon premises 2216 S. 69th Street, Philadelphia, Pennsylvania 19142 and to proceed with execution process through, but not limited to, Sheriff's Sale of said premises.

FURTHER ORDERED that compliance with the provisions of Fed.R.Bktcy.Pro. 4001(a)(3) is excused.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**