United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-18146-elf
Earle Stanley Greer                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett          Page 1 of 1              Date Rcvd: Apr 30, 2019
                               Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
db             +Earle Stanley Greer,   3 Carriage Lane,   Lansdowne, PA 19050-2318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
          CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
           cmomjian@attorneygeneral.gov
          JOSEPH PATRICK SCHALK    on behalf of Creditor    BB&T jschalk@barley.com,
           cbrelje@barley.com;jrachor@barley.com
          KARINA  VELTER    on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          KYLE FRANCIS EINGORN    on behalf of Creditor    Cornerstone Bank keingorn@dbblegal.com
          LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
           laltieri@toscanigillin.com
          MICHAEL E. BROWN    on behalf of Creditor    Cornerstone Bank mbrown@dbblegal.com,
           keingorn@dbblegal.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          PAMELA ELCHERT THURMOND    on behalf of Creditor BANKRUPTCY GROUP, MS  CITY OF PHILADELPHIA LAW
           DEPARTMENT TAX & REVENUE UNIT pamela.thurmond@phila.gov,   karena.blaylock@phila.gov
          ROBERT S. ESPOSITO    on behalf of Creditor    Stonehedge Funding, LLC RSE@AttorneyEsposito.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                        TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Earle Stanley Greer | : Bankruptcy No. 18-18146-elf |
| | Debtor | : Chapter 13 |
| | | : |

| | | |
|---|---|---|
| STONEHEDGE FUNDING, LLC, | Movant | : |
| vs. | | : **Hearing on  04/30/2019  at  9:30 am** |
| | | : **in Courtroom  1 (Nix)** |
| EARLE STANLEY GREER, | Debtor | : |
| and | | : |
| WILLIAM C. MILLER | Trustee | : 11 U.S.C. § 362 |

## ORDER MODIFYING STAY

AND NOW, this __30th__ day of __April_____, 2019, upon consideration of the attached Motion of Stonehedge Funding, LLC for Relief from Automatic Stay under Section 362; after due notice to all parties in interest; and there being no response to the Motion; it is

**ORDERED** that the stay imposed by 11 U. S. C. §362 is **modified** to allow Stonehedge Funding, LLC to commence and/or resume all actions to enforce its mortgage upon premises 2216 S. 69th Street, Philadelphia, Pennsylvania 19142 and to proceed with execution process through, but not limited to, Sheriff's Sale of said premises.

FURTHER ORDERED that compliance with the provisions of Fed.R.Bktcy.Pro. 4001(a)(3) is excused.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**