U.S. BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANISA

In Re:  Earle Stanley Greer                                                    18-18146-elf

ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly, enter my appearance on behalf of Earle Stanley Greer in this matter.

                    Respectfully submitted,

                    Valerie A. Hibbert, Esq.

Valerie A. Hibbert, Esq.

Hibbert & Associates, PC
22 North Lansdowne Ave.
Lansdowne, PA 19050
610-622-3660 (o)
610-622-7865 (f)
Vah963@gmail.com