## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    EARLE STANLEY GREER,    :    Chapter 13
:
Debtor    :    Bky. No. 18-18146 ELF

# O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Convert Case from Chapter 13 to Chapter 11 ("the Motion") (Doc. # 42) and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. **On or before June 21, 2019**, Debtor's counsel shall file a Statement pursuant to Fed. R. Bankr. P. 2016(b).

3. **On or before July 3, 2019**, the Debtor shall file any necessary amendments to the bankruptcy schedules and statement of financial affairs.

4. Pursuant to 11 U.S.C. §105(d)(1), (2), a Status Hearing is scheduled on **July 24, 2019, at 11:00 a.m., in Bankruptcy Courtroom No. 1, Second Floor, U.S. Courthouse, 900 Market Street, Philadelphia, Pennsylvania.**

Date:  June 12, 2019

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**