IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| EARLE STANLEY GREER | : | BANKR. NO. 18-18146 (ELF) |
| | : | |
| Debtor. | : | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, the undersigned hereby appears in the above captioned matter on behalf of the United States trustee for Region 3, and demands that all notices, motions, etc., given or required to be given in this case, and that all papers, etc., served in this case, be given to and served upon the following:

> Dave P. Adams
> Office of the United States trustee
> 833 Chestnut Street, Suite 500
> Philadelphia, Pennsylvania 19107
> (215) 597-4411
> (215) 597-5795 (fax)
> E-Mail:  Dave.P.Adams@usdoj.gov

DATED this 13th day of June, 2019.

> ANDREW R. VARA
> Acting United States trustee
>
>
> By:  /s/  *Dave P. Adams*
> Dave P. Adams
> 833 Chestnut Street, Suite 500
> Philadelphia, Pennsylvania  19107
> (215) 597-4411
> (215) 597-5795 (fax)