United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-18146-elf
Earle Stanley Greer                                                       Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa          Page 1 of 2          Date Rcvd: Jun 14, 2019
                             Form ID: 309E        Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
db              +Earle Stanley Greer,   3 Carriage Lane,   Lansdowne, PA 19050-2318
14244340        +Allstate Insurance Co.,    55 E. Cheltenham Ave.,   Cheltenham PA 19012-1412
14268240        +Branch Banking and Trust Company,   C/O Joseph P. Schalk, Esquire,   Barley Snyder, LLP,
                 126 East King Street,   Lancaster, PA 17602-2893
14244314        +Cornerstone Bank,   6000 Midlantic Drive,   Suite 120 S,   Mt. Laurel NJ 08054-1516
14244292         Foremost Insurance Group,   P.O. Box 3333,   Grand Rapids MI 49501-3333
14244326        +GRB Law,   1425 Spruce Street,   Suite 100,   Philadelphia PA 19102-4578
14248860        +Gary F. Seitz , as City Sequestrator,   Gellert Scali Busenkell & Brown LLC,   8 Penn Center,
                 1628 John F. Kennedy Blvd , Suite 1901,   Philadelphia , PA 19103-2113
14244342        +Infiniti Financial Services,   P.O. Box 650424,   Dallas TX 75265-0424
14244291         Infinity Financial Services,   P.O. Box 923747,   Peachtree Corners GA 30010-3747
14244336         Linebarger Goggan Blair Law Firm,   1600 JKF Blvd. #910,   Philadelphia PA 19103
14244362        +Loan Builder (paypal),   3505 Silverside Rd.,   Wilmington DE 19810-4905
14244364         PNC Bank,   P.O. Box 1820,   Dayton OH 45401-1820
14275622        +PNC Bank, N.A.,   P.O. Box 94982,   Cleveland, OH 44101-4982
14263186        +PNC Bank, National Association,   P.O. Box 94982,   Cleveland, OH 44101-4982
14244341        +Penn Credit Corp.,   P.O. Box 1259,   Dept. 91047,   Oaks PA 19456-1259
14246656        +Philadelphia Gas Works,   800 W Montgomery Avenue,   Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14244287        +Philadelphia Gas Works,   800 W. Montgomery Avenue,   Philadelphia PA 19122-2898
14244293        +Progressive Financial Services Inc.,   P.O. Box 22083,   Tempe AZ 85285-2083
14244339        +RCB,   5900-08 Torresdale Ave.,   Philadelphia PA 19135-4127
14244337         Southwest Delaware County,   Municipal Authority,   One Gamble lane,   P.O. Box 2466,
                 Aston PA 19014-0466
14255068        +Swift Financial, LLC as servicing agent,   for WebBank successor in interest,
                 to Celtic Bank Corp,   3505 Silverside Road, Suite 200,   Wilmington, DE 19810-4905
14244315         Univest Bank,   P.O. Box 197,   Souderton PA 18964-0197
14244290         Vital Recovery Services LLC,   P.O. Box 923747,   Peachtree Corners GA 30010-3747


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 15 2019 03:33:28     DAVE P. ADAMS,
                 United States Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
aty              E-mail/Text: vah963@gmail.com Jun 15 2019 03:31:11     VALERIE A. HIBBERT,
                 Valerie A. Hibbert, Esquire, P.C.,   18 North Lansdowne Avenue,   Lansdowne, PA  19050
smg              E-mail/Text: megan.harper@phila.gov Jun 15 2019 03:34:07     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              EDI: IRS.COM Jun 15 2019 07:03:00     Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia, PA  19101-7346
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2019 03:33:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 15 2019 03:33:28     United States Trustee,
                 Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
14244343        +EDI: AFNIRECOVERY.COM Jun 15 2019 07:03:00     AFNI,   P.O. Box 3097,
                 Bloomington IL 61702-3097
14244316         EDI: AMEREXPR.COM Jun 15 2019 07:03:00     American Express,   P.O. Box 1270,
                 Newark NJ 07101-1270
14257531         EDI: BECKLEE.COM Jun 15 2019 07:03:00     American Express National Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
14244325         EDI: BANKAMER.COM Jun 15 2019 07:03:00     Bank of America,   P.O. Box 15019,
                 Wilmington DE 19886-5019
14244294         E-mail/Text: bankruptcy@bbandt.com Jun 15 2019 03:32:16     BB&T Bank,   P.O. Box 819,
                 Wilson NC 27894-0819
14275718        +E-mail/Text: bankruptcy@bbandt.com Jun 15 2019 03:32:16     BB&T, bankruptcy section,
                 100-50-01-51,   P.O. box 1847,   Wilson, NC 27894-1847
14244286         E-mail/Text: megan.harper@phila.gov Jun 15 2019 03:34:07     City of Philadelphia,
                 c/o Pamela Elchert Thurmond, Esquire,   Dept. of Revenue-Law,
                 1401 JFK Blvd 5thFl Municipal Svc Bldg,   Philadelphia PA 19105
14253543        +E-mail/Text: steve@bottiglierilaw.com Jun 15 2019 03:35:07     Delaware County Tax Claim Bureau,
                 Government Center,   c/o STEPHEN VINCENT BOTTIGLIERI,   66 Euclid Street,   Suite C,
                 Woodbury, NJ 08096-4626
14244288        +E-mail/Text: bankruptcygroup@peco-energy.com Jun 15 2019 03:32:21     PECO,   P.O. Box 37629,
                 Philadelphia PA 19101-0629
14249211         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2019 03:32:46
                 Pennsylvania Department of Revenue,   Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
14244344        +EDI: DRIV.COM Jun 15 2019 07:03:00     Santander Consumer USA Inc.,   P.O. Box 961245,
                 Forth Worth TX 76161-0244
14244363         E-mail/Text: duffyk@co.delaware.pa.us Jun 15 2019 03:34:48
                 Tax Claim Bureau (County of Delaware),   201 West Front Street,   (Govt Center Building),
                 Media PA 19063-2768
14244324        +EDI: WFFC.COM Jun 15 2019 07:03:00     Wells Fargo Bank,   P.O. Box 30086,
                 Los Angeles CA 90030-0086
                                                                                         TOTAL: 19

```
District/off: 0313-2           User: Lisa            Page 2 of 2            Date Rcvd: Jun 14, 2019
                               Form ID: 309E         Total Noticed: 42
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
          CAROL E. MOMJIAN    on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue
           cmomjian@attorneygeneral.gov
          DAVE P. ADAMS    on behalf of U.S. Trustee   United States Trustee dave.p.adams@usdoj.gov
          JOSEPH PATRICK SCHALK    on behalf of Creditor   BB&T jschalk@barley.com,
           cbrelje@barley.com;jrachor@barley.com
          KARINA  VELTER    on behalf of Creditor   PNC Bank, National Association amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          KYLE FRANCIS EINGORN    on behalf of Creditor   Cornerstone Bank keingorn@dbblegal.com
          LEONARD B. ALTIERI, III    on behalf of Creditor   Delaware County Tax Claim Bureau
           laltieri@toscanigillin.com
          MICHAEL E. BROWN    on behalf of Creditor   Cornerstone Bank mbrown@dbblegal.com,
           keingorn@dbblegal.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          PAMELA ELCHERT THURMOND    on behalf of Creditor BANKRUPTCY GROUP, MS  CITY OF PHILADELPHIA LAW
           DEPARTMENT TAX & REVENUE UNIT pamela.thurmond@phila.gov,  karena.blaylock@phila.gov
          ROBERT S. ESPOSITO    on behalf of Creditor   Stonehedge Funding, LLC RSE@AttorneyEsposito.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          VALERIE A. HIBBERT    on behalf of Debtor Earle Stanley Greer vah963@gmail.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                    TOTAL: 15
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Earle Stanley Greer** | Social Security number or ITIN   **xxx–xx–4468** |
| | First Name   Middle Name   Last Name | EIN   **23–3077758, 65–1273080** |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | Date case filed in chapter **13**       **12/11/18** |
| Case number:   **18–18146–elf** | | Date case converted to chapter **11**   **6/12/19** |

## Official Form 309E (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***                **12/15**

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | Earle Stanley Greer | |
| **2.** | **All other names used in the last 8 years** | dba Spring Valley Real Estate, dba EG Foundation | |
| **3.** | **Address** | 3 Carriage Lane Lansdowne, PA 19050 | |
| **4.** | **Debtor's attorney** Name and address | VALERIE A. HIBBERT Valerie A. Hibbert, Esquire, P.C. 18 North Lansdowne Avenue Lansdowne, PA 19050 | Contact phone  (610) 622–3660  Email  vah963@gmail.com |
| **5.** | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.  Contact phone  (215)408–2800  Date: 6/14/19 |

**For more information, see page 2 >**

Debtor  **Earle Stanley Greer**                                                     Case number **18–18146–elf**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 16, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**900 Market Street, Suite 304B, Philadelphia, PA 19107** |

| | | | |
|---|---|---|---|
| **7.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 9/14/19** |
| | | **Deadline for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **For a governmental unit:  12/9/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. |