# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                 Chapter 11

    Earle Stanley Greer                                  Case No. 18-18146elf

           Debtors.

## AMENDED - STATEMENT OF MONTHLY Gross INCOME

The undersigned certifies the following is the debtor's monthly income.

| Income: | Debtor |
|---|---|
| Six months ago | $ 0.00 |
| Five months ago | $ 0.00 |
| Four months ago | $ 0.00 |
| Three months ago | $ 0.00 |
| Two months ago | $ 0.00 |
| Last month | $ 0.00 |
| Income from other sources | $ 21,000.00 |
| Total Gross income for six months preceding filing | $ 21,000.00 |
| **Average Monthly Gross Income** | $ 3,500.00 |
| **Average Monthly Net Income** (from Schedule I) | $ 10,217.00 |

Dated:  July 24, 2019

                                                                       /s/Earle Stanley Greer
                                                                         Earle Stanley Greer
                                                                             Debtor