**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **EARLE STANLEY GREER,** | : | Chapter 11 |
| | | : | |
| | Debtor | : | Bky. No. 18-18146 ELF |

# O R D E R

**AND NOW**, following a status hearing, it is hereby **ORDERED** that:

1. **On or before August 2, 2019**, the Debtor shall file any amendments to the bankruptcy schedules and statement of financial affairs necessary to permit the U.S. Trustee and interested parties to participate in a meaningful and functional hearing pursuant 11 U.S.C. §341, the originally scheduled hearing having been continued due to the inadequacy of the Debtor's prior filings.

2. **On or before September 16, 2019**, the Debtor shall file a proposed chapter 11 plan, disclosure statement and motion for approval of disclosure statement and plan voting procedures.

**Date: July 24, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**