United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 18-18146-elf
Earle Stanley Greer                                              Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jul 25, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
db             +Earle Stanley Greer,   3 Carriage Lane,   Lansdowne, PA 19050-2318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
          CAROL E. MOMJIAN   on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue
           cmomjian@attorneygeneral.gov
          DAVE P. ADAMS   on behalf of U.S. Trustee   United States Trustee dave.p.adams@usdoj.gov
          JOSEPH PATRICK SCHALK   on behalf of Creditor   BB&T jschalk@barley.com,
           cbrelje@barley.com;jrachor@barley.com
          KARINA  VELTER   on behalf of Creditor   PNC Bank, National Association amps@manleydeas.com
          KEVIN G. MCDONALD   on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          KYLE FRANCIS EINGORN   on behalf of Creditor   Cornerstone Bank keingorn@dbblegal.com
          LEONARD B. ALTIERI, III   on behalf of Creditor   Delaware County Tax Claim Bureau
           laltieri@toscanigillin.com
          MICHAEL E. BROWN   on behalf of Creditor   Cornerstone Bank mbrown@dbblegal.com,
           keingorn@dbblegal.com
          PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          PAMELA ELCHERT THURMOND   on behalf of Creditor BANKRUPTCY GROUP, MS  CITY OF PHILADELPHIA LAW
           DEPARTMENT TAX & REVENUE UNIT pamela.thurmond@phila.gov,   karena.blaylock@phila.gov
          ROBERT S. ESPOSITO   on behalf of Creditor   Stonehedge Funding, LLC RSE@AttorneyEsposito.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          VALERIE A. HIBBERT   on behalf of Debtor Earle Stanley Greer vah963@gmail.com
                                                                          TOTAL: 13

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **EARLE STANLEY GREER,** | : | **Chapter 11** |
| | | : | |
| | **Debtor** | : | **Bky. No. 18-18146 ELF** |

## O R D E R

AND NOW, following a status hearing, it is hereby **ORDERED** that:

1. **On or before August 2,  2019**, the Debtor shall file any amendments to the bankruptcy schedules and statement of financial affairs necessary to permit the U.S. Trustee and interested parties to participate in a meaningful and functional hearing pursuant 11 U.S.C. §341, the originally scheduled hearing having been continued due to the inadequacy of the Debtor's prior filings.

2. **On or before September 16, 2019**, the Debtor shall file a proposed chapter 11 plan, disclosure statement and motion for approval of disclosure statement and plan voting procedures.

**Date:  July 24, 2019**    _____

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**