**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Earle | Stanley | Greer |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  18-18146elf
(If known)

☒ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
- ☐ No. Go to Part 2.
- ☒ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**
City of Philadelphia
Priority Creditor's Name
Department of Revenue
Number    Street
1401 JFK Blvd 5th Floor

Philadelphia    PA    19105
City              State   ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $116,622.33    $_____    $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**2.2**
City of Philadelphia Law Tax & Revenue Unit
Priority Creditor's Name
1401 JFK Blvd. 5th Floor
Number    Street

Philadelphia    PA    19102
City              State   ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $131,303.15    $_____    $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page | | | | |
|---|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | **Total claim** | **Priority amount** | **Nonpriority amount** |

**2.3**  
DELAWARE COUNTY TAX CLAIM BUREAU  
Priority Creditor's Name  
201 WEST FRONT STREET  
Number  Street  
_____  
MEDIA            PA      19063  
City             State   ZIP Code  

Last 4 digits of account number ___ ___ ___ ___  

When was the debt incurred? _____  

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☒ Disputed  

**Who incurred the debt?** Check one.  
☒ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  

☐ Check if this claim is for a community debt  

**Type of PRIORITY unsecured claim:**  
☐ Domestic support obligations  
☐ Taxes and certain other debts you owe the government  
☐ Claims for death or personal injury while you were intoxicated  
☐ Other. Specify _____  

**Is the claim subject to offset?**  
☒ No  
☐ Yes  

Total claim: $11,141.14  Priority amount: $11,141.14  Nonpriority amount: $0.00

---

**2.4**  
DELAWARE COUNTY TAX CLAIM BUREAU  
Priority Creditor's Name  
_____  
Number  Street  
201 W FRONT STREET  
_____  
MEDIA            PA      19063  
City             State   ZIP Code  

Last 4 digits of account number ___ ___ ___ ___  

When was the debt incurred? _____  

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☒ Disputed  

**Who incurred the debt?** Check one.  
☒ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  

☐ Check if this claim is for a community debt  

**Type of PRIORITY unsecured claim:**  
☐ Domestic support obligations  
☐ Taxes and certain other debts you owe the government  
☐ Claims for death or personal injury while you were intoxicated  
☐ Other. Specify _____  

**Is the claim subject to offset?**  
☒ No  
☐ Yes  

Total claim: $16,169.38  Priority amount: $16,169.38  Nonpriority amount: $0.00

---

**2.5**  
DELAWARE COUNTY TAX CLAIM BUREAU  
Priority Creditor's Name  
201 W FRONT  
Number  Street  
_____  
MEDIA            PA      19063  
City             State   ZIP Code  

Last 4 digits of account number ___ ___ ___ ___  

When was the debt incurred? 1/18/2018  

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☒ Disputed  

**Who incurred the debt?** Check one.  
☒ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  

☐ Check if this claim is for a community debt  

**Type of PRIORITY unsecured claim:**  
☐ Domestic support obligations  
☐ Taxes and certain other debts you owe the government  
☐ Claims for death or personal injury while you were intoxicated  
☐ Other. Specify _____  

**Is the claim subject to offset?**  
☒ No  
☐ Yes  

Total claim: $17,280.74  Priority amount: $17,280.74  Nonpriority amount: $0.00

### Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.6** DELAWARE COUNTY TAX CLAIM BUREAU
Priority Creditor's Name

201 WEST FRONT STREET
Number   Street

MEDIA   PA   19063
City   State   ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 01/18/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Total claim: $8,581.56   Priority: $8,581.56   Nonpriority: $0.00

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**2.7** DELAWARE COUNTY TAX CLAIM BUREAU
Priority Creditor's Name

Number   Street

201 WEST FRONT STREET

MEDIA   PA   19063
City   State   ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Total claim: $15,938.46   Priority: $15,938.46   Nonpriority: $0.00

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**2.8** DELAWARE COUNTY TAX CLAIM BUREAU
Priority Creditor's Name

Number   Street

201 WEST FRONT STREET

MEDIA   PA   19063
City   State   ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 01/18/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Total claim: $10,335.24   Priority: $10,335.24   Nonpriority: $0.00

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.9** | **DELAWARE COUNTY TAX CLAIM BUREAU** — Priority Creditor's Name<br>201 WEST FRONT STREET<br>MEDIA, PA 19063<br>Last 4 digits of account number ___ ___ ___ ___<br>When was the debt incurred? 1/18/2019<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent ☐ Unliquidated ☒ Disputed<br>Who incurred the debt? ☒ Debtor 1 only<br>Type of PRIORITY unsecured claim: (none checked)<br>Is the claim subject to offset? ☒ No | | $23,063.76 | $23,063.76 | $0.00 |
| **2.10** | **DELAWARE COUNTY TAX CLAIM BUREAU** — Priority Creditor's Name<br>201 WEST FRONT STREET<br>MEDIA, PA 19063<br>Last 4 digits of account number ___ ___ ___ ___<br>When was the debt incurred? 01/18/2019<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent ☐ Unliquidated ☒ Disputed<br>Who incurred the debt? ☒ Debtor 1 only<br>Type of PRIORITY unsecured claim: (none checked)<br>Is the claim subject to offset? ☒ No | | $8,968.94 | $8,968.94 | $0.00 |
| **2.11** | **DELAWARE COUNTY TAX CLAIM BUREAU** — Priority Creditor's Name<br>201 WEST FRONT STREET<br>MEDIA, PA 19063<br>Last 4 digits of account number ___ ___ ___ ___<br>When was the debt incurred? 1/23/2019<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent ☐ Unliquidated ☒ Disputed<br>Who incurred the debt? ☒ Debtor 1 only<br>Type of PRIORITY unsecured claim: (none checked)<br>Is the claim subject to offset? ☒ No | | $13,077.70 | $13,077.70 | $0.00 |

| Part 1: | Your PRIORITY Unsecured Claims —Continuation Page | | | |
|---|---|---|---|---|
| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | **Total claim** | **Priority amount** | **Nonpriority amount** |

**2.12**

PA DEPARTMENT OF REVENUE  
*Priority Creditor's Name*  
PO BOX 280946  
*Number  Street*  
_____  
HARRISBURG   PA   17128  
*City   State   ZIP Code*

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$19,249.10   $19,249.10   $0.00

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**2.13**

_____  
*Priority Creditor's Name*  
_____  
*Number  Street*  
_____  
_____  
*City   State   ZIP Code*

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____   $_____   $_____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**2.14**

_____  
*Priority Creditor's Name*  
_____  
*Number  Street*  
_____  
_____  
*City   State   ZIP Code*

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____   $_____   $_____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

### Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than four priority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1**
AFNI
Nonpriority Creditor's Name
PO BOX 3097
Number    Street
BLOOMINGTON    IL    61702
City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$328.00

**4.2**
AMERICAN EXPRESS
Nonpriority Creditor's Name
PO BOX 1270
Number    Street
NEWARK    NJ    07101
City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** 2 0 0 8
**When was the debt incurred?** 2011

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Credit Card Charges

$23,338.23

**4.3**
BANK OF AMERICA
Nonpriority Creditor's Name
PO BOX 15019
Number    Street
WILMINGTON    DE    19886
City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** 4 4 6 8
**When was the debt incurred?** 2011

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Business Loan

$28.00

Debtor 1  Earle    Stanley    Greer                         Case number (if known) 18-18146elf
         First Name  Middle Name  Last Name

Case 18-18146-elf    Doc 89    Filed 08/02/19    Entered 08/02/19 15:51:19    Desc Main
                    Document    Page 7 of 10

**Part 2:** Your NONPRIORITY Unsecured Claims —Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

### 4.4

**INFINITI FINANCIAL SERVICES**
Nonpriority Creditor's Name

PO BOX 650424
Number    Street

DALLAS                    TX
City                      State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___     $6,000.00

**When was the debt incurred?** 2011

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify CAR LEASE

### 4.5

**LOAN BUILDER**
Nonpriority Creditor's Name

3505 SILVERSIDE ROAD
Number    Street

WILMIMGTON          DE    19810
City                      State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___     $18,000.00

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

### 4.6

**Swift Financial, LLC**
Nonpriority Creditor's Name

3505 Silverside Road. Suite 200
Number    Street

Willington          DE    19810
City                      State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** 4  4  6  8     $23,103.82

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Business Loan

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.   **Total claim**

**4.7**

WELLS FARGO
Nonpriority Creditor's Name

PO BOX 30086
Number    Street

LOS ANGELES        CA     90030
City               State  ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2011

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$46,000.00

**4.8**

_____
Nonpriority Creditor's Name

_____
Number    Street

_____
City               State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

**4.9**

_____
Nonpriority Creditor's Name

_____
Number    Street

_____
City               State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

Debtor 1  Earle   Stanley   Greer                                Case number (if known) 18-18146elf
          First Name   Middle Name   Last Name

### Part 3: List Others to Be Notified About a Debt That You Already Listed

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Swift Financia, LLC
Name

625 W. Ridge Pike
Number   Street

Building E Suite 207

Conshohoken, PA 19428
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.6 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                          ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 4  4  6  8

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 9 of 10

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $52,470.05 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | $52,470.05 |