United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-18146-elf
Earle Stanley Greer                                                       Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2                Date Rcvd: Sep 23, 2019
                              Form ID: pdf900         Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2019.
```
db          +Earle Stanley Greer,    3 Carriage Lane,    Lansdowne, PA 19050-2318
cr          +BANKRUPTCY GROUP, MS CITY OF PHILADELPHIA LAW DEPA,     1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,
              PHILADELPHIA, PA 19102-1617
cr          +BB&T,    Barley Snyder, LLP,    126 E. King Street,    Lancaster, PA 17602-2893
cr          +Cornerstone Bank,    Dembo, Brown & Burns LLP,    1300 Route 73,    Suite 205,
              Mount Laurel, NJ  08054,    UNITED STATES 08054-2200
cr          +Stonehedge Funding, LLC,    P. O. Box 460,    Uwchland, PA 19480-0460
14244340    +Allstate Insurance Co.,    55 E. Cheltenham Ave.,     Cheltenham PA 19012-1412
14244316     American Express,    P.O. Box 1270,    Newark NJ 07101-1270
14257531     American Express National Bank,     c/o Becket and Lee LLP,    PO Box 3001,
              Malvern  PA 19355-0701
14244325   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,     P.O. Box 15019,    Wilmington DE 19886-5019)
14268240    +Branch Banking and Trust Company,    C/O Joseph P. Schalk, Esquire,    Barley Snyder, LLP,
              126 East King Street,    Lancaster, PA 17602-2893
14255727    +Commonwealth of Pennsylvania,    Department of Revenue,    c/o CAROL E. MOMJIAN,
              Office of the Attorney General,    1600 Arch Street, Third Floor,    Philadelphia, PA 19103-2016
14256957    +Cornerstone Bank,    c/o Michael E. Brown, Esquire,    Dembo, Brown & Burns LLP,    1300 Route 73,
              Suite 205,    Mount Laurel, NJ 08054-2200
14257468    +Cornerstone Bank,    c/o KYLE FRANCIS EINGORN, Esquire,    Dembo, Brown & Burns LLP,
              1300 Route 73,    Suite 205,    Mount Laurel, NJ 08054-2200
14244314    +Cornerstone Bank,    6000 Midlantic Drive,    Suite 120 S,    Mt. Laurel NJ 08054-1516
14244292     Foremost Insurance Group,    P.O. Box 3333,    Grand Rapids MI 49501-3333
14244326    +GRB Law,    1425 Spruce Street,    Suite 100,    Philadelphia PA 19102-4578
14248860    +Gary F. Seitz , as City Sequestrator,     Gellert Scali Busenkell & Brown LLC,    8 Penn Center,
              1628 John F. Kennedy Blvd , Suite 1901,    Philadelphia , PA 19103-2113
14244342    +Infiniti Financial Services,    P.O. Box 650424,    Dallas TX 75265-0424
14244291     Infinity Financial Services,    P.O. Box 923747,    Peachtree Corners GA 30010-3747
14244336     Linebarger Goggan Blair Law Firm,    1600 JKF Blvd. #910,    Philadelphia PA 19103
14244362    +Loan Builder (paypal),    3505 Silverside Rd.,    Wilmington DE 19810-4905
14272030    +PNC BANK NATIONAL ASSOCIATION,    c/o KEVIN G. MCDONALD,     KML LAW GROUP, P.C.,
              701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14244364     PNC Bank,    P.O. Box 1820,    Dayton OH 45401-1820
14275622    +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
14263186    +PNC Bank, National Association,    P.O. Box 94982,    Cleveland, OH 44101-4982
14257469    +PNC Bank, National Association,    c/o KARINA VELTER,    Manley Deas Kochalski LLC,
              P.O. Box 165028,    Columbus, OH 43216-5028
14244341    +Penn Credit Corp.,    P.O. Box 1259,    Dept. 91047,    Oaks PA 19456-1259
14246656    +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
14244287    +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia PA 19122-2898
14244293    +Progressive Financial Services Inc.,    P.O. Box 22083,    Tempe AZ 85285-2083
14244339    +RCB,    5900-08 Torresdale Ave.,    Philadelphia PA 19135-4127
14244344    +Santander Consumer USA Inc.,    P.O. Box 961245,    Forth Worth TX 76161-0244
14244337     Southwest Delaware County,    Municipal Authority,    One Gamble lane,    P.O. Box 2466,
              Aston PA 19014-0466
14255068    +Swift Financial, LLC as servicing agent,     for WebBank successor in interest,
              to Celtic Bank Corp,    3505 Silverside Road, Suite 200,    Wilmington, DE 19810-4905
14244315     Univest Bank,    P.O. Box 197,    Souderton PA 18964-0197
14244290     Vital Recovery Services LLC,    P.O. Box 923747,    Peachtree Corners GA 30010-3747
14244324    +Wells Fargo Bank,    P.O. Box 30086,    Los Angeles CA 90030-0086

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Sep 24 2019 02:46:40      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: cio.bncmail@irs.gov Sep 24 2019 02:46:21      Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, PA  19101-7346
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 24 2019 02:46:37       U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: megan.harper@phila.gov Sep 24 2019 02:46:40      City of Philadelphia,
              Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
              5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2019 02:46:29
              Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
              Harrisburg, PA  17128-0946
cr          +E-mail/Text: duffyk@co.delaware.pa.us Sep 24 2019 02:46:44      Delaware County Tax Claim Bureau,
              Government Center,    201 W. Front Street,    Media, PA 19063-2708
14244343    +E-mail/Text: EBNProcessing@afni.com Sep 24 2019 02:46:35      AFNI,    P.O. Box 3097,
              Bloomington IL 61702-3097
14244294     E-mail/Text: bankruptcy@bbandt.com Sep 24 2019 02:46:21      BB&T Bank,    P.O. Box 819,
              Wilson NC 27894-0819
14275718    +E-mail/Text: bankruptcy@bbandt.com Sep 24 2019 02:46:21      BB&T, bankruptcy section,
              100-50-01-51,    P.O. box 1847,    Wilson, NC 27894-1847
```

```
District/off: 0313-2           User: Antoinett             Page 2 of 2                   Date Rcvd: Sep 23, 2019
                               Form ID: pdf900             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14244286         E-mail/Text: megan.harper@phila.gov Sep 24 2019 02:46:40     City of Philadelphia,
                  c/o Pamela Elchert Thurmond, Esquire,   Dept. of Revenue-Law,
                  1401 JFK Blvd 5thFl Municipal Svc Bldg,   Philadelphia PA 19105
14253543        +E-mail/Text: steve@bottiglierilaw.com Sep 24 2019 02:46:47     Delaware County Tax Claim Bureau,
                  Government Center,   c/o STEPHEN VINCENT BOTTIGLIERI,   66 Euclid Street,   Suite C,
                  Woodbury, NJ 08096-4626
14244288        +E-mail/Text: bankruptcygroup@peco-energy.com Sep 24 2019 02:46:22     PECO,   P.O. Box 37629,
                  Philadelphia PA 19101-0629
14249211         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2019 02:46:29
                  Pennsylvania Department of Revenue,   Bankruptcy Division P O Box 280946,
                  Harrisburg PA 17128-0946
14244363         E-mail/Text: duffyk@co.delaware.pa.us Sep 24 2019 02:46:44
                  Tax Claim Bureau (County of Delaware),   201 West Front Street,   (Govt Center Building),
                  Media PA 19063-2768
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA 17128-0946
14346810*       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                  Malvern  PA 19355-0701
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2019 at the address(es) listed below:
```
              CAROL E. MOMJIAN    on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue
               cmomjian@attorneygeneral.gov
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              JOSEPH PATRICK SCHALK    on behalf of Creditor    BB&T jschalk@barley.com,
               cbrelje@barley.com;jrachor@barley.com
              KARINA  VELTER    on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              KYLE FRANCIS EINGORN    on behalf of Creditor    Cornerstone Bank keingorn@dbblegal.com
              LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
              MICHAEL E. BROWN    on behalf of Creditor    Cornerstone Bank mbrown@dbblegal.com,
               keingorn@dbblegal.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              PAMELA ELCHERT THURMOND    on behalf of Creditor BANKRUPTCY GROUP, MS  CITY OF PHILADELPHIA LAW
               DEPARTMENT TAX & REVENUE UNIT pamela.thurmond@phila.gov,  karena.blaylock@phila.gov
              ROBERT S. ESPOSITO    on behalf of Creditor    Stonehedge Funding, LLC RSE@AttorneyEsposito.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VALERIE A. HIBBERT    on behalf of Debtor Earle Stanley Greer vah963@gmail.com
                                                                                              TOTAL: 13
```

**LOCAL BANKRUPTCY FORM 9014-3**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| EARLE STANLEY GREER, | : | BANKR. NO. 18-18146ELF |
| | : | |
| Debtor. | : | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The United States trustee has filed **a Motion to Dismiss or Convert** with the Court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **fourteen days from the date of this Notice,** you or your attorney must do all of the following:

    (a)   file an answer explaining your position at:

    U.S. Bankruptcy Court, Eastern District of Pennsylvania
    900 Market Street, Suite 400
    Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)   mail a copy to the movant's attorney:

    Dave P. Adams
    Office of the U.S. trustee
    200 Chestnut Street, Suite 502
    Philadelphia, PA   19106
    Telephone:   (215) 597-4411/Fax: (215) 923-1293

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Hon. Eric L. Frank on **October 23, 2019, at 11:00 a.m. in Courtroom #1**, U. S. Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.   Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:   September 19, 2019.

H:\MYFILES\GREER NOTICE.DOCX