## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :
EARLE STANLEY GREER                 :         Bankruptcy No. 18-18146ELF
                                    :         Chapter 11
              Debtor                :
                                    :

## ORDER

AND NOW, this            day of                , 2019, after hearing, the Trustee's

Motion to Dismiss is Denied. Debtor is hereby allowed to continue his case as a Chapter

11 debtor.

                                        FOR THE COURT:


                                        _____
                                        Hon. Eric L. Frank, B.J.


Interested partied:

Dave P. Adams                           Earle Stanley Greer
Office of the United States Trustee     3 Carriage Lane
200 Chestnut Street, Suite 502          Lansdowne, PA 19050
Philadelphia, PA 19106
215 597-4411
215 923-1293 (fax)
Dave.p.adams@usdoj.gov


Valerie A. Hibbert, Esquire
18 North Lansdowne Avenue
Lansdowne, P A 19050
Telephone: 610.622.3660
vah963@gmail.com
*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :
                                          :
EARLE STANLEY GREER,          :          Bankruptcy No. 18-18146ELF
                                          :          Chapter 11
                         Debtor.     :          **HEARING TO BE HELD**
                                          :          Date: October 23, 2019
                                                       Time:  11:00 a.m.
                                                       Place: Courtroom #1

DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS OR CONVERT TO
CHAPTER 7

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District

of Pennsylvania, Debtor answers as follows:

1. Thru 3. Admitted, however it must be noted that Debtor is filing this date his Motion

seeking a conditional Order, his disclosure statement and his plan.

4. The Debtor is in the process of filing all due monthly operating reports including the

one for September 2019, which is included as an exhibit to his disclosure statement.

5. Debtor is fully committed to following through and fulfilling his obligations pursuant

to this bankruptcy case.

WHEREFORE, Debtor respectfully requests that he be allowed to continue in this

Bankruptcy as a Chapter 11 debtor.

                                    Respectfully submitted,

                                    *Valerie A. Hibbert, Esq.*

Date: October 1, 2019
                                    _____
                                    Valerie A. Hibbert, Esquire
                                    18 North Lansdowne Avenue
                                    Lansdowne, P A 19050
                                    Telephone: 610.622.3660
                                    vah963@gmail.com
                                    *Counsel for the Debtor*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :
                                              :
EARLE STANLEY GREER                           :        Bankruptcy No. 18-18146ELF
                                              :        Chapter 11
                              Debtor          :
                                              :

## CERTIFICATE OF SERVICE

I, Valerie A. Hibbert, Esq., do hereby certify that true and correct copies of Debtor's Answer to Trustee's Motion to Dismiss has been served this 1st day of October 2019 by first class mail upon those listed below:

Dave P. Adams
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, Pennsylvania 19106

*Valerie A. Hibbert, Esq.*

Valerie A. Hibbert, Esq.
Attorney for Debtor