UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 11

EARLE STANLEY GREER,

Case No. 18-18146-elf

Debtor.

### DEBTOR'S DISCLOSURE STATEMENT

I.     INTRODUCTION

This is the disclosure statement (the "Disclosure Statement") in the small business chapter 11 case of Earle Stanley Greer (the "Debtor"). This Disclosure Statement provides information about the Debtor and the Plan filed on October 3, 2019 (the "Plan") to help you decide how to vote. A copy of the Plan is attached as Exhibit "A". Your rights may be affected. You should read the Plan and this Disclosure Statement carefully. You may wish to consult an attorney about your rights and your treatment under the Plan.

The proposed distributions under the Plan are discussed at pages 5- 13 of this Disclosure Statement. General unsecured creditors are classified in Classes 4 and 5, and as described in greater detail herein, are eligible to receive a pro rata percentage of their allowed claims based upon the disposable income of the Debtor as estimated herein, to be distributed under and pursuant to this Plan.

A.     Purpose of This Document

This Disclosure Statement describes: (a) the Debtor and significant events during the bankruptcy case; (b) how the Plan proposes to treat claims or equity interests of the type you hold *(i.e.,* what you will receive on your claim or equity interest if the plan is confirmed); (c) who can vote on or object to the Plan; (d) what factors the Bankruptcy Court will consider when deciding whether to confirm the Plan; (e) why the Debtor believes the Plan is feasible, and how the treatment of your claim or equity interest under the Plan compares to what you would receive on your claim or equity interest in liquidation, and (f) the effect of confirmation of the Plan.

Be sure to read the Plan as well as the Disclosure Statement. This Disclosure Statement describes the Plan, but it is the Plan itself that will, if confirmed, establish your rights.

B.     Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing

The Court has not yet confirmed the Plan described in this Disclosure Statement. A separate order has been entered setting the following information:

1. Time and place of the hearing to finally approve this Disclosure Statement and confirm the Plan;

2. Deadline for voting to accept or reject the Plan; and

3. Deadline for objecting to the adequacy of disclosure and confirmation of the Plan.

If you want additional information about the Plan or the voting procedure, you should contact Valerie A. Hibbert, Esquire, 22 North Lansdowne Avenue, Lansdowne, PA 19050, (610) -622-3660, vah963@gmail.com.

### C.   Disclaimer

The Court has conditionally approved this Disclosure Statement as containing adequate information to enable parties affected by the Plan to make an informed judgment about its terms. The Court has not yet determined whether the Plan meets the legal requirements for confirmation, and the fact that the Court has approved this Disclosure Statement does not constitute an endorsement of the Plan by the Court, or a recommendation that it be accepted.

## II. BACKGROUND

### A.   Description and History of the Debtor's Business

The Debtor is an individual. Since 1995, the Debtor has been in the business of owning and renting single family residential real property located in Philadelphia and Delaware County Pa.

During the course of operating his business, the Debtor was the sole owner and operator of twenty eight (28) residential properties in Philadelphia and Delaware Co, at the time of the Bankruptcy Petition the Debtor owned and operated twenty eight (28) rental properties which are as follows:

1328 Wycombe Ave Darby Pa 19023
735 S Cecil Street Philadelphia Pa 19143
1339 Narragansett Street Philadelphia Pa 19138
137 N Ruby Street Philadelphia Pa 19131
149 N Edgewood Street Philadelphia Pa 19139
1508 Rainer Rd Brookhaven Pa 19015
21 N Edgewood Street Philadelphia Pa 19139
2101 S 68th Street Philadelphia Pa 19142
215 Spring Valley Rd Darby Pa 19023
228 Spring Valley Rd Darby Pa 19023
2403 S Edgewood Street Philadelphia Pa 19142
2510 Bonnaffonn Street Philadelphia Pa 19142
2536 Bonnaffon Street Philadelphia Pa 19142
2554 Bonnaffon Street Philadelphia Pa 19142
2620 S 68th Street Philadelphia Pa 19142
266 S Alden Street Philadelphia Pa 19139
29 N Ruby Street Philadelphia Pa 19139
6856 Guyer Street Philadelphia Pa 19142
5107 Folsom Street Philadelphia Pa 19139
512 N Vodges Street Philadelphia Pa 19131

5237 Race Street Philadelphia Pa 19131
5461 Cedar Ave Philadelphia Pa 19143
5711 Reedland Street Philadelphia Pa 19143
5715 Reedland Street Philadelphia Pa 19143
5721 Haverford Ave Philadelphia Pa 19139
1329 Edgehill Rd Darby Pa 19023
324 Darby Terr Darby Pa 19023
418 S 3rd Street Colwyn Pa 19023

At the time of filing the Petition Date, nineteen (19) of the Debtor's rental properties were occupied, the remaining properties were vacant and in need of renovations, repairs or construction.

B.    Insiders of the Debtor

The Debtor's wife, Reanie Greer, is a joint owner of the Debtor's primary residence at 3 Carriage Lane Lansdowne Pa 19050.

The Debtor owns and manages properties in Spring Valley Real Estate Dev LLC, EG Foundation LLC and Waterstone Capital LLC.

C.    Management of the Debtor During the Bankruptcy

The Debtor is an individual and has managed his business in the same capacity prior to and during his Chapter 11 proceeding. The Debtor will continue to act in the same capacity post-confirmation.

D.    Events Leading to Chapter 11 Filing

In December 2015 the Debtors largest lender Susquehanna Bank was taken over by BB&T Bank , at that time BB&T informed the Debtor they would not be doing his type of Real Estate loans and they would not be renewing the terms of his loans. Then they sent letters to all the Debtors tenants telling them that all rent should be sent to the bank. No one paid Rent to the Debtor or to the Bank. Most tenants moved out and some stayed but didn't pay the rent. This left the Debtor with no income and most of the properties vacant or with a tenant that had to be evicted.

The Debtor Filed for Bankruptcy to try and save his business, income and livelihood, after months the bankruptcy was dismissed, but the Debtor was able to work out payment agreements with all his secured creditors and has been paying as agreed. At this point the Debtor is working to get all the properties repaired, rented and generating income so he can pay off all his creditors.

E.    Significant Events During the Bankruptcy Case

goods sold to the Debtor in the ordinary course of business and received within 20 days before the date of the bankruptcy petition, and compensation for services and reimbursement of expenses awarded by the court under § 330(a) of the Code. The Code requires that all administrative expenses be paid on the effective date of the Plan, unless a particular claimant agrees to a different treatment. The Code also requires that fees owed under § 1930 of title 28, including quarterly and court fees, have been paid or will be paid on the effective date of the Plan.

The following chart lists the Debtor's estimated administrative expenses, and quarterly and court fees, and their proposed treatment under the Plan:

| Type | Estimated Amount Owed | Proposed Treatment |
|---|---|---|
| Expenses arising in the ordinary course of business after the Petition Date. | Expenses are paid current | Paid in full on the effective date of the Plan, or according to terms of obligation if later. |
| Professional Fees, as approved by the Court. | None | Paid in full on the effective date of the Plan, or according to separate written agreement, or according to court order if such fees have not been approved by the Court on the effective date of the Plan. |
| Clerk's Office Fees | None | Paid in full on the effective date of the Plan. |
| Other administrative expenses | Gary F. Seitz, as City Sequestrator in the amount of $4,000 (proof of claim number 3,4,5). | $80.00@50` |
| Office of the U.S. Trustee Fees | $0.00 | Paid quarterly with any outstanding balance paid in full on the effective date of the Plan. |
| Total: | $4,000.00 | |

## 2.    Priority tax claims

Priority tax claims are unsecured income, employment, and other taxes described by § 507(a)(8) of the Code. Unless the holder of such a § 507(a)(8) priority tax claim agrees otherwise, it must receive the present value of such claim pursuant to 11 U.S.C. § 511, in regular installments paid over a period not exceeding 5 years from the order of relief.

During the course of the bankruptcy, the Debtor has repaired and renovated ( 6) properties which are currently rented, and has been repairing and renovating (3) additional properties which the Debtor hopes will be rented within the next few months.

The Debtor has been paying all his secured creditors as agreed.

F.    Projected Recovery of Avoidable Transfers

The Debtor does not intend to pursue preference, fraudulent conveyance, or other avoidance actions.

G.    Claims Objections

Except to the extent that a claim is already allowed pursuant to a final non-appealable order, the Debtor reserves the right to object to claims and shall file objections on or before sixty (60) days from the effective date of the order confirming the Debtor's Plan. Therefore, even if your claim is allowed for voting purposes, you may not be entitled to a distribution if an objection to your claim is later upheld. Disputed claims are treated in Article 5 of the Plan.

H.    Current and Historical Financial Conditions

The identity and reasonable market value of the estate's assets are listed in Exhibit B (a copy of the Debtor's Schedule *A/B)*. The Debtor's assets consist of real property rentals, some of which are vacant and in need of repairs and renovation. The Debtor is very familiar with the real estate market where the properties are located and what renovations are necessary at each property.

The most recent post-petition operating report filed since the commencement of the Debtor's bankruptcy case is set forth in Exhibit C.

III.    SUMMARY OF THE PLAN OF REORGANIZATION AND TREATMENT OF CLAIMS AND EQUITY INTERESTS

A.    What Is the Purpose of the Plan of Reorganization?

As required by the Code, the Plan places claims and equity interests in various classes and describes the treatment each class will receive. The Plan also states whether each class of claims or equity interests is impaired or unimpaired. If the Plan is confirmed, your recovery will be limited to the amount provided by the Plan.

B.    Unclassified Claims

Certain types of claims are automatically entitled to specific treatment under the Code. They are not considered impaired, and holders of such claims do not vote on the Plan. They may, however, object if, in their view, their treatment under the Plan does not comply with that required by the Code. Therefore, the Plan Proponent has not placed the following claims in any class:

1.    Administrative expenses, and quarterly and Court fees

Administrative expenses are costs or expenses of administering the Debtor's chapter 11 case which are allowed under § 503(b) of the Code. Administrative expenses include the value of

The following chart lists the Debtor's estimated § 507(a)(8) priority tax claims and their proposed treatment under the Plan:

| Description (name and type of tax) | Estimated Amount Owed | Date of Assessment | Treatment |
|---|---|---|---|
| City of Philadelphia | $83,608.26 | Various | Paid in regular installments over a period not exceeding 5 years from the order of relief. $1672.00@50 |
| Delaware County Tax Claim Bureau | $115,567.96 | Various | Paid in regular installments over a period not exceeding 5 years from the order of relief. $2311.00@50 |

C.    Classes of Claims and Equity Interests

The following are the classes set forth in the Plan, and the proposed treatment that they will receive under the Plan:

1.    Classes of secured claims

Allowed Secured Claims are claims secured by property of the Debtor's bankruptcy estate (or that are subject to setoff) to the extent allowed as secured claims under § 506 of the Code. If the value of the collateral or setoffs securing the creditor's claim is less than the amount of the creditor's allowed claim, the deficiency will [be classified as a general unsecured claim].

A.    Consensual Secured Claims

The following charts list all of the Debtor's consensual secured prepetition claims and their proposed treatment under the Plan:

| Class | Description | Collateral | Insider | Impairment | Treatment |
|---|---|---|---|---|---|
| Class # 1 | PNC Bank | 3 Carriage Lane Priority of lien: 1 st Arrearage: $0.00 Total Claim $84,606 | No | Yes | Debtor will continue to make monthly payments pursuant to the loan documents. |
| | | 3 Carriage Lane Priority of lien: 1 st Arrearage: $0.00 Total Claim: $41,207 | | | |
| #1 | Santander Consumer | 2017 Ford Explorer Arrearage: $0.00 Total Claim: $32,551 | | | Debtor will continue to make monthly payments pursuant to the loan documents. |

| Class | Description | Document | Insider | Impairment | Treatment |
|---|---|---|---|---|---|
| Class #1 | BB&T Bank | 2101 S 68th Street<br>Priority of lien: 1 st<br>Arrearage: $0.00<br>Total Claim: 25,000 | No | Yes | Debtor will continue to make monthly payments pursuant to the loan documents. |
| | | 215 Spring Valley Rd<br>Priority of lien: 1 st<br>Arrearage:$0.00<br>Total Claim: $22,000 | | | |
| | | 2403 S Edgewood Street.<br>Priority of lien: 1st<br>Arrearage :$0.00<br><br>Total Claim: $21,000 | | | |
| | | 2510 Bonnaffon St<br>Priority of lien: 1 st<br>Arrearage:$0.00<br>Total Claim: $ 23,000 | | | |
| | | 2536 Bonnaffon St<br>Priority of lien: 1 st<br>Arrearage:$0.00<br>Total Claim: $19,000 | | | |
| | | 2554 B onnaffon St<br>Priority of lien: 1 st<br>Arrearage:$0.00<br>Total Claim: $21,000 | | | |
| | | 2620 S 68th Street<br>Priority of lien: 1st<br>Arrearage:$0.00<br>Total Claim:$23,000 | | | |
| | | 266 S Alden St<br>Priority of lien: 1 st<br>Arrearage:$0.00<br><br>Total Claim: $22,015 | | | |
| | | 29 N Ruby St<br>Priority of lien: 1 st<br>Arrearage:$ 0.00<br>Total Claim: $19,010 | | | |
| | | 6856 Guyer Ave<br>Priority of Lien : 1st<br>Arrearage:$0.00<br><br>Total Claim: $21,200 | | | |
| | | 1328 Wycombe Ave<br><br>Priority of Lien 1st<br>Arrearage: $0.00<br>Total Claim :$23,200 | | | |
| | | 5237 Race St<br>Priority of Lien : 1st<br>Arrearage $0.00<br>Total Claim $23,000 | | | |

| Class | Description | Collateral | Insider | Impairment | Treatment |
|-------|-------------|------------|---------|------------|-----------|
| Class #1 | BB&T Bank | 5711 Reedland St<br>Priority of lien: 1st<br>Arrearage:$0.00<br>Total Claim: $ 21,015<br><br>5715 Reedland St<br>Priority of lien: 1st<br>Arrearage :$0.00<br>Total Claim :$21,150<br><br>5721 Haverford Ave<br>Priority of Lien:1st<br><br>Arrearage $0.00<br>Total Claim $22,100<br><br>1329 Edgehill Rd<br>Priority of Lien 1st<br><br>Arrearage :$0.00<br><br>Total Claim:$23,375<br><br>324 Darby Ter<br>Priority of Lien:1st<br><br>Arrearage :$0.00<br>Total Claim $23,500<br><br>418 S 3rd<br>Priority of Lien: 1st<br>Arrearage :$0.00<br>Total Claim:$25,100 | No | Yes | Debtor will continue to make monthly payments pursuant to the loan documents. |

| Class | Description | Collateral | Insider | Impairment | Treatment |
|-------|-------------|------------|---------|------------|-----------|
| Class # 1 | BB&T Bank | 1339 Narragansett St<br>Priority of lien: 1st<br>Arrearage:$0.00<br>Total Claim: $ 23,015<br><br>1508 Rainer Rd<br>Priority of lien: 1st<br>Arrearage :$0.00<br>Total Claim :$24,150 | No | Yes | Debtor will continue to make monthly payments pursuant to the loan documents. |
| | Univest<br>Bank | 5461 Cedar Ave<br>Priority of Lien 1st<br>Arrearage $0.00<br>Total Claim $ 110,000<br><br>512 N Vodges St<br>Priority of Lien 1st<br>Arrearage :$0.00<br>Total Claim:$41,000 | | | |

B.    Nonconsensual Secured Claims

The following chart lists all of the Debtor's nonconsensual secured prepetition claims and their proposed treatment under the Plan:

| Class # | Description | Insider | Impairment | Treatment |
|---------|-------------|---------|------------|-----------|
| Class # 2 | Water Revenue Bureau Lien on properties $116.622.33 | No | Yes | Regular installments paid over a period not exceeding 10 year period from the order of relief. $1943.00 |
| Class # 2 | City of Philadelphia $11,366.21 | No | Yes | Regular installments paid over a period not exceeding 10 year period from the order of relief. $189.00 |
| | | | | Those payments are to begin 01/10/2024 |

3.    Classes of priority unsecured claims

The Code requires that, with respect to a class of claims of a kind referred to in §§ 507(a)(l), (4), (5), (6), and (7), each holder of such a claim receive cash on the effective date of the Plan equal to the allowed amount of such claim, unless a particular claimant agrees to a different treatment or the class agrees to deferred cash payments.

The following chart lists all classes containing claims under §§ 507(a)(l), (4), (5), (6), and (7) of the Code and their proposed treatment under the Plan:

| Class # | Description | Impairment | Treatment |
|---|---|---|---|
| Class # 3 | NONE | *nla* | Each holder of a priority claim will be paid in a manner consistent with §1l29(a) of the Code. |

4.    Classes of general unsecured claims

General unsecured claims are not secured by property of the estate and are not entitled to priority under § 507(a) of the Code.

The following chart identifies the Plan's proposed treatment of classes 4 through 5, which contain general unsecured claims against the Debtor:

A.    Class 4 Vendor and Consensual Creditors:

| Class # | Description | Impairment | Treatment |
|---|---|---|---|
| Class # 4 | General Unsecured Creditors; aggregate amount of claims is approximately $98,798.00:brackdown AFNI $328.00 American Express $23,338.23 Bank of America $28.00 Infiniti Financial Services $6000.00 Swift Financial LLC $23,103.82 Wells Fargo $46,000 | Yes | Debtor will make Monthly payments of $1647.00 after the first 60 Months of his filing. This payment to begin 01/10/2024 |

Class 5 General Unsecured Litigation Creditors:

| Class # | Description | Impairment | Treatment |
|---|---|---|---|
| Class # 5 | None | No | |

5.      Classes of equity interest holders

Equity interest holders are parties who hold an ownership interest (i.e., equity interest) in the Debtor. In a corporation, entities holding preferred or common stock are equity interest holders. In a partnership, equity interest holders include both general and limited partners. In a limited liability company (LLC), the equity interest holders are the members. Finally, with respect to an individual who is a debtor, the Debtor is the equity interest holder.

The following chart sets forth the Plan's proposed treatment of the classes of equity interest holders: [There may be more than one class of equity interests in, for example, a partnership case, or a case where the prepetition Debtor had issued multiple classes of stock.]

| Class # | Description | Impairment | Treatment |
|---------|-------------|------------|-----------|
| Class # 6 | Earle Greer | No | All equity holders shall retain their equity post-confirmation, in exchange for the elimination of any outstanding prepetition loan payable, upon contributions of money of the Debtor, |

|  |  |  | and contribution of money's worth of the Debtor's continued operations of his business. |
|--|--|--|--|

D.    Means of Implementing the Plan

1.    Source of payments

Payments and distributions under the Plan will be funded by income from the current rental properties, and income from the remaining properties that are being renovated.

2.    Post-confirmation Management

The Post-Confirmation Management of the Debtor (including officers, directors, managing members, and other persons in control), and their compensation, shall be as follows:

| Name | Affiliations | Insider (yes or no)? | Compensation |
|------|--------------|----------------------|--------------|
| Earle S. Greer |  | Yes | See Exhibit F |

E.    Risk Factors

The proposed Plan has the following risks: the only real risk the Debtor foresees is a recession during the term of the Plan that could negatively impact the housing or rental market, which could in turn impact his ability to collect rent from his tenants, rent his properties.

F.    Executory Contracts and Unexpired Leases

The Plan in Article 6 lists all executory contracts and unexpired leases that the Debtor will assume, and if applicable assign, under the Plan. Assumption means that the Debtor has elected to continue to perform the obligations under such contracts and unexpired leases, and to cure defaults of the type that must be cured under the Code, if any. Article 6 also lists how the Debtor will cure and compensate the other party to such contract or lease for any such defaults.

If you object to the assumption, and if applicable the assignment, of your unexpired lease or executory contract under the Plan, the proposed cure of any defaults, the adequacy of assurance of performance, you must file and serve your objection to the Plan within the deadline for objecting to the confirmation of the Plan, unless the Court has set an earlier time. All executory contracts and unexpired leases that are not listed in Article 6 or have not previously been assumed, and if applicable assigned, or are not the subject of a pending motion

to assume, and if applicable assign, will be rejected under the Plan. Consult your adviser or attorney for more specific information about particular contracts or leases.

The Debtor intends to assume the lease for the following properties:

> 2101 S 68th Street, Philadelphia, P A
> 2403 S Edgewood Street Philadelphia, PA
> 2510 Bonnaffon Street, Philadelphia, PA
> 2536 Bonaffonn Street, Philadelphia, P A
> 6856 Guyer Ave, Philadelphia, P A
> 5237 Race Street Philadelphia, P A
> 5711 Reedland   Street, Philadelphia, PA
> 1328 Wycombe Ave Darby Pa
> 5715 Reedland Street Philadelphia Pa
> 418 S 3rd Street Colwyn Pa
> 1339 Narragansett Street Philadelphia Pa
> 1508 Rainer Rd Brookhaven Pa
> 735 S Cecil Street Philadelphia Pa
> 5107 Folsom Street Philadelphia Pa
> 21 N Edgewood Street Philadelphia Pa
> 137 N Ruby Street Philadelphia Pa

If you object to the rejection of your contract or lease, you must file and serve your objection to the Plan within the deadline for objecting to the confirmation of the Plan.

The deadline for filing a Proof of Claim based on a claim arising from the rejection of a lease or contract is thirty (30) days after entry of an order authorizing the rejection of the lease or contract. Any claim based on the rejection of a contract or lease will be barred if the proof of claim is not timely filed, unless the Court orders otherwise.

G.    Tax Consequences of Plan

Creditors and equity interest holders concerned with how the plan may affect their tax liability should consult with their own accountants, attorneys, and/or advisors.

The Debtor is not aware of any tax consequences as a result of confirmation of the Plan. Nevertheless, there may be tax consequences to the Debtor and creditors as a result of any discharge, or in connection with the receipt of plan consideration after confirmation.

IV.    CONFIRMATION REQUIREMENTS AND PROCEDURES

To be confirmable, the Plan must meet the requirements listed in § 1129 of the Code. These include the requirements that: (1) the Plan must be proposed in good faith; (2) if a class of claims is impaired under the Plan, at least one impaired class of claims must accept the Plan, without counting votes of insiders; (3) the Plan must distribute to each creditor and equity interest holder at least as much as the creditor or equity interest holder would receive in a chapter 7 liquidation case, unless the creditor or equity interest holder votes to accept the Plan; and (4) the Plan must be feasible. These requirements are not the only requirements listed in § 1129, and they are not the only requirements for confirmation.

A.    Who May Vote or Object

Any party in interest may object to the confirmation of the Plan if the party believes that the requirements for confirmation are not met.

Many parties in interest, however, are not entitled to vote to accept or reject the Plan. Except as stated in Part IV.A.3 below, a creditor or equity interest holder has a right to vote for or against the Plan only if that creditor or equity interest holder has a claim or equity interest that is both (1) allowed or allowed for voting purposes and (2) impaired.

In this case, the Plan Proponent believes that <u>Classes 1 through 5 are impaired</u> and that holders of claims in each of these classes are therefore entitled to vote to accept or reject the Plan. The Plan Proponent believes that no <u>Classes are unimpaired</u>.

1.      What is an allowed claim or an allowed equity interest?

Only a creditor or equity interest holder with an allowed claim or an allowed equity interest has the right to vote on the Plan. Generally, a claim or equity interest is allowed if either: (1) the Debtor has scheduled the claim on the Debtor's schedules, unless the claim has been scheduled as disputed, contingent, or unliquidated, or (2) the creditor has filed a proof of claim or equity interest, unless an objection has been filed to such proof of claim or equity interest.

When a claim or equity interest is not allowed, the creditor or equity interest holder holding the claim or equity interest cannot vote unless the Court, after notice and hearing, either overrules the objection or allows the claim or equity interest for voting purposes pursuant to Rule 30 18( a) of the Federal Rules of Bankruptcy Procedure.

*The deadline for filing a proof of claim in this case was February 19, 2019.*

2.      What is an impaired claim or impaired equity interest?

As noted above, the holder of an allowed claim or equity interest has the right to vote only if it is in a class that is impaired under the Plan. As provided in § 1124 of the Code, a class is considered impaired if the Plan alters the legal, equitable, or contractual rights of the members of that class.

3.      Who is not entitled to vote

The holders of the following five types of claims and equity interests are not entitled to vote:

i.   holders of claims and equity interests that have been disallowed by an order of the Court;

ii.  holders of other claims or equity interests that are not "allowed claims" or "allowed equity interests" (as discussed above), unless they have been "allowed" for voting purposes;

iii. holders of claims or equity interests in unimpaired classes;

iv.  holders of claims entitled to priority pursuant to §§ 507(a)(2), (a)(3), and (a)(8) of the Code;

v.   holders of claims or equity interests in classes that do not receive or retain any value under the Plan; and

vi.  administrative expenses.

confirmation of the Plan and to the adequacy of the Disclosure Statement.

4.     Who can vote in more than one class

A creditor whose claim has been allowed in part as a secured claim and in part as an unsecured claim, or who otherwise hold claims in multiple classes, is entitled to accept or reject a Plan in each capacity, and should cast one ballot for each claim.

B.     Votes Necessary to Confirm the Plan

If impaired classes exist, the Court cannot confirm the Plan unless: (l) all impaired classes have voted to accept the Plan; or (2) at least one impaired class of creditors has accepted the Plan without counting the votes of any insiders within that class, and the Plan is eligible to be confirmed by "cram down" of the non-accepting classes, as discussed later in Section B.2.

1.     Votes necessary for a class to accept the plan

A class of claims accepts the Plan if both of the following occur: (1) the holders of more than 112 of the allowed claims in the class, who vote, cast their votes to accept the Plan, and (2) the holders of at least 2/3 in dollar amount of the allowed claims in the class, who vote, cast their votes to accept the Plan.

2.     Treatment of non-accepting classes of secured claims, general unsecured claims, and interests

Even if one or more impaired classes reject the Plan, the Court may nonetheless confirm the Plan upon the request of the Plan proponent if the non-accepting classes are treated in the manner prescribed by § 1129(b) of the Code. A plan that binds non-accepting classes is commonly referred to as a cram down plan. The Code allows the Plan to bind non-accepting classes of claims or equity interests if it meets all the requirements for consensual confirmation except the voting requirements of § 1129(a)(8) of the Code, does not discriminate unfairly, and is fair and equitable toward each impaired class that has not voted to accept the Plan.

You should consult your own attorney if a cram down confirmation will affect your claim or equity interest, as the variations on this general rule are numerous and complex.

C.     Liquidation Analysis

To confirm the Plan, the Court must find that all creditors and equity interest holders who do not accept the Plan will receive at least as much under the Plan as such claim and equity interest holders would receive in a chapter 7 liquidation. A liquidation analysis is attached to this Disclosure Statement as Exhibit D.

D.      Feasibility

The Court must find that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor, unless such liquidation or reorganization is proposed in the Plan.

1.      Ability to initially fund plan

The Plan Proponent believes that the Debtor will have enough cash on hand on the effective date of the Plan to pay all the claims and expenses that are entitled to be paid on that date. Tables showing the amount of cash on hand on the effective date of the Plan, and the sources of that cash are attached to this disclosure statement as Exhibit E.

2.      Ability to make future plan payments and operate without further reorganization

The Plan Proponent must also show that it will have enough cash over the life of the Plan to make the required Plan payments and operate the debtor's business.

The Plan Proponent has provided projected financial information. Those projections are listed in Exhibit F.

You should consult with your accountant or other financial advisor if you have any questions pertaining to these projections.

V.      EFFECT OF CONFIRMATION OF PLAN

A.      Discharge of Debtor

Discharge if the Debtor is an individual and 11 U.S.C. § 1141 (d)(3) is not applicable. Confirmation of the Plan does not discharge any debt provided for in the Plan until the court grants a discharge on completion of all payments under the Plan, or as otherwise provided in § 1141 (d)( 5) of the Code. Debtor will not be discharged from any debt excepted from discharge under § 523 of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.

B.      Modification of Plan

The Plan Proponent may modify the Plan at any time before confirmation of the Plan. However, the Court may require a new disclosure statement and/or re-voting on the Plan.

Upon request of the Debtor, the United States trustee, or the holder of an allowed unsecured claim, the Plan may be modified at any time after confirmation of the Plan but before the completion of payments under the Plan, to: (1) increase or reduce the amount of payments under the Plan on claims of a particular class, (2) extend or reduce the time period for such payments, or (3) alter the amount of distribution to a creditor whose claim is provided for by the

Plan to the extent necessary to take account of any payment of the claim made other than under the Plan.

### C. Final Decree

Once the estate has been fully administered, as provided in Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Plan Proponent, or such other party as the Court shall designate in the Plan Confirmation Order, shall file a motion with the Court to obtain a final decree to close the case. Alternatively, the Court may enter such a final decree on its own motion.

### VI.    OTHER PLAN PROVISIONS

A.    Injunction

*ALL UNSECURED CREDITORS OF THE DEBTOR, AS OF THE PETITION DATE, SHALL BE ENJOINED FROM COMMENCING OR CONTINUING ANY ACTIONS, IN LAW OR EQUITY, THAT WERE OR COULD HA VB BEEN BROUGHT AGAINST THE DEBTOR. AS A RESULT OF CONFORMATION OF THIS PLAN, ALL CLAIMS, WHETHER SCHEDULED OR FILED, AND CAUSES OF ACTION AGAINST THE DEBTOR ARE RELEASED.*

Dated: October 3, 2019        By: _____

Earle S. Greer, Plan Proponent

Dated: October 3, 2019        By:

Valerie A. Hibbert, Esquire
22 North Lansdowne Avenue
Lansdowne, P A 19050
Telephone: 610.622.3660
vah963@gmail.com
*Counsel for the Debtor*

Exhibit "A"

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      **Chapter 11**

**EARLE STANLEY**                           **Case No. 18-18146-ELF**
**GREER,**

                    Debtor.

## EARLE STANLEY GREER'S SMALL BUSINESS PLAN OF REORGANIZATION, DATED OCTOBER 2, 2019

### ARTICLE I
### SUMMARY

This Plan of Reorganization (the "Plan") under chapter 11 of the Bankruptcy Code (the "Code") proposes to pay creditors of Earle Stanley Greer (the "Debtor") from the cash flow from operations of rental property.

This Plan provides for:
- 2 classes of priority claims;
- 2 classes of secured claims;
- 0 classes of non-priority unsecured claims;
- 1 class of unsecured creditors; and
- 1 class of equity security holders.

Non-priority unsecured creditors holding allowed claims will receive a pro rata percentage of their allowed claims based upon the disposable income of the Debtor as estimated. This Plan also provides for payments of administrative claims in full on the effective date of the Plan or as otherwise agreed to, and payment of priority claims to the extent permitted by the Code, unless the holder of such claim agrees to different treatment.

All creditors and equity security holders should refer to Article III through VI of this Plan for information regarding the precise treatment of their claim. A disclosure statement that provides more detailed information regarding the Plan and the rights of creditors and equity holders has been circulated with this Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

## ARTICLE II  CLASSIFICATION
## OF CLAIMS AND INTERESTS

| | | |
|---|---|---|
| 2.01 | **Class 1.** | Allowed Consensual Secured Claims, to the extent allowed as a secured claim under§ 506 of the Code. |
| 2.02 | **Class 2.** | Allowed Nonconsensual Secured Claims of $127,988, to the extent allowed as a secured claim under § 506 of the Code. |
| 2.03 | **Class 3.** | All non-priority unsecured claims allowed under § 502 of the Code. |
| 2.04 | **Class 4.** | All Vendor and Consensual General Unsecured Creditors' claims, $98,798, to the extent allowed. |
| 2.05 | **Class 5.** | All General Unsecured Litigation Creditors, to the extent allowed. |
| 2.06 | **Class 6** | Interests of the individual Debtor in property of the estate. |

## ARTICLE III
## TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS,
## PRIORITY TAX CLAIMS, AND QUARTERLY AND COURT FEES

| | | |
|---|---|---|
| 3.01 | **Unclassified claims** | Under section§ 1123(a)(l), administrative claims and priority tax claims are not in classes. |
| 3.02 | **Administrative Expense Claims** | Each holder of an allowed administrative expense claim allowed under § 503 of the Code, will be paid in full on the effective date of the Plan, in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor. |
| 3.03 | **Priority Tax Claims** | Each holder of an allowed priority tax claim will be paid in accordance with§ 1129(a)(9)(c) of the code. |
| 3.04 | **Statutory Fees** | All fees required to be paid under 28 U.S.C. § 1930 that are owed on or before the effective date of this Plan have been paid or will be paid on the effective date. |
| 3.05 | **Prospective Quarterly Fees** | All quarterly fees required to be paid under 28 U.S.C. § 1930(a)(6) or (a)(7) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Code. Any U.S. Trustee Fees owed on or before the effective date of this Plan will be paid on the Effective Date. |

**ARTICLE IV**
**TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN**

4.01    **Claims and interests shall be treated as follows under the Plan:**

| Class | Impairment | Treatment |
|---|---|---|
| Class 1 **Consensual Secured Claims** | Impaired | Class 1 is impaired by this Plan, and each holder of a Class 1 claim will receive monthly payments pursuant to the loan documents, and make periodic payments toward arrearages, if any, until paid in full. |
| Class 2 **Nonconsensual Secured Claims** | Impaired | Class 2 is impaired by this Plan, and each holder of a Class 2 claim will receive regular installments paid over a period not exceeding 10 year period from the order of relief. |
| Class 3 **Priority unsecured claims** | n/a | The Debtor is unaware of any Class 3 claims; however to the extent that any Class 3 exist they are unimpaired and each holder will be paid in a manner consistent with § 1129(a) of the Code. |
| Class 4 **Vendor and Consensual Unsecured Creditors** | Impaired | Class 4 is impaired by this Plan. Debtor will make periodic payments on a pro rata basis over a five year period commencing 1/11/2024. |
| Class 5 **General Unsecured Litigation Creditors** | n/a | Class 5 is impaired by this Plan. Any Class 5 claim will be disputed and subject to appeal which the Debtor will seek relief from the automatic stay to prosecute. To the extent the appeal is successful; Class 5 Creditors will receive nothing. To the extent the appeal is unsuccessful, Class 5 Creditors will receive a pro rata distribution as an allowed unsecured claim. . |
| Class 6 **Interests of the individual** | Unimpaired | Class 6 is unimpaired by this Plan. All equity holders shall retain their equity post-confirmation, in exchange for the elimination |

**Debtor**                                    of any outstanding prepetition loan payable,
                                              upon contributions of money of the Debtor,
                                              and contribution of money's worth of the
                                              Debtor's continued operations of his
                                              business.

## ARTICLE V
## ALLOWANCE AND DISALLOW ANCE OF CLAIMS

| | | |
|---|---|---|
| 5.01 | **Disputed Claims** | A disputed claim is a claim that has not been allowed or disallowed, by a final non-appealable order, and as to which either: |

(i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or (ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

5.02    **Claim Objections**    Except to the extent that a claim is already allowed pursuant to a final non-appealable order, the Debtor reserves the right to object to claims and shall file objections on or before sixty (60) days from the effective date of the order confirming the Debtor's Plan.

5.03    **Delay of distribution on a disputed claim**    No distribution will be made on account of a disputed claim unless such claim is allowed by final non-appealable order.

5.04    **Settlement of disputed claims**    The Debtor will have the power and authority to settle and compromise a disputed claim with court and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure.

## ARTICLE VI
## PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES

6.01    **Assumed executory contracts and unexpired leases**    (a) The Debtor assumes, and if applicable assigns, the following executory contracts and unexpired leases as of the effective date:

2101 S. 68th St., Philadelphia, PA

2403 S. Edgewood St., Phila., PA
2510 Bonnaffon Street, Philadelphia, PA
2536 Bonnaffon Street, Philadelphia, PA
6856 Guyer Ave. Philadelphia, PA
5237 Race St, Philadelphia, PA
5711 Reedland Street, Philadelphia, PA
418 S. 3rd St. Colwyn, PA
1339 Narragansett St., Philadelphia, PA
1508 Rainer Rd., Brookhaven, PA
735 S. Cecil St., Phila, PA
5107 Folsom St., Phila., PA
21 N. Edgewood St., Phila, PA
137 N Ruby St., Phila., PA
1328 Wycombe Ave, Darby, PA
5715 Reedland St.. Phila.. PA

assign, the Debtor will be conclusively deemed to have rejected all executory contracts and unexpired leases as of the effective date.

A proof of claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than 30 days after the date of the order confirming the Plan.

## ARTICLE VII
## MEANS FOR IMPLEMENTATION OF THE PLAN

Payments and distributions under the Plan will be funded by the following: income from the current rental properties; income from the remaining renovated properties; sales of any real properties as the Debtor determines in his business judgment; and recoveries from the Debtor's accounts receivable.

## ARTICLE VIII
## GENERAL PROVISIONS

| 8.01 | **Definitions and rules of construction** | The definitions and rules of construction set forth in§§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan, and they are supplemented by the following definitions: n/a |
|---|---|---|
| 8.02 | **Effective Date** | The effective date of this Plan is 10/11/2019. If, however, a stay of the confirmation order is in effect on that date, the effective date will be the first business day after the date on which the stay expires or is otherwise terminated. |
| 8.03 | **Severability** | If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan. |
| 8.04 | **Binding effect** | The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity. |
| 8.05 | **Captions** | The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan. |
| 8.06 | **Controlling Effect** | Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of Pennsylvania govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in |

this Plan.

8.07 **Retention of Jurisdiction**

The Court shall retain jurisdiction of the case after the Confirmation Date for the following purposes: (a) to determine any and all objections in the allowance of claims and amendments to schedules; (b )to classify the Claim of any Creditor and to re-examine Claims which have been allowed for purposes of voting, to determine such objections as may be

filed to Claims; ( c) to determine any and all disputes arising under or in connection with the Plan, including, but not limited to, disputes related to Contributed Income, any default remedies granted herein, and the sale of any of the Debtors' assets, collection or recovery of any assets; ( d) to determine any and all applications for allowance of compensation and reimbursement of expenses herein for fees incurred through the Confirmation Date; ( e) to determine any and all pending applications for rejections of executory contracts and unexpired leases and the allowance of any claims resulting from the rejection thereof or from the rejection of executory contracts or unexpired leases pursuant to the Plan; (f) to determine any and all applications, adversary proceedings and contested and litigated matters pending in the case as of, or after, the Confirmation Date; (g) to determine any and all proceedings for recovery of payments pursuant to any Cause of Action;

(h) to modify any provision of the Plan to the full extent permitted by the Bankruptcy Code; (i) to correct any defect, cure any omission or reconcile any inconsistency in the Plan or the Confirmation Order as may be necessary to carry out the purposes, intent and effect of the Plan; ᴊ̃) to determine such other matters which may be provided for in the Confirmation Order as may be authorized under the provisions of the Bankruptcy Code; (k) to hear and enter an order regarding any Claims under Section 505 of the Bankruptcy Code; (l) to enter any order, including injunctions, necessary to enforce the terms of the Plan, the powers of the Debtor under the Bankruptcy Code, this Plan and as the Court may deem necessary; and

(m) over the Causes of Action.

## ARTICLE IX
## DISCHARGE

Confirmation of this Plan does not discharge any debt provided for in this Plan until the Court grants a discharge on completion of all payments under this Plan, or as otherwise provided in § 1141 ( d)( 5) of the Code. The Debtor will not be discharged from any debt excepted from discharge under§ 523 of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.

## ARTICLE X OTHER PROVISIONS

A.   Injunction

*ALL UNSECURED CREDITORS OF THE DEBTOR, AS OF THE PETITION DATE,
SHALL BE ENJOINED FROM COMMENCING OR CONTINUING ANY ACTIONS, IN LAW OR
EQUITY, THAT WERE OR COULD HAVE BEEN BROUGHT AGAINST THE DEBTOR. AS A
RESULT OF CONFORMATION OF THIS PLAN, ALL CLAIMS, WHETHER SCHEDULED OR
FILED, AND CAUSES OF ACTION AGAINST THE DEBTOR ARE RELEASED.*

Respectfully submitted,

/s/ Earle Stanley Greer
Earle Stanley Greer, Plan
Proponent

/s/ Valerie A. Hibbert
Valerie A. Hibbert, Esquire

7

4813-3716-7248

## DEBTOR'S PROPOSSED REPAYMENT SCHEDULE

Debtor proposes to pay to creditors with allowed claims $4,143 a month beginning October 11, 2019 until such time each is made whole or nearly so. The payments are to be distributed as follows:

**1. Administrative claimant Gary F. Seitz, $80 a month from 10/11/2019 for 50 months for a total of $4,000.**

**2. Priority tax Claimant City of Philadelphia, $1,672 a month from 10/11/2019 for 50 months for a total of $83,608.**

**3. Priority tax Claimant Delaware County Tax Claim Bureau, $2,311 a month from 10/11/2019 for 50 months for a total of $115,568.**

**4. Nonconsensual Secured Claimant City of Philadelphia, Water Revenue Bureau, $1,943 a month from 01/11/2024 for 60 months for a total of $116,580.**

**5. Nonconsensual Secured Claimant City of Philadelphia, Code Liens, $189 a month from 01/11/2024 for 60 months for a total of $11,340.**

**6. Aggregated Allowed Vendor and Consensual Claims, $1,647 a month from 01/11/2024 for 60 months for a total of $98,820.**

Exhibit "B"

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Earle | Stanley | Greer |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  18-18146elf

☒ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1. **3 Carriage Lane**
Street address, if available, or other description

Lansdowne    PA    19050
City    State    ZIP Code

DELAWARE
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$200,000.00    $82,207.37

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
Tenancy in Common

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. **1328 Wycombe Ave**
Street address, if available, or other description

Darby    Pa    19023
City    State    ZIP Code

delaware
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☒ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$45,000.00    $

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
Tenancy in Common

☐ Check if this is community property (see instructions)

Debtor 1   Earle   Stanley   Greer
         First Name   Middle Name   Last Name

Case number (if known) 18-18146elf

---

**1.3.** 735 S Cecil Street
Street address, if available, or other description

Philadelphia   Pa   19143
City   State   ZIP Code

County

**What is the property?** Check all that apply.
- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☒ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$44,000.00

**Current value of the portion you own?**
$

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Tenancy in Common

- ☐ Check if this is community property (see instructions)

**See Attachment 1: Additional Real Property**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** .............................→ | $82,207.37

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- ☐ No
- ☒ Yes

**3.1.** Make: FORD
Model: EXPLORER
Year: 2017
Approximate mileage: 27000
Other information:

**Who has an interest in the property?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$26,000.00

**Current value of the portion you own?**
$2,000.00

If you own or have more than one, describe here:

**3.2.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**Who has an interest in the property?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$200.00

**Current value of the portion you own?**
$200.00

---

Debtor 1    Earle    Stanley    Greer    Case number (if known) 18-18146elf
First Name    Middle Name    Last Name

---

3.3.    Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

| |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

---

3.4.    Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

| |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No

☐ Yes

---

4.1.    Make: _____

Model: _____

Year: _____

Other information:

| |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

---

If you own or have more than one, list here:

4.2.    Make: _____

Model: _____

Year: _____

Other information:

| |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................................................................................➔    $2,200.00

---

Debtor 1   Earle   Stanley   Greer                          Case number (if known) 18-18146elf
           First Name  Middle Name  Last Name

## Part 3:   Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

- ☐ No
- ☒ Yes. Describe. ........ FURNITURE AND HOUSEHOLD ITEMS    $2,500.00

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

- ☐ No
- ☒ Yes. Describe. ......... Laptop    $500.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

- ☒ No
- ☐ Yes. Describe. .........    $

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

- ☒ No
- ☐ Yes. Describe. .........    $

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

- ☒ No
- ☐ Yes. Describe. .........    $

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

- ☐ No
- ☒ Yes. Describe. .........    $250.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

- ☒ No
- ☐ Yes. Describe. .........    $

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

- ☒ No
- ☐ Yes. Describe. .........    $

**14. Any other personal and household items you did not already list, including any health aids you did not list**

- ☒ No
- ☐ Yes. Give specific information...............    $

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................................................... →    $3,250.00

| Debtor 1 | Earle | Stanley | Greer | | Case number (if known) 18-18146elf |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:    Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

### 16. Cash

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☒ Yes............................................................................................................................................    Cash: ......................    $400.00

### 17. Deposits of money

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☒ Yes......................    Institution name:

| | | | |
|---|---|---|---|
| | 17.1. Checking account: | WELLS FARGO | $300.00 |
| | 17.2. Checking account: | CITIZENS BANK | $300.00 |
| | 17.3. Savings account: | | $ |
| | 17.4. Savings account: | | $ |
| | 17.5. Certificates of deposit: | | $ |
| | 17.6. Other financial account: | | $ |
| | 17.7. Other financial account: | | $ |
| | 17.8. Other financial account: | | $ |
| | 17.9. Other financial account: | | $ |

### 18. Bonds, mutual funds, or publicly traded stocks

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No

☐ Yes..................    Institution or issuer name:

$
$
$

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☐ No

☒ Yes. Give specific information about them. .........................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 100  % | $ |
| | 100  % | $ |
| | _____  % | $ |

| Debtor 1 | Earle | Stanley | Greer | | Case number *(if known)* 18-18146elf |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No

☐ Yes. Give specific     Issuer name:
information about
them. ....................         _____   $_____
                                 _____   $_____
                                 _____   $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☒ Yes. List each
account separately..  Type of account:     Institution name:

401(k) or similar plan:  AMERICA FUND _____   $5,000.00

Pension plan:  _____   $_____

IRA:  _____   $_____

Retirement account:  _____   $_____

Keogh:  _____   $_____

Additional account:  _____   $_____

Additional account:  _____   $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No

☐ Yes.........................     Institution name or individual:

Electric:  _____   $_____

Gas:  _____   $_____

Heating oil:  _____   $_____

Security deposit on rental unit:  _____   $_____

Prepaid rent:  _____   $_____

Telephone:  _____   $_____

Water:  _____   $_____

Rented furniture:  _____   $_____

Other:  _____   $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No

☐ Yes.........................     Issuer name and description:
                                 _____   $_____
                                 _____   $_____
                                 _____   $_____

| Debtor 1 | Earle | Stanley | Greer | Case number (if known) 18-18146elf |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

☐ Yes ..................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____   $_____

_____   $_____

_____   $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No

☐ Yes. Give specific
information about them. ..   $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes. Give specific
information about them. ..   $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No

☐ Yes. Give specific
information about them. ..   $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☒ No

☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. ......................

| | |
|---|---|
| Federal: | $_____ |
| State: | $_____ |
| Local: | $_____ |

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information. .............

| | |
|---|---|
| Alimony: | $_____ |
| Maintenance: | $_____ |
| Support: | $_____ |
| Divorce settlement: | $_____ |
| Property settlement: | $_____ |

30. **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes. Give specific information. ...............   $_____

| Debtor 1 | Earle | Stanley | Greer | | Case number *(if known)* 18-18146elf |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No

☐ Yes. Give specific information. .............

$

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes. Describe each claim. .....................

$

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes. Describe each claim. .....................

$

**35. Any financial assets you did not already list**

☒ No

☐ Yes. Give specific information. ...........

$

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................................................... →

$6,000.00

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No

☐ Yes. Describe.......

$

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No

☐ Yes. Describe.......

$

| Debtor 1 | Earle | Stanley | Greer | Case number (if known) 18-18146elf |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No

☐ Yes. Describe.......      $_____

**41. Inventory**

☒ No

☐ Yes. Describe.......      $_____

**42. Interests in partnerships or joint ventures**

☒ No

☐ Yes. Describe.......   Name of entity:      % of ownership:

     _____%  $_____

     _____%  $_____

     _____%  $_____

**43. Customer lists, mailing lists, or other compilations**

☒ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

     ☒ No

     ☐ Yes. Describe.........      $_____

**44. Any business-related property you did not already list**

☒ No

☐ Yes. Give specific
information .........      $_____

     $_____

     $_____

     $_____

     $_____

     $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** .................................................................................................................... →   $0.00

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

**47. Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☒ No

☐ Yes...........................      $_____

| Debtor 1 | Earle | Stanley | Greer | | Case number *(if known)* 18-18146elf |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**48. Crops—either growing or harvested**

☒ No

☐ Yes. Give specific information. ............

$ _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No

☐ Yes..........................

$ _____

**50. Farm and fishing supplies, chemicals, and feed**

☒ No

☐ Yes..........................

$ _____

**51. Any farm- and commercial fishing-related property you did not already list**

☒ No

☐ Yes. Give specific information. ............

$ _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...................................................................................  →  $0.00

---

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☒ No

☐ Yes. Give specific information. ............

$ _____
$ _____
$ _____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ...............................................................  →  $ _____

---

## Part 8:    List the Totals of Each Part of this Form

| | | |
|---|---|---|
| **55. Part 1: Total real estate, line 2** ............................................................................................................  → | | $82,207.37 |
| **56. Part 2: Total vehicles, line 5** | $2,200.00 | |
| **57. Part 3: Total personal and household items, line 15** | $3,250.00 | |
| **58. Part 4: Total financial assets, line 36** | $6,000.00 | |
| **59. Part 5: Total business-related property, line 45** | $0.00 | |
| **60. Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| **61. Part 7: Total other property not listed, line 54** | + $0.00 | |
| **62. Total personal property.** Add lines 56 through 61. ..................... | $11,450.00 | Copy personal property total → + $11,450.00 |

**63. Total of all property on Schedule A/B.** Add line 55 + line 62. ..................................................................................

$93,657.37

---

## Attachment   (1/5)
## Debtor: Earle Stanley Greer   Case No: 18-18146elf

Attachment 1: Additional Real Property

Location: 137 N Ruby Street, Philadelphia(Philadelphiacounty), Pa 19139
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $45,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 149 N Edgewood Street, Philadelphia(Pa 19139
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $42,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 1508 Rainer Rd, Brookhaven(Delawarecounty), Pa 19015
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $60,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 21 N Edgewood Street, philadelphia(Pa 19139
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $40,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 2101 S 68th Street, philadelphia(Pa 19142
Nature of the Property: Duplex or multi-unit building, Investment property
Current Value of the Property: $45,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 215 Spring Valley Rd, Darby(Pa 19023
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $46,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 215 Spring Valley Rd, Darby(Pa 19023
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $44,000.00

**Attachment    (2/5)**
**Debtor: Earle Stanley Greer   Case No: 18-18146elf**

Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 2403 S Edgewood Street, Philadelphia(Pa 19142
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $56,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 2510 S Bonaffon Street, Philadelphia(Pa 19142
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $45,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 2536 S Bonaffon Street, Philadelphia(Pa 19142
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $45,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property:
Community Property: no

Location: 2554 S Bonaffon Street, Philadelphia(Pa 19142
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $52,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 2610 S 61st Street, Philadelphia(Pa 19142
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $48,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Remove SV property

Location: 2620 S 68th Street, Philadelphia(Pa 19142
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $47,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

## Attachment    (3/5)
## Debtor: Earle Stanley Greer    Case No: 18-18146elf

Location: 266 S Alden Street, Philadelphia(Pa 19139
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $44,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 29 N Ruby Street, Philadelphia(Pa 19139
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $30,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 6856 Guyer Street, Philadelphia(Pa 19142
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $45,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 5107 Folsom Street, Philadelphia(Pa
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $32,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 512 N Vodges Street, Philadelphia(Pa 19131
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $44,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 5237 Race Street, Philadelphia(Pa 19131
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $43,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 5461 Cedar Ave, Philadelphia(Pa 19143
Nature of the Property: Duplex or multi-unit building, Investment property
Current Value of the Property: $110,000.00

## Attachment      (4/5)
## Debtor: Earle Stanley Greer   Case No: 18-18146elf

Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 5711 Reedland Street, Philadelphia(Pa 19143
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $41,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 5715 Reedland Street, philadelphia(Pa 19143
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $41,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 5721 Haverford Ave, philadelphia(Pa 19131
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $44,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 1329 Edgehill Rd, Darby(Pa 19023
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $41,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 324 Darby Terrace, Darby(Pa 19023
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $35,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 418 S 3rd Street, Darby(Delawarecounty), Pa 19023
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $45,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

## Attachment      (5/5)
## Debtor: Earle Stanley Greer   Case No: 18-18146elf

Location: 1339 Narragansett Street, Philadelphia(Pa 19138
Nature of the Property:
Current Value of the Property: $48,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Earle Stanley Greer | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  18-18146elf
(If known)

☒ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: PRIMARY RESIDENCE<br>Line from *Schedule A/B:* 1.0 | $82,207.37 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: SUV<br>Line from *Schedule A/B:* 3.1 | $2,000.00 | ☒ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: FURNITURE AND HOUSEHOLD ITEMS<br>Line from *Schedule A/B:* 6 | $2,500.00 | ☒ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Debtor 1    Earle Stanley Greer

First Name    Middle Name    Last Name

Case number (if known) 18-18146elf

## Part 2:    Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption | |
| Brief description: with miles. <br> Line from Schedule A/B: 3.2 | $200.00 | ☒ $ 0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from Schedule A/B: 11 | $250.00 | ☒ $ 0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Laptop <br> Line from Schedule A/B: 7 | $500.00 | ☒ $ 0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Cash <br> Line from Schedule A/B: 16 | $400.00 | ☒ $ 0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Checking Account with WELLS FARGO <br> Line from Schedule A/B: 17.1 | $300.00 | ☒ $ 0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Checking Account with CITIZENS BANK <br> Line from Schedule A/B: 17.2 | $300.00 | ☒ $ 0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: 401(k) or Similar Plan with AMERICA FUND <br> Line from Schedule A/B: 21 | $5,000.00 | ☒ $ 0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from Schedule A/B: | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from Schedule A/B: | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from Schedule A/B: —— | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from Schedule A/B: | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from Schedule A/B: | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

| Debtor 1 | Earle Stanley Greer | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (if known)   18-18146elf

☒ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1**
BB& T
Creditor's Name
PO Box 1847
Number          Street

Wilson          NC   27894
City          State   ZIP Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number __ __ __ __

$156,495.97      $0.00      $0.00

**2.2**
BB&T
Creditor's Name
PO Box 1847
Number          Street

Wilson          NC   27894
City          State   ZIP Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number __ __ __ __

$509,202.05      $0.00      $0.00

Add the dollar value of your entries in Column A on this page. Write that number here:      $665,698.02

Debtor 1    **Earle Stanley Greer**
_____
First Name    Middle Name    Last Name

Case number *(if known)* 18-18146elf

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.3**

**BB&T**
_____
Creditor's Name

**PO Box 1847**
_____
Number    Street

_____

**Wilson**_____ **NC**____ **27894**____
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$163,348.88    $0.00    $0.00

**2.4**

**BB&T**
_____
Creditor's Name

**PO Box 1847**
_____
Number    Street

_____

**Wilson**_____ **NC**____ **27894**____
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$290,010.73    $0.00    $0.00

**2.5**

**BB&T Bank**
_____
Creditor's Name

**P. O. Box 819**
_____
Number    Street

_____

**Wilson**_____ **NC**____ **27894**____
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred **1999**

Describe the property that secures the claim:

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$900,000.00    $894,000.00    $0.00

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 1,353,359.61 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

| Debtor 1 | Earle Stanley Greer | | Case number (if known) 18-18146elf |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.6**

BB&T Bankruptcy Section
Creditor's Name

PO Box 1847
Number   Street

Wilson        NC   27894
City          State ZIP Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 02/06/2004

**Describe the property that secures the claim:** $128,308.88   $0.00   $0.00

1820-Real -1-4

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number __ __ __ __

---

**2.7**

Cornerstone Bank
Creditor's Name

6000 Midlantic Drive Suite 120 S
Number   Street

MT Laurel      NJ   08054
City          State ZIP Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 2008

**Describe the property that secures the claim:** $48,000.00   $48,000.00   $0.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number __ __ __ __

---

**2.8**

PNC BANK
Creditor's Name

P.O. Box 1820
Number   Street

Dayton         OH   45401
City          State ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim relates to a community debt

Date debt was incurred 2002

**Describe the property that secures the claim:** $84,606.00   $200,000.00   $0.00

RESIDENCE

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 1 8 9 0

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ 260,914.88

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 5

Debtor 1    __Earle Stanley Greer__         Case number *(if known)* 18-18146elf
       First Name    Middle Name    Last Name

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

---

**2.9** PNC Bank, NA
Creditor's Name

PO Box 94982
Number      Street

_____

Cleveland     OH    44101
City         State    ZIP Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

3 Carriage Lane

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$41,207.67      $20,000.00      $0.00

---

**2.10** Santander Consumer USA Inc.
Creditor's Name

PO Box 961245
Number      Street

_____

forth Worth     TX    76161
City         State    ZIP Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

SUV

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$32,551.91      $0.00      $0.00

---

**2.11** Univest Bank
Creditor's Name

P.O. Box 197
Number      Street

_____

Souderton     Pa    18964
City         State    ZIP Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 2005

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$150,000.00      $154,000.00      $0.00

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 223,759.58

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $

Debtor 1   __Earle Stanley Greer__
           First Name   Middle Name   Last Name                Case number (if known) 18-18146elf

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.12**

Creditor's Name

Number       Street

City          State   ZIP Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

$0.00          $0.00          $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.13**

Creditor's Name

Number       Street

City          State   ZIP Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

$0.00          $0.00          $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.14**

Creditor's Name

Number       Street

City          State   ZIP Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

$0.00          $0.00          $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:   $0.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $2,503,732.09

**Fill in this information to identify your case:**

| Debtor 1 | Earle | Stanley | Greer |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 18-18146elf
(If known)

☒ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | DELAWARE COUNTY TAX CLAIM BUREAU<br>Priority Creditor's Name<br><br>201 WEST FRONT STREET<br>Number    Street<br><br>MEDIA              PA          19063<br>City                State      ZIP Code<br><br>**Who incurred the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | Last 4 digits of account number ___ ___ ___ ___<br><br>When was the debt incurred? _____<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify _____ | | $11,141.14 | $11,141.14 | $0.00 |
| **2.2** | DELAWARE COUNTY TAX CLAIM BUREAU<br>Priority Creditor's Name<br><br>Number    Street<br>201 W FRONT STREET<br>MEDIA              PA          19063<br>City                State      ZIP Code<br><br>**Who incurred the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | Last 4 digits of account number ___ ___ ___ ___<br><br>When was the debt incurred? _____<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify _____ | | $16,169.38 | $16,169.38 | $0.00 |

Debtor 1    Earle        Stanley        Greer                    Case number (if known) 18-18146elf
         First Name    Middle Name    Last Name

---

**Part 1:    Your PRIORITY Unsecured Claims —Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.3 |  | $17,280.74 | $17,280.74 | $0.00 |

DELAWARE COUNTY TAX CLAIM BUREAU
Priority Creditor's Name

201 W FRONT
Number        Street

Last 4 digits of account number __ __ __ __

When was the debt incurred?    1/18/2018

MEDIA            PA        19063
City            State        ZIP Code

As of the date you file, the claim is: Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

**Is the claim subject to offset?**

☒ No
❑ Yes

| 2.4 |  | $8,581.56 | $8,581.56 | $0.00 |

DELAWARE COUNTY TAX CLAIM BUREAU
Priority Creditor's Name

201 WEST FRONT STREET
Number        Street

Last 4 digits of account number __ __ __ __

When was the debt incurred?    01/18/2019

MEDIA            PA        19063
City            State        ZIP Code

As of the date you file, the claim is: Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

**Is the claim subject to offset?**

☒ No
❑ Yes

| 2.5 |  | $15,938.46 | $15,938.46 | $0.00 |

DELAWARE COUNTY TAX CLAIM BUREAU
Priority Creditor's Name

Number        Street
201 WEST FRONT STREET

Last 4 digits of account number __ __ __ __

When was the debt incurred?    _____

MEDIA            PA        19063
City            State        ZIP Code

As of the date you file, the claim is: Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

**Is the claim subject to offset?**

☒ No
❑ Yes

---

Debtor 1    Earle     Stanley     Greer        Case number *(if known)* 18-18146elf
     First Name    Middle Name    Last Name

---

**Part 1:**    **Your PRIORITY Unsecured Claims —Continuation Page**

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

### 2.6

**DELAWARE COUNTY TAX CLAIM BUREAU**
Priority Creditor's Name

_____
Number    Street

**201 WEST FRONT STREET**

**MEDIA**     **PA**    **19063**
City         State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   01/18/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$10,335.24    $10,335.24    $0.00

### 2.7

**DELAWARE COUNTY TAX CLAIM BUREAU**
Priority Creditor's Name

_____
Number    Street

**201 WEST FRONT STREET**

**MEDIA**     **PA**    **19063**
City         State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   1/18/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$23,063.76    $23,063.76    $0.00

### 2.8

**DELAWARE COUNTY TAX CLAIM BUREAU**
Priority Creditor's Name

**201 WEST FRONT STREET**
Number    Street

_____

**MEDIA**     **PA**    **19063**
City         State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   01/18/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$8,968.94    $8,968.94    $0.00

Debtor 1    Earle          Stanley          Greer
        First Name    Middle Name    Last Name

Case number (if known) 18-18146elf

## Part 1:    Your PRIORITY Unsecured Claims —Continuation Page

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

### 2.9

DELAWARE COUNTY TAX CLAIM BUREAU
Priority Creditor's Name

201 WEST FRONT STREET
Number        Street

MEDIA            PA      19063
City              State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?    1/23/2019

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: $13,077.70    Priority amount: $13,077.70    Nonpriority amount: $0.00

### 2.10

PA DEPARTMENT OF REVENUE
Priority Creditor's Name

PO BOX 280946
Number        Street

HARRISBURG        PA      17128
City              State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: $19,249.10    Priority amount: $19,249.10    Nonpriority amount: $0.00

### 2.11

_____
Priority Creditor's Name

_____
Number        Street

_____
City              State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: $_____    Priority amount: $_____    Nonpriority amount: $_____

Debtor 1 ___Earle_____Stanley_____Greer_____   Case number *(if known)*18-18146elf_____
    First Name      Middle Name    Last Name

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than four priority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1**

| AFNI | Last 4 digits of account number __ __ __ __ | $328.00 |
|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   2016

PO BOX 3097
Number    Street

BLOOMINGTON       IL      61702
City               State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☒ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**4.2**

| AMERICAN EXPRESS | Last 4 digits of account number  2  0   0 8 | $23,338.23 |
|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   2011

PO BOX 1270
Number    Street

NEWARK       NJ      07101
City               State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☒ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☒ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify Credit Card Charges

**4.3**

| BANK OF AMERICA | Last 4 digits of account number  4  4  6  8 | $28.00 |
|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   2011

PO BOX 15019
Number    Street

WILMINGTON       DE      19886
City               State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☒ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify Business Loan

Debtor 1    Earle      Stanley      Greer          Case number *(if known)* 18-18146elf
       First Name     Middle Name     Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.4**

City of Philadelphia
Nonpriority Creditor's Name

Department of Revenue-Law 1401 JFK Blvd 5th Floor
Number    Street

Philadelphia      PA    19105
City          State     ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Municipal Claim

$116,622.33

**4.5**

City of Philadelphia Law Tax & Revenue Unit
Nonpriority Creditor's Name

1401 JFK Blvd, 5th Floor
Number    Street

Philadelphia      PA    19102
City          State     ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Municipal Claims

$131,303.15

**4.6**

Cornerstone Bank
Nonpriority Creditor's Name

Number    Street

City          State     ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$964,155.99

Debtor 1    Earle      Stanley      Greer          Case number *(if known)* 18-18146elf

       First Name     Middle Name     Last Name

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims —Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.7**

Delaware County Tax Claim Bureau /Government Center
Nonpriority Creditor's Name

Stephen Vincent Bottiglieri 66 Euclid Street, Suite C
Number     Street

Woodbury         NJ     08096
City             State     ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $8,561.56

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Municipal Claim

---

**4.8**

Delaware County Tax Claim Bureau/ Government Center
Nonpriority Creditor's Name

Stephen Vincent Bottiglieri 66 Euclid Street, Suite C
Number     Street

Woodbury         NJ     08096
City             State     ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $17,280.74

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Municipal Claim

---

**4.9**

Delaware County Tax Claim Bureau/Government Center
Nonpriority Creditor's Name

Stephen Vincent Bottilgieri 66 Euclid Street, Suite C
Number     Street

Woodbury         NJ     08096
City             State     ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $15,938.46

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Municipal Claim

---

Debtor 1 ___Earle_____Stanley_____Greer_____ Case number *(if known)* 18-18146elf _____
          First Name        Middle Name        Last Name

## Part 2:   Your NONPRIORITY Unsecured Claims —Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.10**

Delaware County Tax Claim Bureau/Government Center
Nonpriority Creditor's Name

Stephen Vincent Bottiglieri 66 Euclid Street, Suite C
Number       Street

Woodbury                          NJ          08096
City                                    State        ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Municipal Claim _____

$10,335.42

**4.11**

Delaware County Tax Claim Bureau/Government Center
Nonpriority Creditor's Name

Stephen Vincent Bottiglieri 66 Euclid Street, Suite C
Number       Street

Woodbury                          NJ          08096
City                                    State        ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Municipal Claim _____

$23,063.76

**4.12**

Delaware County Tax Claim Bureau/Government Center
Nonpriority Creditor's Name

Stephen Vincent Bottiglieri 66 Euclid Street, Suite 66
Number       Street

Woodbury                          NJ          08096
City                                    State        ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Municipal Claim _____

$8,968.94

Debtor 1    Earle          Stanley          Greer                              Case number (if known) 18-18146elf
            First Name     Middle Name      Last Name

---

## Part 2:    Your NONPRIORITY Unsecured Claims —Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                                    **Total claim**

### 4.13

Delaware County Tax Claim Bureau/Government Center
Nonpriority Creditor's Name

Stephen Vincent Bottiglieri 66 Euclid Street, Suite C
Number        Street

Woodbury                NJ        08096
City                    State     ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $13,077.70

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Municipal Claim

### 4.14

Delaware County Tax Claim Bureau/Government Center
Nonpriority Creditor's Name

Stephen Vincent Bottliglieri 66 Euclid Street, Suite C
Number        Street

Woodbury                NJ        08096
City                    State     ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $11,141.14

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Municipal Claim

### 4.15

Delaware County Tax Claim BureauGovernment Center
Nonpriority Creditor's Name

66 Euclid Suite C c/o Stephen Vincent Bottiglieri
Number        Street

Woodbury                NJ        08096
City                    State     ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $16, 169.36

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Municipal Claim

---

Debtor 1    Earle      Stanley      Greer           Case number *(if known)* 18-18146elf
       First Name    Middle Name    Last Name

## Part 2:  Your NONPRIORITY Unsecured Claims —Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.      **Total claim**

### 4.16

**INFINITI FINANCIAL SERVICES**
Nonpriority Creditor's Name

PO BOX 650424
Number    Street

DALLAS        TX
City        State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $6,000.00

**When was the debt incurred?**    2011

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify CAR LEASE

### 4.17

**LOAN BUILDER**
Nonpriority Creditor's Name

3505 SILVERSIDE ROAD
Number    Street

WILMIMGTON      DE      19810
City        State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $18,000.00

**When was the debt incurred?**    2018

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify ___

### 4.18

Swift Financial, LLC
Nonpriority Creditor's Name

3505 Silverside Road. Suite 200
Number    Street

Willington      DE      19810
City        State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  4  4  6  8      $23,103.82

**When was the debt incurred?** ___

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Business Loan

Debtor 1    Earle             Stanley            Greer                              Case number *(if known)* 18-18146elf
            First Name    Middle Name    Last Name

### Part 2:    Your NONPRIORITY Unsecured Claims —Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.19**

WELLS FARGO
Nonpriority Creditor's Name

PO BOX 30086
Number        Street

LOS ANGELES          CA        90030
City                            State        ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**    2011

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$46,000.00

---

**4.20**

Nonpriority Creditor's Name

Number        Street

City                            State        ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

---

**4.21**

Nonpriority Creditor's Name

Number        Street

City                            State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

---

Debtor 1    Earle      Stanley      Greer      Case number *(if known)* 18-18146elf

First Name    Middle Name    Last Name

---

### Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Dembo, Brown & Burns LLP
Name

1300 Route 73, Suite 205
Number    Street

Mount Laurel, NJ 08054
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.6__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Swift Financia, LLC
Name

625 W. Ridge Pike
Number    Street

Building E Suite 207

Conshohoken, PA 19428
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.18__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _4_ _4_ _6_ _8_

---

Name

Number    Street

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number    Street

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number    Street

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number    Street

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number    Street

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Debtor 1   Earle        Stanley        Greer        Case number *(if known)* 18-18146elf
<br>      First Name    Middle Name    Last Name

---

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

---

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.
   Add the amounts for each type of unsecured claim.

|  | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $408,763.25 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $408,763.25 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | **Earle Stanley Greer** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Pennsylvania**

Case number **18-18146elf**
(if known)

☑ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name _____ <br> Number   Street _____ <br> City   State   ZIP Code | |
| 2.2 | Name _____ <br> Number   Street _____ <br> City   State   ZIP Code | |
| 2.3 | Name _____ <br> Number   Street _____ <br> City   State   ZIP Code | |
| 2.4 | Name _____ <br> Number   Street _____ <br> City   State   ZIP Code | |
| 2.5 | Name _____ <br> Number   Street _____ <br> City   State   ZIP Code | |

Exhibit "C"

**Fill in this information to identify the case:**

Debtor Name  Earle Greer

United States Bankruptcy Court for the: Eastern District of  Pennsylvania

Case number:  18 - 18146

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  Sept

Date report filed:  9 - 25 - 19
MM / DD / YYYY

Line of business:  Real Estate

NAISC code:

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Earle Greer

Original signature of responsible party  Earle Greer

Printed name of responsible party  Earle Greer

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _Earle Greer_____     Case number ___18 - 18146___

17. Have you paid any bills you owed before you filed bankruptcy?   ❑ ☑ ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❑ ☑ ❑

---

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ _520.18_

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ _20,995_

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     - $ _20,338.17_

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.     + $ _656.83_

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.     = $ _1,177.01_

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

---

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when it is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ _0.00_

    *(Exhibit E)*

---

Debtor Name _Earle Greer_                                    Case number _18 - 18146_

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                                $ _0.00_

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                            _0_

27. What is the number of employees as of the date of this monthly report?               _0_

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ _0.00_

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _0.00_

30. How much have you paid this month in other professional fees?                                $ _0.00_

31. How much have you paid in total other professional fees since filing the case?               $ _0.00_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 21,500 | − | $ 20,995 | = | $ 505.00 |
| 33. **Cash disbursements** | $ 21,000 | − | $ 20,338 17 | = | $ 661.83 |
| 34. **Net cash flow** | $ 500.00 | − | $ 656.83 | = | $ 156.83 |

35. Total projected cash receipts for the next month:                          $ 21,500

36. Total projected cash disbursements for the next month:                    − $ 21,000

37. Total projected net cash flow for the next month:                         = $ 500.00

---

Official Form 425C          **Monthly Operating Report for Small Business Under Chapter 11**          page 3

Debtor Name _____ Earle Greer _____          Case number ___ 18-18146 ___

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Exhibit C

Earle Greer
P.O. Box 12548
Philadelphia, Pa 19151
215-868-0481

Category Summary
Earle Greer [, ]
06/01/2019

| Property | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 N Edgewood St | 705 | 705 | 705 | 705 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2820 |
| 29 N Ruby St | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 137 N Ruby St | 1260 | 860 | 0 | 1000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3120 |
| 149 N Edgewood St | 1200 | 800 | 1250 | 1200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4450 |
| 215 Spring Valley Rd | 600 | 0 | 200 | 1600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2400 |
| 228 Spring Valley Rd | 800 | 400 | 1100 | 400 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2700 |
| 266 S Alden St | 660 | 920 | 920 | 720 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3220 |
| 324 Darby Terr | 0 | 600 | 425 | 380 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1405 |
| 418 S 3rd | 750 | 400 | 800 | 800 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2750 |
| 512 N Vodges St | 534 | 800 | 800 | 990 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3124 |
| 735 S Cecil St | 786 | 614 | 700 | 700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2800 |
| 1328 Wycombe Ave | 950 | 950 | 950 | 1010 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3860 |
| 1329 Edgehill Rd | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1339 Narragansett St | 875 | 875 | 875 | 875 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3500 |
| 1508 Rainer Rd | 1044 | 894 | 696 | 890 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3524 |
| 2101 S 68th St | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2101 S 68th St, 2101 S 68th | 650 | 1300 | 650 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2600 |
| 2101 S 68th St, 2101 S 68th | 575 | 675 | 450 | 220 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1920 |
| 2403 S Edgewood St | 850 | 850 | 700 | 850 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3250 |
| 2510 S Bonnaffon St | 660 | 600 | 600 | 700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2560 |
| 2536 S Bonnaffon St | 785 | 715 | 750 | 705 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2955 |
| 2554 S Bonnaffon St | 530 | 260 | 1080 | 490 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2360 |
| 2620 S 68th St | 0 | 0 | 650 | 250 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 900 |
| 5107 Folsom St | 700 | 700 | 700 | 700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2800 |
| 5237 Race St | 825 | 825 | 825 | 825 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3300 |
| 5461 Cedar Ave | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5461 Cedar Ave, 5461 Cedar Ave | 725 | 626 | 824 | 725 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2900 |
| 5461 Cedar Ave, 5461 Cedar Ave | 500 | 500 | 500 | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2000 |
| 5461 Cedar Ave, 5461 Cedar Ave | 0 | 400 | 400 | 400 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1200 |
| 5711 Reedland St | 750 | 750 | 750 | 850 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3100 |
| 5715 Reedland St | 707 | 793 | 750 | 750 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3000 |
| 5721 Haverford Ave | 1250 | 460 | 760 | 1060 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3530 |
| 6856 Guyer St | 734 | 666 | 700 | 700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2800 |
| **Totals** | 20405 | 18938 | 20510 | 20995 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80848 |

Categories:
  4000 Rental Income

Report Date: 09/24/2019

Exhibit D September 2019

9-3 Home Depot $131.44 Repairs

9-3 Home Depot $302.25 Repairs

9-3 Home Depot $812.71 Repairs

9-3 Lowes $29.88 Repairs

9-3 Home Depot $146.25

9-3 Giant Supermkt $133.32

9-5 Home Depot $158.15

9-5 Inquirer $62.10 Ad

9-5 Labor $500.00 Roof Repair

9-6 Labor $2020.00 Repairs

9-6 Cleaners $165.00 School Clothes

9-9 Home Depot $445.51 Repairs

9-9 Express Drains $80.00

9-9 Giant Super Mkt $93.64

9-9 Lowes $124.70

9-9 Univest Bank $300.00 Mortgage Payment

9-10 Ace Hardware $50.00 Window Repair

9-10 PECO $200.00

9-10 AT&T Bill $817.22

9-10 BB&T Bank $3350.00

9-10 Aqua America $166.13

9-10 PNC Bank $397.63 Mortgage Payment

9-10 PNC  Bank  $1524.12 Mortgage Payment

9-12 Home Depot $509.72

9-12 Electrical Inspector $85.00

9-13 Labor $2350.00

9-13 Home Depot $750.00

9-15 Acme $80.00

9-16 Trustee Fee $325.00

9-16 Home Depot $502.09

9-18 Santander Bank $800.00 Car Payment

9-18 Home Depot $95.00

9-19 Home Depot $640.00

9-19 Home Depot $189.00

9-20 Home Depot $97.71

9-20 Lowes $105.00

9-20 Peerless Pest Control $50.00

9-23 National Real Estate Insurance $1749.82

Total $20,338.17

# TD Bank

**America's Most Convenient Bank®**

E    STATEMENT OF ACCOUNT

EARLE GREER
PERSONAL BANKRUPTCY
3 CARRIAGE LN
LANSDOWNE PA 19050-2318

Page:                                           1 of 6
Statement Period:    Aug 24 2019-Sep 23 2019
Cust Ref #:
Primary Account #:



## TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## TD Simple Checking

EARLE GREER
PERSONAL BANKRUPTCY

Account # 436-6717789

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 520.18 | Average Collected Balance | 1,951.16 |
| Deposits | 9,681.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 6,550.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 325.00 | Days in Period | 31 |
| Electronic Payments | 10,913.37 | | |
| Other Withdrawals | 5,108.00 | | |
| Service Charges | 5.99 | | |
| Ending Balance | 398.82 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

#### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/29 | DEPOSIT | 650.00 |
| 09/05 | DEPOSIT | 7,095.00 |
| 09/06 | DEPOSIT | 1,936.00 |
| | Subtotal: | 9,681.00 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ **Ending Balance**                398.82

❷ **Total Deposits**           +

❸ **Sub Total**

❹ **Total Withdrawals**           -

❺ **Adjusted Balance**

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

EARLE GREER
PERSONAL BANKRUPTCY

Page:                                              3 of 6
Statement Period:        Aug 24 2019-Sep 23 2019
Cust Ref #:
Primary Account #:



---

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits

| POSTING DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 08/27 | ATM CASH DEPOSIT, *****30049662463<br>AUT 082719 ATM CASH DEPOSIT<br>2014 SPROUL ROAD | BROOMALL | * PA | 600.00 |
| 08/30 | ATM CASH DEPOSIT, *****30049662463<br>AUT 083019 ATM CASH DEPOSIT<br>969 BALTIMORE PIKE | SPRINGFIELD | * PA | 1,200.00 |
| 09/06 | ATM CASH DEPOSIT, *****30049662463<br>AUT 090619 ATM CASH DEPOSIT<br>2200 GARRETT ROAD | DREXEL HILL | * PA | 1,400.00 |
| 09/12 | ATM CASH DEPOSIT, *****30049662463<br>AUT 091219 ATM CASH DEPOSIT<br>2014 SPROUL ROAD | BROOMALL | * PA | 400.00 |
| 09/16 | ATM CASH DEPOSIT, *****30049662463<br>AUT 091619 ATM CASH DEPOSIT<br>2200 GARRETT ROAD | DREXEL HILL | * PA | 800.00 |
| 09/18 | ATM CASH DEPOSIT, *****30049662463<br>AUT 091819 ATM CASH DEPOSIT<br>2014 SPROUL ROAD | BROOMALL | * PA | 400.00 |
| 09/20 | ATM MIXED DEPOSIT, *****30049662463<br>AUT 092019 ATM MIXED DEPOSI<br>2014 SPROUL ROAD | BROOMALL | * PA | 1,750.00 |

|  |  | Subtotal: | 6,550.00 |
|---|---|---|---|

| **Checks Paid** | No. Checks: 1 | *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments | |
|---|---|---|---|
| DATE | SERIAL NO. | AMOUNT | |
| 09/16 | 203 | 325.00 | |

|  | Subtotal: | 325.00 |
|---|---|---|

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/27 | DEBIT POS, *****30049662463, AUT 082719 DDA PURCHASE<br>STAPLES 0046        SPRINGFIELD  * PA | 42.96 |
| 08/27 | DEBIT POS, *****30049662463, AUT 082719 DDA PURCHASE<br>GIANT 6083 539 NORTH O    ALDAN       * PA | 61.36 |
| 08/29 | DEBIT CARD PURCHASE, *****30049662463, AUT 082719 VISA DDA PUR<br>THE HOME DEPOT 4114    PRIMOS SECANE * PA | 449.39 |
| 08/29 | DEBIT CARD PURCHASE, *****30049662463, AUT 082819 VISA DDA PUR<br>LOWES 02378        215 796 6640 * PA | 74.86 |
| 08/30 | DEBIT CARD PURCHASE, *****30049662463, AUT 082819 VISA DDA PUR<br>THE HOME DEPOT 4114    PRIMOS SECANE * PA | 78.32 |
| 08/30 | DEBIT CARD PURCHASE, *****30049662463, AUT 082819 VISA DDA PUR<br>THE HOME DEPOT 4166    PHILADELPHIA * PA | 373.36 |
| 08/30 | DEBIT CARD PURCHASE, *****30049662463, AUT 082919 VISA DDA PUR<br>LOWES 02378        215 796 6640 * PA | 83.73 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

EARLE GREER
PERSONAL BANKRUPTCY

Page:                                        4 of 6
Statement Period:    Aug 24 2019-Sep 23 2019
Cust Ref #:
Primary Account #:



---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | DEBIT CARD PURCHASE, *****30049662463, AUT 082919 VISA DDA PUR<br>THE HOME DEPOT 4150      PHILADELPHIA * PA | 131.44 |
| 09/03 | DEBIT CARD PURCHASE, *****30049662463, AUT 082919 VISA DDA PUR<br>THE HOME DEPOT 4166      PHILADELPHIA * PA | 302.25 |
| 09/03 | DEBIT CARD PURCHASE, *****30049662463, AUT 083019 VISA DDA PUR<br>THE HOME DEPOT 4166      PHILADELPHIA * PA | 812.71 |
| 09/03 | DEBIT CARD PURCHASE, *****30049662463, AUT 083019 VISA DDA PUR<br>LOWES 02378          215 796 6640 * PA | 29.88 |
| 09/03 | DEBIT CARD PURCHASE, *****30049662463, AUT 083019 VISA DDA PUR<br>THE HOME DEPOT 4166      PHILADELPHIA * PA | 146.25 |
| 09/03 | DEBIT POS, *****30049662463, AUT 083119 DDA PURCHASE<br>GIANT 6083 539 NORTH O    ALDAN       * PA | 133.32 |
| 09/05 | DEBIT CARD PURCHASE, *****30049662463, AUT 090319 VISA DDA PUR<br>THE HOME DEPOT 4114      PRIMOS SECANE * PA | 158.15 |
| 09/05 | DEBIT CARD PURCHASE, *****30049662463, AUT 090319 VISA DDA PUR<br>PHILADELPHIA INQUIRER    215 222 2765 * PA | 62.10 |
| 09/05 | TD ATM DEBIT, *****30049662463, AUT 090519 DDA WITHDRAW<br>2014 SPROUL ROAD        BROOMALL    * PA | 500.00 |
| 09/06 | DEBIT POS, *****30049662463, AUT 090619 DDA PURCHASE<br>FLASH CLEANERS        PHILADELPHIA * PA | 165.00 |
| 09/09 | DEBIT CARD PURCHASE, *****30049662463, AUT 090619 VISA DDA PUR<br>THE HOME DEPOT 4166      PHILADELPHIA * PA | 445.51 |
| 09/09 | DEBIT CARD PURCHASE, *****30049662463, AUT 090619 VISA DDA PUR<br>EXPRESS DRAINS        215 4421000  * PA | 80.00 |
| 09/09 | DEBIT POS, *****30049662463, AUT 090719 DDA PURCHASE<br>GIANT 6083        ALDAN     * PA | 93.64 |
| 09/09 | DEBIT POS, *****30049662463, AUT 090819 DDA PURCHASE<br>LOWE S 3169        HAVERTOWN    * PA | 124.70 |
| 09/10 | DEBIT CARD PAYMENT, *****30049662463, AUT 090919 VISA DDA PUR<br>AT T BILL PAYMENT      800 288 2020 * GA | 817.22 |
| 09/10 | DEBIT CARD PURCHASE, *****30049662463, AUT 090919 VISA DDA PUR<br>DOX AQUA AMERICA      206 3190097  * WA | 166.13 |
| 09/10 | CCD DEBIT, SPEEDPAY PAYMENT SP ****301592 | 397.63 |
| 09/10 | CCD DEBIT, SPEEDPAY PAYMENT SP ****201890 | 1,524.12 |
| 09/12 | DEBIT CARD PURCHASE, *****30049662463, AUT 091019 VISA DDA PUR<br>THE HOME DEPOT 4166      PHILADELPHIA * PA | 509.72 |
| 09/16 | DEBIT CARD PURCHASE, *****30049662463, AUT 091219 VISA DDA PUR<br>THE HOME DEPOT 4166      PHILADELPHIA * PA | 502.09 |
| 09/18 | ELECTRONIC PMT-TEL, SANTANDER CONSUMER ****746455 | 800.00 |
| 09/20 | DEBIT CARD PURCHASE, *****30049662463, AUT 091819 VISA DDA PUR<br>THE HOME DEPOT 4166      PHILADELPHIA * PA | 97.71 |
| 09/23 | ACH DEBIT, NATIONALREALESTA PURCHASE | 1,749.82 |

|  | Subtotal: | 10,913.37 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

EARLE GREER
PERSONAL BANKRUPTCY

| | |
|---|---|
| Page: | 5 of 6 |
| Statement Period: | Aug 24 2019-Sep 23 2019 |
| Cust Ref #: | |
| Primary Account #: | |



---

## DAILY ACCOUNT ACTIVITY

### Other Withdrawals

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/06 | DEBIT | | 1,350.00 |
| 09/10 | DEBIT | | 3,758.00 |
| | | Subtotal: | 5,108.00 |

### Service Charges

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/23 | MAINTENANCE FEE | | 5.99 |
| | | Subtotal: | 5.99 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/23 | 520.18 | 09/09 | 7,702.25 |
| 08/27 | 1,015.86 | 09/10 | 1,039.15 |
| 08/29 | 1,141.61 | 09/12 | 929.43 |
| 08/30 | 1,806.20 | 09/16 | 902.34 |
| 09/03 | 250.35 | 09/18 | 502.34 |
| 09/05 | 6,625.10 | 09/20 | 2,154.63 |
| 09/06 | 8,446.10 | 09/23 | 398.82 |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

EARLE GREER
PERSONAL BANKRUPTCY

Page:                                                6 of 6
Statement Period:    Aug 24 2019-Sep 23 2019
Cust Ref #:
Primary Account #:



| #203 | 09/16 | $325.00 |