UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     EARLE STANLEY GREER,     :     Chapter 11
                                    :
           Debtor                   :     Bky. No. 18-18146 ELF

## O R D E R

AND NOW, upon consideration of the Debtor's Motion for Conditional Approval of Disclosure Statement ("the Motion") (see Doc. #'s 98-100), it is hereby **ORDERED** that:

1. A hearing on the Motion is **SCHEDULED** on **October 16, 2019, at 11:00 a.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA**.

2. A hearing to consider dismissal of this case for "cause" is **SCHEDULED** on **October 30, 2019 at 11:00 a.m.**

3. The Bankruptcy Notice Center shall give notice of this Order to all parties in interest.

Date: October 8, 2019

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE