**Fill in this information to identify your case:**

Debtor          **Earle Stanley Greer**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse If filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: **Eastern District of Pennsylvania**

Case number   **18-18146elf**
(If known)

☑ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Tanzania Davis** <br> Name <br> **2101 N. 68th Street** <br> Number    Street <br> **Philadelphia PA 19142** <br> City          State    ZIP Code | **Rental lease** |
| 2.2 | **Betty Clarke** <br> Name <br> **2403 South Edgewood** <br> Number    Street <br> **Philadelphia PA 19142** <br> City          State    ZIP Code | **Rental lease** |
| 2.3 | **Kamillah Royster** <br> Name <br> **2510 Bonnaffon St.** <br> Number    Street <br> **Philadelphia PA 19142** <br> City          State    ZIP Code | **Rental Lease** |
| 2.4 | **Shiela Irving** <br> Name <br> **2536 Bonnaffon St** <br> Number    Street <br> **Phila PA 19142** <br> City          State    ZIP Code | **Rental lease** |
| 2.5 | **Kim Taylor** <br> Name <br> **6856 Guyer Ave** <br> Number    Street <br> **Philad PA 19142** <br> City          State    ZIP Code | **Rental lease** |

Debtor 1    **Earle Stanley Greer**                      Case number *(if known)* **18-18146elf**
First Name      Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| | **Person or company with whom you have the contract or lease** | **What the contract or lease is for** |
|---|---|---|
| 2.6 | **Erica Pannerbarker**<br>Name<br>**5711 Reedland St**<br>Number     Street<br>**Phila PA 19143**<br>City        State    ZIP Code | **Rental lease** |
| 2.7 | **Gina Hobbs**<br>Name<br>**5715 Reedland St.**<br>Number     Street<br>**Phila PA 19143**<br>City        State    ZIP Code | **Rental lease** |
| 2.8 | **Dawn Hoover**<br>Name<br>**1508 Rainer Road**<br>Number     Street<br>**Brookhaven PA 19015**<br>City        State    ZIP Code | **Rental lease** |
| 2.9 | **Toby Levan**<br>Name<br>**735 South Cecil St.**<br>Number     Street<br>**Philadelphia PA 19143**<br>City        State    ZIP Code | **Rental lease** |
| 2.10 | **Geraldine Wilkins**<br>Name<br>**21 North Edgewood Street**<br>Number     Street<br>**Philadelphia PA 19139**<br>City        State    ZIP Code | **Rental lease** |
| 2.11 | **Luvenia Alexander**<br>Name<br>**137 North Ruby St**<br>Number     Street<br>**Phila PA 19139**<br>City        State    ZIP Code | **Rental lease** |
| 2.12 | **Ron Harris**<br>Name<br>**418 South 3rd Street**<br>Number     Street<br>**Colwyn PA1 19023**<br>City        State    ZIP Code | **Rental lease** |
| 2.13 | **Donte Holly**<br>Name<br>**5237 Race**<br>Number     Street<br>**Philadelphia PA 19139**<br>City        State    ZIP Code | **Rental Lease** |

Debtor 1   **Earle Stanley Greer**_____   Case number *(if known)* **18-18146elf**_____
           First Name     Middle Name          Last Name

█████   **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|
| **2.14** **Terry Robinson**_____<br>Name<br>**1328 Wycombe Ave**_____<br>Number      Street<br>**Darby PA 19023**_____<br>City                State     ZIP Code | **Rental lease** |
| **2.15** **Willie Clarke**_____<br>Name<br>**5107 Folson Street**_____<br>Number      Street<br>**Phila PA 19139**_____<br>City                State     ZIP Code | **Rental lease** |
| **2.16** _____<br>Name<br>_____<br>Number      Street<br>_____<br>City                State     ZIP Code | |
| **2.17** **Dwight Rutledge**_____<br>Name<br>**1339 Narragansett St**_____<br>Number      Street<br>**Phila PA 19138**_____<br>City                State     ZIP Code | **Rental lease** |
| **2.18** _____<br>Name<br>_____<br>Number      Street<br>_____<br>City                State     ZIP Code | |
| **2.19** _____<br>Name<br>_____<br>Number      Street<br>_____<br>City                State     ZIP Code | |
| **2.20** _____<br>Name<br>_____<br>Number      Street<br>_____<br>City                State     ZIP Code | |
| **2.21** _____<br>Name<br>_____<br>Number      Street<br>_____<br>City                State     ZIP Code | |