AFNI
PO BOX 3097
BLOOMINGTON,IL 61702


AMERICAN EXPRESS
PO BOX 1270
NEWARK,NJ 07101


BANK OF AMERICA
PO BOX 15019
WILMINGTON,DE 19886


BB& T
PO Box 1847
Wilson,NC 27894


BB&T
PO Box 1847
Wilson,NC 27894


BB&T Bank
P. O. Box 819
Wilson,NC 27894


BB&T Bankruptcy Section
PO Box 1847
Wilson,NC 27894


Betty Clarke
2403 South Edgewood
Philadelphia,PA 19142

```
City of Philadelphia
Department of Revenue
1401 JFK Blvd 5th Floor
Philadelphia,PA 19105


City of Philadelphia Law Tax & Revenue U
1401 JFK Blvd. 5th Floor
Philadelphia,PA 19102


Conerstone Bank
6000 Midatlantic Drive, Suite 120
Mt Laurel,NJ 08054


Cornerstone Bank
6000 Midlantic Drive Suite 120 S
MT Laurel,NJ 08054


Dawn Hoover
1508 Rainer Road
Brookhaven,PA 19015


DELAWARE COUNTY TAX CLAIM BUREAU
201 WEST FRONT STREET
MEDIA,PA 19063


DELAWARE COUNTY TAX CLAIM BUREAU

201 W FRONT STREET
MEDIA,PA 19063


DELAWARE COUNTY TAX CLAIM BUREAU
201 W FRONT
MEDIA,PA 19063


DELAWARE COUNTY TAX CLAIM BUREAU
201 WEST FRONT STREET
MEDIA,PA 19063
```

DELAWARE COUNTY TAX CLAIM BUREAU

201 WEST FRONT STREET
MEDIA,PA 19063

DELAWARE COUNTY TAX CLAIM BUREAU

201 WEST FRONT STREET
MEDIA,PA 19063

Delaware County Tax Claim Bureau, Gov Ce
66 Euclid Street, Suite C
Woodbury,PA 08096

Delaware County Tax Claim-Gov Center
66 Euclid St., Suite C
Woodbury,NJ 08096

Delaware County Tax Claim-Government Cen
66 Euclid Street, Suite C
Woodbury,PA 08096

Delaware County Tax Claim-Government Cen
66 Euclid Street, Suite C
Woodbury,NJ 08096

Delaware Tax Claim -Government Center
66 Euclid Street, Suite C
Woodbury,NJ 08096

Delaware Tax Claim-Gov Center
66 Euclid St., Suite C
Woodbury,NJ 08096

Delaware Tax Claim-Government Center
66 Euclid St., Suite C
Woodbury,NJ 08096

Donte Holly
5237 Race
Philadelphia,PA 19139


Dwight Rutledge
1339 Narragansett St
Phila,PA 19138


Erica Pannerbarker
5711 Reedland St
Phila,PA 19143


Gary F. Seitz, City Sequestrator
1628 JFK BLVD, Suite 19103
Philadelphia,PA 19103


Gary F. Seitz, City Sequestrator
1628 JFK  BLVD
Philadelphia,PA 19103


Gary F. Sietz,City Sequestrator
1628 JFK BLVD
Philadelphia,PA 19103


Geraldine Wilkins
21 North Edgewood Street
Philadelphia,PA 19139


Gina Hobbs
5715 Reedland St.
Phila,PA 19143


INFINITI FINANCIAL SERVICES
PO BOX 650424
DALLAS,TX

```
Kamillah Royster
2510 Bonnaffon St.
Philadelphia,PA 19142


Kim Taylor
6856 Guyer Ave
Philad,PA 19142


LOAN BUILDER
3505 SILVERSIDE ROAD
WILMIMGTON,DE 19810


Luvenia Alexander
137 North Ruby St
Phila,PA 19139


PA DEPARTMENT OF REVENUE
PO BOX 280946
HARRISBURG,PA 17128


PGW
800 West Montgomery Ave
Philadelphia,PA 19122


PGW
800 West Montgomery Ave
Philadelphia,,PA 19122


PNC BANK
P.O. Box 1820
Dayton,OH 45401


PNC Bank, NA
PO Box 94982
Cleveland,OH 44101
```

```
Ron Harris
418 South 3rd Street
Colwyn,PA1 19023



Santander Consumer USA Inc.
PO Box 961245
forth Worth,TX 76161



Shiela Irving
2536 Bonnaffon St
Phila,PA 19142



Swift Financia, LLC
625 W. Ridge Pike
Building E Suite 207
Conshohoken,PA 19428



Swift Financial, LLC
3505 Silverside Road. Suite 200
Willington,DE 19810



Tanzania Davis
2101 N. 68th Street
Philadelphia,PA 19142



Terry Robinson
1328 Wycombe Ave
Darby,PA 19023



Toby Levan
735 South Cecil St.
Philadelphia,PA 19143



Univest Bank
P.O. Box 197
Souderton,Pa 18964
```

```
WELLS FARGO
PO BOX 30086
LOS ANGELES,CA 90030


Willie Clarke
5107 Folson Street
Phila,PA 19139
```