Fill in this information to identify the case:

Debtor Name: Earle Greer

United States Bankruptcy Court for the: Eastern District of PA

Case number: 18-18146

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: July 2019

Line of business: Real Estate

Date report filed: ___ / ___ / ___ MM / DD / YYYY

NAISC code: ___

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Earle Greer

Original signature of responsible party: /s/ Earle G.

Printed name of responsible party: Earle Greer

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ✓ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ✓ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ✓ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ✓ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ✓ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ✓ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ✓ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ✓ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ✓ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ✓ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ✓ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ✓ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ✓ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ✓ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ✓ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ✓ | ☐ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name __Earle Greer__    Case number __18-18146__

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ __432.59__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ __18,938__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ __18,670.49__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.     + $ __267.51__

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ __700.10__

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ __0.00__

    (Exhibit E)

Debtor Name __Earle Greer__    Case number __18-18146__

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables    $ 0.00
    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    0
27. What is the number of employees as of the date of this monthly report?    0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 0.00
30. How much have you paid this month in other professional fees?    $ 0.00
31. How much have you paid in total other professional fees since filing the case?    $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A — Projected (Copy lines 35-37 from the previous month's report.) | Column B — Actual (Copy lines 20-22 of this report.) | Column C = Difference (Subtract Column B from Column A.) |
|---|---|---|---|
| 32. Cash receipts | $ 21,500 | $ 18,938 | $ 2562.00 |
| 33. Cash disbursements | $ 21,000 | $ 18,670.49 | $ 2329.51 |
| 34. Net cash flow | $ 500.00 | $ 267.51 | $ 232.49 |

35. Total projected cash receipts for the next month:    $ 21,500
36. Total projected cash disbursements for the next month:    − $ 21,000
37. Total projected net cash flow for the next month:    = $ 500.00

Debtor Name __Earle Greer__    Case number __18-18146__

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

Exhibit C

Earle Greer
P.O. Box 12548
Philadelphia, Pa 19151
215-868-0481

Category Summary
Earle Greer [, ]
06/01/2019

| Property | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 N Edgewood St | 705 | 705 | 705 | 705 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2820 |
| 29 N Ruby St | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 137 N Ruby St | 1260 | 860 | 0 | 1000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3120 |
| 149 N Edgewood St | 1200 | 800 | 1250 | 1200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4450 |
| 215 Spring Valley Rd | 600 | 0 | 200 | 1600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2400 |
| 228 Spring Valley Rd | 800 | 400 | 1100 | 400 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2700 |
| 266 S Alden St | 660 | 920 | 920 | 720 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3220 |
| 324 Darby Terr | 0 | 600 | 425 | 380 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1405 |
| 418 S 3rd | 750 | 400 | 800 | 800 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2750 |
| 512 N Vodges St | 534 | 800 | 800 | 990 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3124 |
| 735 S Cecil St | 786 | 614 | 700 | 700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2800 |
| 1328 Wycombe Ave | 950 | 950 | 950 | 1010 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3860 |
| 1329 Edgehill Rd | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1339 Narragansett St | 875 | 875 | 875 | 875 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3500 |
| 1508 Rainer Rd | 1044 | 894 | 696 | 890 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3524 |
| 2101 S 68th St | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2101 S 68th St, 2101 S 68th | 650 | 1300 | 650 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2600 |
| 2101 S 68th St, 2101 S 68th | 575 | 675 | 450 | 220 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1920 |
| 2403 S Edgewood St | 850 | 850 | 700 | 850 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3250 |
| 2510 S Bonnaffon St | 660 | 600 | 600 | 700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2560 |
| 2536 S Bonnaffon St | 785 | 715 | 750 | 705 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2955 |
| 2554 S Bonnaffon St | 530 | 260 | 1080 | 490 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2360 |
| 2620 S 68th St | 0 | 0 | 650 | 250 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 900 |
| 5107 Folsom St | 700 | 700 | 700 | 700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2800 |
| 5237 Race St | 825 | 825 | 825 | 825 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3300 |
| 5461 Cedar Ave | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5461 Cedar Ave, 5461 Cedar Ave | 725 | 626 | 824 | 725 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2900 |
| 5461 Cedar Ave, 5461 Cedar Ave | 500 | 500 | 500 | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2000 |
| 5461 Cedar Ave, 5461 Cedar Ave | 0 | 400 | 400 | 400 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1200 |
| 5711 Reedland St | 750 | 750 | 750 | 850 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3100 |
| 5715 Reedland St | 707 | 793 | 750 | 750 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3000 |
| 5721 Haverford Ave | 1250 | 460 | 760 | 1060 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3530 |
| 6856 Guyer St | 734 | 666 | 700 | 700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2800 |
| Totals | 20405 | 18938 | 20510 | 20995 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80848 |

Categories:
  4000 Rental Income

Report Date: 09/24/2019

*Exhibit D July 2019*

7-4 Giant Super Market $103.00

7-4 Family Dollar $33.00

7-4 Sav A Lot Food Store $45.00

7-5 Univest Bank $300.00 Mortgage Payment

7-6 Labor $160.00

7-7 Peco $1000.00

7-7 Credit One Bank $200.00 Credit Card

7-7 Merrick Bank $200.00 Credit Card

7-7 Lendup Bank $200.00 Credit Card

7-7 Foremost Insurance $430.00

7-8 Aqua America $161.13 Debit Card

7-9 Santander Bank $803.75 Car Payment Electronic Payment

7-9 P.O. Box Post Office $134.00 Debit Card

7-9 Rental License Colwyn $300.00

7-9 PNC Bank Mortgage Payment $1900.00

7-10 Delaware Co Court $41.18

7-10 BB&T Bank $3350.00

7-11 Home Depot $723.00 Repairs

7-11 Labor $1705.00 Repairs

7-14 Verizon $582.00 Phone Bill

7-15 Home Depot $70.03 Repairs Debit Card

7-15 Home Repairs $115.63 Debit Card

7-15 Home Depot $535.52 Debit Card

*7-15 City Of Philadelphia Rental License $870.00 Debit Card*

*7-15 City Of Philadelphia Rental License Fee $16.30 Debit Card*

*7-18 Home Depot $325.00 Repairs*

*7-18 Express Drains $150.00*

*7-19 National Real Estate Insurance $2200.00*

*7-19 Home Depot $425.00 Repairs*

*7-19 Trash Removal $150.00*

*7-20 Gene Appliance $200.00 Stove Purchase*

*7-23 Home Depot $400.00 Repairs*

*7-23 Home Depot $110.00 Repairs*

*7-26 Home Depot $85.00 Repairs*

*7-26 Ace Hardware $50.00 Window Repair*

*7-26 Gene Appliance $130.00 Stove Repair*

*7-26 Harland Checks $26.95*

*7-27 Giant Super Market $140.00*

*7-27 Maitre Landscape $300.00*

*Total $18,670.49*



**TD Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

000020313 01 AV   0.380  MTD01040072419378675 0008 03 03



EARLE GREER
PERSONAL BANKRUPTCY
3 CARRIAGE LN
LANSDOWNE PA  19050-2318

Page: 1 of 4
Statement Period: Jun 24 2019-Jul 23 2019
Cust Ref #:
Primary Account #: ##

## TD Simple Checking

EARLE GREER
PERSONAL BANKRUPTCY

Account # 436-6717789

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 20.00 | Average Collected Balance | 597.43 |
| Deposits | 7,720.00 | Interest Earned This Period | 0.00 |
| Other Credits | 1,584.70 | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 1,584.70 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 3,352.07 | Days in Period | 30 |
| Other Withdrawals | 4,383.00 | | |
| Ending Balance | 4.93 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $35.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/08 | DEPOSIT | 7,720.00 |
| | Subtotal: | 7,720.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/17 | RETURNED ITEM | 1,584.70 |
| | Subtotal: | 1,584.70 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/16 | 710 | 1,584.70 |
| | Subtotal: | 1,584.70 |



**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/28 | ACH DEBIT, HARLAND CLARKE CHK ORDERS *KH***5303741L7 | 11.95 |
| 07/08 | DEBIT CARD PURCHASE, *****30049662463, AUT 070719 VISA DDA PUR DOX AQUA AMERICA  206 3190097  * WA | 161.13 |
| 07/09 | DEBIT CARD PURCHASE, *****30049662463, AUT 070819 VISA DDA PUR WU SANTANDER CNSMR USA  888 222 4227  * TX | 803.75 |
| 07/09 | DEBIT POS, *****30049662463, AUT 070919 DDA PURCHASE USPS PO 4 658 N 63RD S  PHILADELPHIA * PA | 134.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

EARLE GREER
PERSONAL BANKRUPTCY

Page: 3 of 4
Statement Period: Jun 24 2019-Jul 23 2019
Cust Ref #:
Primary Account #: 

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/10 | DEBIT CARD PURCHASE, *****30049662463, AUT 070919 VISA DDA PUR DELAWARE COUNTY DISTRICT   KNOXVILLE   * TN | 1.20 |
| 07/10 | DEBIT CARD PURCHASE, *****30049662463, AUT 070919 VISA DDA PUR DELAWARE COUNTY DISTRICT   DARBY   * PA | 39.98 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071119 VISA DDA PUR THE HOME DEPOT 4109   PHILADELPHIA * PA | 70.03 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071119 VISA DDA PUR THE HOME DEPOT 4114   PRIMOS SECANE * PA | 115.63 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071119 VISA DDA PUR THE HOME DEPOT 4114   PRIMOS SECANE * PA | 535.52 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071219 VISA DDA PUR PHILADELPHIA CITY OF LIC   800 4874567   * PA | 55.00 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071219 VISA DDA PUR OPC FEE PHILA L AND I RE   800 4874567   * CA | 1.10 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071219 VISA DDA PUR PHILADELPHIA CITY OF LIC   800 4874567   * PA | 55.00 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071219 VISA DDA PUR OPC FEE PHILA L AND I RE   800 4874567   * CA | 1.10 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071219 VISA DDA PUR PHILADELPHIA CITY OF LIC   800 4874567   * PA | 110.00 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071219 VISA DDA PUR OPC FEE PHILA L AND I RE   800 4874567   * CA | 2.20 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071319 VISA DDA PUR PHILADELPHIA CITY OF LIC   800 4874567   * PA | 165.00 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071319 VISA DDA PUR OPC FEE PHILA L AND I RE   800 4874567   * CA | 3.30 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071319 VISA DDA PUR PHILADELPHIA CITY OF LIC   800 4874567   * PA | 55.00 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071319 VISA DDA PUR OPC FEE PHILA L AND I RE   800 4874567   * CA | 1.10 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071319 VISA DDA PUR PHILADELPHIA CITY OF LIC   800 4874567   * PA | 110.00 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071319 VISA DDA PUR OPC FEE PHILA L AND I RE   800 4874567   * CA | 2.20 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071319 VISA DDA PUR PHILADELPHIA CITY OF LIC   800 4874567   * PA | 55.00 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071319 VISA DDA PUR OPC FEE PHILA L AND I RE   800 4874567   * CA | 1.10 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071319 VISA DDA PUR PHILADELPHIA CITY OF LIC   800 4874567   * PA | 210.00 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071319 VISA DDA PUR OPC FEE PHILA L AND I RE   800 4874567   * CA | 4.20 |
| 07/15 | DEBIT CARD PURCHASE, *****30049662463, AUT 071319 VISA DDA PUR PHILADELPHIA CITY OF LIC   800 4874567   * PA | 55.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

T        **STATEMENT OF ACCOUNT**

EARLE GREER
PERSONAL BANKRUPTCY
3 CARRIAGE LN
LANSDOWNE PA 19050-2318

Page:                                     1 of 4
Statement Period:    Jul 24 2019-Aug 23 2019
Cust Ref #:
Primary Account #:

## TD Simple Checking

EARLE GREER
PERSONAL BANKRUPTCY

Account #

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4.93 | Average Collected Balance | 1,022.21 |
| Deposits | 13,516.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 7,485.76 | Days in Period | 31 |
| Other Withdrawals | 5,183.00 | | |
| Service Charges | 6.99 | | |
| Ending Balance | 520.18 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | DEPOSIT | 10,060.00 |
| 08/19 | DEPOSIT | 2,706.00 |
| 08/22 | DEPOSIT | 750.00 |
| | Subtotal: | 13,516.00 |

**Checks Paid**  No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 08/12 | 201 | 325.00 |
| | Subtotal: | 325.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

EARLE GREER
PERSONAL BANKRUPTCY

Page: 3 of 4
Statement Period: Jul 24 2019-Aug 23 2019
Cust Ref #: ###
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/26 | ACH DEBIT, HARLAND CLARKE CHK ORDERS *KTM***103741L7 | 26.25 |
| 08/06 | DEBIT CARD PURCHASE, *****30049662463, AUT 080519 VISA DDA PUR DELAWARE COUNTY DISTRICT   KNOXVILLE   * TN | 2.95 |
| 08/06 | DEBIT CARD PURCHASE, *****30049662463, AUT 080519 VISA DDA PUR DELAWARE COUNTY DISTRICT   DARBY   * PA | 98.43 |
| 08/07 | DEBIT CARD PURCHASE, *****30049662463, AUT 080519 VISA DDA PUR AT T BILL PAYMENT   800 288 2020   * GA | 437.08 |
| 08/07 | DEBIT CARD PAYMENT, *****30049662463, AUT 080519 VISA DDA PUR VERIZON ONETIMEPAY   VERIZON COM   * FL | 298.58 |
| 08/07 | DEBIT CARD PURCHASE, *****30049662463, AUT 080619 VISA DDA PUR WU SANTANDER CNSMR USA   888 222 4227   * TX | 1,603.75 |
| 08/07 | DEBIT CARD PURCHASE, *****30049662463, AUT 080619 VISA DDA PUR DOX AQUA AMERICA   206 3190097   * WA | 237.75 |
| 08/07 | CCD DEBIT, SPEEDPAY PAYMENT SP ****301592 | 404.89 |
| 08/07 | CCD DEBIT, SPEEDPAY PAYMENT SP ****201890 | 1,524.12 |
| 08/08 | ELECTRONIC PMT-WEB, FOREMOST EPM PYMT ****000441020 | 217.72 |
| 08/21 | ACH DEBIT, NATIONALREALESTA PURCHASE | 2,002.23 |
| 08/21 | DEBIT POS, *****30049662463, AUT 082119 DDA PURCHASE LOWE S  2378   PHILADELPHIA  * PA | 123.06 |
| 08/22 | DEBIT POS, *****30049662463, AUT 082219 DDA PURCHASE THE HOME DEPOT  4114   PRIMOS SECANE * PA | 45.00 |
| 08/23 | DEBIT CARD PURCHASE, *****30049662463, AUT 082219 VISA DDA PUR 353 ALLIED BLDG PROD   PHILADELPHIA  * PA | 240.27 |
| 08/23 | DEBIT CARD PURCHASE, *****30049662463, AUT 082219 VISA DDA PUR EXPRESS DRAINS   215 4421000   * PA | 150.00 |
| 08/23 | DEBIT POS, *****30049662463, AUT 082219 DDA PURCHASE GIANT 6083 539 NORTH O   ALDAN   * PA | 68.90 |
| 08/23 | DEBIT POS, *****30049662463, AUT 082319 DDA PURCHASE THE HOME DEPOT  4114   PRIMOS SECANE * PA | 4.78 |
| | Subtotal: | 7,485.76 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/29 | OVERDRAFT PD | 35.00 |
| 08/06 | DEBIT | 4,348.00 |
| 08/23 | DEBIT | 800.00 |
| | Subtotal: | 5,183.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

EARLE GREER
PERSONAL BANKRUPTCY

**STATEMENT OF ACCOUNT**

Page: 4 of 4
Statement Period: Jul 24 2019-Aug 23 2019
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/23 | MAINTENANCE FEE | 5.99 |
| 08/23 | PAPER STATEMENT FEE | 1.00 |
| | Subtotal: | 6.99 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/23 | 4.93 | 08/08 | 830.41 |
| 07/26 | -21.32 | 08/12 | 505.41 |
| 07/29 | -56.32 | 08/19 | 3,211.41 |
| 08/05 | 10,003.68 | 08/21 | 1,086.12 |
| 08/06 | 5,554.30 | 08/22 | 1,791.12 |
| 08/07 | 1,048.13 | 08/23 | 520.18 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender