# Earl Stanley Greer

# 18-18146

# Small Business Bankruptcy

# Disclosure Statement

# Exhibit A

# Exhibit B

EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYL VANIA

In re:                                          Chapter 11

EARLE S. GREER,                                 Case No. 18-18146-elf

         Debtor.

## EARLE S. GREER'S AMENDED PLAN OF REORGANIZATION, DATED November 7, 2019

### ARTICLE I
### SUMMARY

This Plan of Reorganization (the "Plan") under chapter 11 of the Bankruptcy Code (the "Code") proposes to pay creditors of Earle S. Greer (the "Debtor") from the cash flow from operations of rental property.

This Plan provides for:     0 class of priority claims;
                            2 classes of secured claims;
                            0 classes of non-priority unsecured claims;
                            2 classes of unsecured creditors; and
                            0 class of equity security holders.

Non-priority unsecured creditors holding allowed claims will a pro rata percentage of their allowed claims based upon the disposable income of the Debtor as estimated. This Plan also provides for payments of administrative claims in full on the effective date of the Plan or as otherwise agreed to, and payment of priority claims to the extent permitted by the Code, unless the holder of such claim agrees to different treatment.

All creditors and equity security holders should refer to Article III through VI of this Plan for information regarding the precise treatment of their claim" A disclosure statement that provides more detailed information regarding the Plan and the rights of creditors and equity holders has been circulated with this Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

## ARTICLE II
## CLASSIFICATION OF CLAIMS AND INTERESTS

| | | |
|---|---|---|
| 2.01 | **Class 1.** | Consensual Secured Claims of $1,164,001, to the extent allowed as a secured claim under § 506 of the Code. |
| 2.02 | **Class 2.** | Nonconsensual Secured Claims of $362,694, to the extent allowed as a secured claim under § 506 of the Code. |
| 2.03 | **Class 3.** | All non-priority unsecured claims allowed under § 502 of the Code. |
| 2.04 | **Class 4.** | All Vendor and Consensual General Unsecured Creditors $1,329,578, to the extent allowed. |
| 2.05 | **Class 5.** | All General Unsecured Litigation Creditors of to the extent allowed. |
| 2.06 | **Class 6.** | Interests of the individual Debtor in property of the estate. |

## ARTICLE III
## TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS, PRIORITY TAX CLAIMS, AND QUARTERLY AND COURT FEES

| | | |
|---|---|---|
| 3.01 | **Unclassified claims** | Under section § 1123(a)(I), administrative claims and priority tax claims are not in classes. |
| 3.02 | **Administrative Expense Claims** | Each holder of an allowed administrative expense claim allowed under § 503 of the Code, will be paid in full on the effective date of the Plan, in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor. |
| 3.03 | **Priority Tax Claims** | Each holder of an allowed priority tax claim will be paid in accordance with § 1129(a)(9)(c) of the code. |
| 3.04 | **Statutory Fees** | All fees required to be paid under 28 U.S.C. § 1930 that are owed on or before the effective date of this Plan have been paid or will be paid on the effective date. |
| 3.05 | **Prospective Quarterly Fees** | All quarterly fees required to be paid under 28 U.S.C. § 1930(a)(6) or (a)(7) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Code. Any U.S. Trustee Fees owed on or before the effective date of this Plan will be paid on the Effective Date. |

## ARTICLE IV

## TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN

4.01 **Claims and interests shall be treated as follows under the Plan:**

| Class | Impairment | Treatment |
|---|---|---|
| **Class 1** **Consensual Secured Claims** | Impaired | Class 1 is impaired by this Plan, and each holder of a Class 1 claim will receive monthly payments pursuant to the loan documents, and make periodic payments toward arrearages, if any, until paid in full.   PNC will receive $31 for 50 months. |
| Class 2 **Nonconsensual Secured Claims** | Impaired | Class 2 is impaired by this Plan, and each holder of a Class 2 claim will receive regular installments paid over a period not exceeding 10 year period from the order of relief. Water Revenue Bureau being paid $1060 for 110 months totaling $116,622.33.   City of Philadelphia being Paid $2,610 for 50 months totaling $130,504. Delaware Co Tax Claim Bureau being paid $1050 for 110 months totaling $115, 568 |
| Class 3 **Priority Unsecured Claims Unsecured Creditors** | NA | The Debtor is unaware of any Class 3 claims; However, to the extent that any Class 3 exist they are unimpaired and each holder will be paid in a manner consistent with §1129(a) of the Code |
| Class 4 **Vendor and Consensual Unsecured Creditors** | Impaired | Class 4 is impaired by this Plan. Debtor will make periodic payments on a pro rata basis over a five year period commencing 11/10/2024 in the amount of $1,659 for 60 months totaling $99,540. Cornerstone Bank is being paid outside of the plan by mortgagee. |
| Class  5 **General Unsecured Litigation Creditors** | NA | Class 5 is impaired by this Plan. Any Class 5 claim will be disputed and subject to appeal which the Debtor will seek relief from the automatic stay to prosecute.   To the extent the appeal is successful. Class 5 creditors will receive nothing. To the extent the appeal is unsuccessful. Class 5 creditors will receive a pro rata distribution as an allowed unsecured claim. |
| Class 6 **Interest of Individual** | | Class 6 is unimpaired by this Plan. All equity holders shall retain their equity post-confirmation, in exchange for elimination |

3

**Debtor**

of any outstanding prepetition loan payable, upon contributions of money of the Debtor, and contribution of money's worth of the Debtor's continued operations of his business.

## ARTICLE V
## ALLOWANCE AND DISALLOWANCE OF CLAIMS

| | | |
|---|---|---|
| 5.01 | **Disputed Claims** | A disputed claim is a claim that has not been allowed or disallowed, by a final non-appealable order, and as to which either:<br>(i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or (ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated. |
| 5.02 | **Claim Objections** | Except to the extent that a claim is already allowed pursuant to a final non-appealable order, the Debtor reserves the right to object to claims and shall file objections on or before sixty (60) days from the effective date of the order confirming the Debtor's Plan. |
| 5.03 | **Delay of distribution on a disputed claim** | No distribution will be made on account of a disputed claim unless such claim is allowed by final non-appealable order. |
| 5.04 | **Settlement of disputed claims** | The Debtor will have the power and authority to settle and compromise a disputed claim with court and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure. |

## ARTICLE VI
## PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| | | |
|---|---|---|
| 6.01 | **Assumed executory contracts and unexpired leases** | (a) The Debtor assumes, and if applicable assigns, the following executory contracts and unexpired leases as of the effective date: |

2101 S. 68th St., Philadelphia, PA

2403 S. Edgewood St., Phila., PA
2510 Bonnaffon Street, Philadelphia, PA
2536 Bonnaffon Street, Philadelphia, PA
6856 Guyer Ave. Philadelphia, PA
5237 Race St, Philadelphia, PA
5711 Reedland Street, Philadelphia, PA
418 S. 3rd St. Colwyn, PA
1339 Narragansett St., Philadelphia, PA
1508 Rainer Rd., Brookhaven, PA
735 S. Cecil St., Phila, PA
5107 Folsom St., Phila, PA
21 N. Edgewood St., Phila, PA
137 N Ruby St., Phila., PA
1328 Wycombe Ave, Darby, PA
5715 Reedland St., Phila., PA

assign, the Debtor will be conclusively deemed to have rejected all executory contracts and unexpired leases as of the effective date.

A proof of claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than 30 days after the date of the order confirming the Plan.

## ARTICLE VII
## MEANS FOR IMPLEMENTATION OF THE PLAN

Payments and distributions under the Plan will be funded by the following: income from the current rental properties; income from the remaining renovated properties; sales of any real properties as the Debtor determines in his business judgment; and recoveries from the Debtor's accounts receivable.

## ARTICLE VIII
## GENERAL PROVISIONS

| | | |
|---|---|---|
| 8.01 | **Definitions and rules of construction** | The definitions and rules of construction set forth in§§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan, and they are supplemented by the following definitions: n/a |
| 8.02 | **Effective Date** | The effective date of this Plan is 10/11/2019. If, however, a stay of the confirmation order is in effect on that date, the effective date will be the first business day after the date on which the stay expires or is otherwise terminated. |
| 8.03 | **Severability** | If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan. |
| 8.04 | **Binding effect** | The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity. |
| 8.05 | **Captions** | The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan. |
| 8.06 | **Controlling Effect** | Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of Pennsylvania govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in |

this Plan.

8.07   **Retention of Jurisdiction**

The Court shall retain jurisdiction of the case after the Confirmation Date for the following purposes: (a) to determine any and all objections in the allowance of claims and amendments to schedules; (b )to classify the Claim of any Creditor and to re-examine Claims which have been allowed for purposes of voting, to determine such objections as may be

filed to Claims; ( c) to determine any and all disputes arising under or in connection with the Plan, including, but not limited to, disputes related to Contributed Income, any default remedies granted herein, and the sale of any of the Debtors' assets, collection or recovery of any assets; ( d) to determine any and all applications for allowance of compensation and reimbursement of expenses herein for fees incurred through the Confirmation Date; ( e) to determine any and all pending applications for rejections of executory contracts and unexpired leases and the allowance of any claims resulting from the rejection thereof or from the rejection of executory contracts or unexpired leases pursuant to the Plan; (f) to determine any and all applications, adversary proceedings and contested and litigated matters pending in the case as of, or after, the Confirmation Date; (g) to determine any and all proceedings for recovery of payments pursuant to any Cause of Action;

(h) to modify any provision of the Plan to the full extent permitted by the Bankruptcy Code; (i) to correct any defect, cure any omission or reconcile any inconsistency in the Plan or the Confirmation Order as may be necessary to carry out the purposes, intent and effect of the Plan; (j) to determine such other matters which may be provided for in the Confirmation Order as may be authorized under the provisions of the Bankruptcy Code; (k) to hear and enter an order regarding any Claims under Section 505 of the Bankruptcy Code; (l) to enter any order, including injunctions, necessary to enforce the terms of the Plan, the powers of the Debtor under the Bankruptcy Code, this Plan and as the Court may deem necessary; and

(m) over the Causes of Action.

## ARTICLE IX
## DISCHARGE

Confirmation of this Plan does not discharge any debt provided for in this Plan until the Court grants a discharge on completion of all payments under this Plan, or as otherwise provided in § 1141 ( d)( 5) of the Code. The Debtor will not be discharged from any debt excepted from discharge under§ 523 of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.

## ARTICLEX OTHER PROVISIONS

A.    Injunction

*ALL UNSECURED CREDITORS OF THE DEBTOR, AS OF THE PETITION DATE, SHALL BE ENJOINED FROM COMMENCING OR CONTINUING ANY ACTIONS, IN LAW OR EQUITY, THAT WERE OR COULD HAVE BEEN BROUGHT AGAINST THE DEBTOR. AS A RESULT OF CONFORMATION OF THIS PLAN, ALL CLAIMS, WHETHER SCHEDULED OR FILED, AND CAUSES OF ACTION AGAINST THE DEBTOR ARE RELEASED.*

Respectfully submitted,

/s/ Earle Stanley Greer
Earle Stanley Greer, Plan
Proponent

/s/ Valerie A. Hibbert
Valerie A. Hibbert, Esquire

7

4813-3716-7248

EXHIBIT "B"

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Earle | Stanley | Greer |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania | | |
| Case number | 18-18146elf | | |

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☒ Yes. Where is the property?

---

**1.1.** 3 Carriage Lane
Street address, if available, or other description

Lansdowne          PA     19050
City                State    ZIP Code

DELAWARE
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $200,000.00 | $82,207.37 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenancy in Common

☐ Check if this is community property (see instructions)

---

If you own or have more than one, list here:

**1.2.** 1328 Wycombe Ave
Street address, if available, or other description

Darby               Pa     19023
City                State    ZIP Code

delaware
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☒ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $45,000.00 | $ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenancy in Common

☐ Check if this is community property (see instructions)

---

Debtor 1    Earle           Stanley          Greer                                                    18-18146elf
            First Name      Middle Name      Last Name                        Case number (if known)

| | | | |
|---|---|---|---|
| 1.3. | **735 S Cecil Street** | What is the property? Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

1.3. **735 S Cecil Street**
Street address, if available, or other description

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☒ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

**Philadelphia**    **Pa**    **19143**
City                State    ZIP Code

_____
County

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$44,000.00                              $ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Tenancy in Common

☐ Check if this is community property (see instructions)

**See Attachment 1: Additional Real Property**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ...............................................→    $82,207.37

---

## Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
☐ No
☒ Yes

3.1.   Make:              FORD
       Model:             EXPLORER
       Year:              2017
       Approximate mileage:   27000
       Other information:
       _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$26,000.00                              $ _____

If you own or have more than one, describe here:

3.2.   Make:              _____
       Model:             _____
       Year:              _____
       Approximate mileage:   _____
       Other information:
       _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$ _____                       $ _____

3.3.  Make: _____
      Model: _____
      Year: _____
      Approximate mileage: _____
      Other information:

      [        ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? | Current value of the portion you own?

$_____ | $_____

3.4.  Make: _____
      Model: _____
      Year: _____
      Approximate mileage: _____
      Other information:

      [        ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? | Current value of the portion you own?

$_____ | $_____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

4.1.  Make: _____
      Model: _____
      Year: _____
      Other information:

      [        ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? | Current value of the portion you own?

$_____ | $_____

If you own or have more than one, list here:

4.2.  Make: _____
      Model: _____
      Year: _____
      Other information:

      [        ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? | Current value of the portion you own?

$_____ | $_____

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ............................................➔   $0.00

Debtor 1  Earle        Stanley       Greer
          First Name    Middle Name   Last Name

Case number (if known) 18-18146elf

---

## Part 3: Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|
| **6. Household goods and furnishings** <br> *Examples:* Major appliances, furniture, linens, china, kitchenware <br> ☐ No <br> ☒ Yes. Describe......... FURNITURE AND HOUSEHOLD ITEMS | $2,500.00 |
| **7. Electronics** <br> *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games <br> ☐ No <br> ☒ Yes. Describe......... Laptop | $500.00 |
| **8. Collectibles of value** <br> *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles <br> ☒ No <br> ☐ Yes. Describe......... | $ |
| **9. Equipment for sports and hobbies** <br> *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments <br> ☒ No <br> ☐ Yes. Describe......... | $ |
| **10. Firearms** <br> *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment <br> ☒ No <br> ☐ Yes. Describe......... | $ |
| **11. Clothes** <br> *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories <br> ☐ No <br> ☒ Yes. Describe......... | $250.00 |
| **12. Jewelry** <br> *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver <br> ☒ No <br> ☐ Yes. Describe......... | $ |
| **13. Non-farm animals** <br> *Examples:* Dogs, cats, birds, horses <br> ☒ No <br> ☐ Yes. Describe......... | $ |
| **14. Any other personal and household items you did not already list, including any health aids you did not list** <br> ☒ No <br> ☐ Yes. Give specific information............... | $ |
| **15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ➔ | $3,250.00 |

Official Form 106A/B          Schedule A/B: Property          page 4

Debtor 1    Earle       Stanley       Greer       Case number *(if known)* 18-18146elf
            First Name   Middle Name   Last Name

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☒ Yes......................................................................................................................................

Cash: .................  $400.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☒ Yes......................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | WELLS FARGO | $300.00 |
| 17.2. Checking account: | CITIZENS BANK | $300.00 |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No

☐ Yes...............   Institution or issuer name:

$
$
$

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☒ Yes. Give specific information about them. ..............

| Name of entity: | % of ownership: | |
|---|---|---|
| | 100 % | $84,000.00 |
| EG Foundation | 100 % | $56,000.00 |
| | % | $ |

---

Official Form 106A/B          Schedule A/B: Property          page 5

Debtor 1  _____Earle_____  _____Stanley_____  _____Greer_____    Case number (if known) 18-18146elf
          First Name           Middle Name              Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific     Issuer name:
information about
them. ...............          _____     $_____
                              _____     $_____
                              _____     $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☒ Yes. List each
account separately.. Type of account:      Institution name:

        401(k) or similar plan:  AMERICA FUND _____     $5,000.00

        Pension plan:            _____      $_____

        IRA:                     _____      $_____

        Retirement account:      _____      $_____

        Keogh:                   _____      $_____

        Additional account:      _____      $_____

        Additional account:      _____      $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No
☐ Yes ...............                  Institution name or individual:

        Electric:                 _____      $_____
        Gas:                      _____      $_____
        Heating oil:              _____      $_____
        Security deposit on rental unit: _____      $_____
        Prepaid rent:             _____      $_____
        Telephone:                _____      $_____
        Water:                    _____      $_____
        Rented furniture:         _____      $_____
        Other:                    _____      $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes ...............    Issuer name and description:
                         _____      $_____
                         _____      $_____
                         _____      $_____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes ................      Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____    $_____
_____    $_____
_____    $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific
     information about them...    [                                    ]    $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific
     information about them...    [                                    ]    $_____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific
     information about them...    [                                    ]    $_____

**Money or property owed to you?**                                         Current value of the
                                                                           portion you own?
                                                                           Do not deduct secured
                                                                           claims or exemptions.

28. **Tax refunds owed to you**

☒ No
☐ Yes. Give specific information
     about them, including whether
     you already filed the returns         Federal:    $_____
     and the tax years. .....................    State:      $_____
                                            Local:      $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information. ............
                                            Alimony:            $_____
                                            Maintenance:        $_____
                                            Support:            $_____
                                            Divorce settlement: $_____
                                            Property settlement: $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
        Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information. ............    [                            ]    $_____

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☒ No

    ☐ Yes. Name the insurance company
      of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | | | $ |
    | | | $ |
    | | | $ |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☒ No

    ☐ Yes. Give specific information. ..........

    $

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☒ No

    ☐ Yes. Describe each claim. ...............

    $

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☒ No

    ☐ Yes. Describe each claim. ...................

    $

35. **Any financial assets you did not already list**

    ☒ No

    ☐ Yes. Give specific information. ...........

    $

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ......................................................................................................................... → $146,000.00

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. Do you own or have any legal or equitable interest in any business-related property?

    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    Current value of the portion you own?
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☒ No

    ☐ Yes. Describe......

    $

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☒ No

    ☐ Yes. Describe ......

    $

Debtor 1  __Earle_____  __Stanley_____  __Greer_____     Case number (if known) 18-18146elf
          First Name        Middle Name        Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☒ No
☐ Yes. Describe....... _____  $_____

41. **Inventory**
☒ No
☐ Yes. Describe....... _____  $_____

42. **Interests in partnerships or joint ventures**
☒ No
☐ Yes. Describe.......  Name of entity:                          % of ownership:
                       _____    ____ %    $_____
                       _____    ____ %    $_____
                       _____    ____ %    $_____

43. **Customer lists, mailing lists, or other compilations**
☒ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
   ☒ No
   ☐ Yes. Describe......... _____  $_____

44. **Any business-related property you did not already list**
☒ No
☐ Yes. Give specific
       information ..........  _____  $_____
                              _____  $_____
                              _____  $_____
                              _____  $_____
                              _____  $_____
                              _____  $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here ...........................................................................  →  | $0.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
☒ No
☐ Yes........................ _____  $_____

Official Form 106A/B          Schedule A/B: Property                              page 9

48. **Crops—either growing or harvested**
- ☒ No
- ☐ Yes. Give specific information. ..........      $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
- ☒ No
- ☐ Yes ................      $ _____

50. **Farm and fishing supplies, chemicals, and feed**
- ☒ No
- ☐ Yes ................      $ _____

51. **Any farm- and commercial fishing-related property you did not already list**
- ☒ No
- ☐ Yes. Give specific information. ..........      $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ➔ $0.00

---

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples: Season tickets, country club membership*
- ☒ No
- ☐ Yes. Give specific information. ..........      $ _____
       $ _____
       $ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................ ➔ $ _____

---

## Part 8:    List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. Part 1: Total real estate, line 2 ........................................................................ ➔ | | $82,207.37 |
| 56. Part 2: Total vehicles, line 5 | $0.00 | |
| 57. Part 3: Total personal and household items, line 15 | $3,250.00 | |
| 58. Part 4: Total financial assets, line 36 | $146,000.00 | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. Part 7: Total other property not listed, line 54 | + $0.00 | |
| 62. Total personal property. Add lines 56 through 61. .................. | $149,250.00 | Copy personal property total ➔ + $149,250.00 |

63. **Total of all property on Schedule A/B. Add line 55 + line 62.** ...........................................      $231,457.37

Attachment      (1/5)
Debtor: Earle Stanley Greer    Case No: 18-18146elf

Attachment 1: Additional Real Property

Location: 137 N Ruby Street, Philadelphia(Philadelphiacounty), Pa 19139
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $45,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 149 N Edgewood Street, Philadelphia(Pa 19139
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $42,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 1508 Rainer Rd, Brookhaven(Delawarecounty), Pa 19015
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $60,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 21 N Edgewood Street, philadelphia(Pa 19139
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $40,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 2101 S 68th Street, philadelphia(Pa 19142
Nature of the Property: Duplex or multi-unit building, Investment property
Current Value of the Property: $45,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 215 Spring Valley Rd, Darby(Pa 19023
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $46,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 215 Spring Valley Rd, Darby(Pa 19023
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $44,000.00

## Attachment    (2/5)
### Debtor: Earle Stanley Greer   Case No: 18-18146elf

Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 2403 S Edgewood Street, Philadelphia(Pa 19142
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $56,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 2510 S Bonaffon Street, Philadelphia(Pa 19142
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $45,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 2536 S Bonaffon Street, Philadelphia(Pa 19142
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $45,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property:
Community Property: no

Location: 2554 S Bonaffon Street, Philadelphia(Pa 19142
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $52,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 2610 S 61st Street, Philadelphia(Pa 19142
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $48,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 2620 S 68th Street, Philadelphia(Pa 19142
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $47,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

## Attachment    (3/5)
## Debtor: Earle Stanley Greer    Case No: 18-18146elf

Location: 266 S Alden Street, Philadelphia(Pa 19139
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $44,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 29 N Ruby Street, Philadelphia(Pa 19139
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $30,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 6856 Guyer Street, Philadelphia(Pa 19142
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $45,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 5107 Folsom Street, Philadelphia(Pa
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $32,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 512 N Vodges Street, Philadelphia(Pa 19131
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $44,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 5237 Race Street, Philadelphia(Pa 19131
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $43,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 5461 Cedar Ave, Philadelphia(Pa 19143
Nature of the Property: Duplex or multi-unit building, Investment property
Current Value of the Property: $110,000.00

Attachment    (4/5)
Debtor: Earle Stanley Greer   Case No: 18-18146elf

Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 5711 Reedland Street, Philadelphia(Pa 19143
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $41,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 5715 Reedland Street, philadelphia(Pa 19143
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $41,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 5721 Haverford Ave, philadelphia(Pa 19131
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $44,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 1329 Edgehill Rd, Darby(Pa 19023
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $41,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 324 Darby Terrace, Darby(Pa 19023
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $35,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

Location: 418 S 3rd Street, Darby(Delawarecounty), Pa 19023
Nature of the Property: Single-family home, Investment property
Current Value of the Property: $45,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no

## Attachment      (5/5)
### Debtor: Earle Stanley Greer   Case No: 18-18146elf

Location: 1339 Narragansett Street, Philadelphia(Pa 19138
Nature of the Property:
Current Value of the Property: $48,000.00
Current Value of Debtor's Ownership Interest:
Nature of Debtor's Ownership Interest: Tenancy in Common
Parties with an Interest in the Property: Only the Debtor
Community Property: no