## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: EARLE STANLEY GREER      :   **Chapter 11**      :

          Debtor           :   **Bankruptcy No. 18-18146=ELF**

                                                    :

---

### CERTIFICATE OF SERVICE

I, Valerie A. Hibbert, Esquire, do hereby certify, under penalty of law that a true and correct copy of Debtor's Amended Disclosure Statement, Amended Chapter 11 Plan and Hearing date has been served upon those listed below as follows:

#### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:

CAROL E. MOMJIAN on behalf of Creditor Commonwealth of Pennsylvania, Department of Revenue

cmomjian@attorneygeneral.gov

DAVE P. ADAMS on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

JOSEPH PATRICK SCHALK on behalf of Creditor BB&T jschalk@barley.com,

cbrelje@barley.com;jrachor@barley.com

KARINA VELTER on behalf of Creditor PNC Bank, National Association amps@manleydeas.com

KEVIN G. MCDONALD on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

KYLE FRANCIS EINGORN on behalf of Creditor Cornerstone Bank keingorn@dbblegal.com

LEONARD B. ALTIERI, III on behalf of Creditor Delaware County Tax Claim Bureau

laltieri@toscanigillin.com

MICHAEL E. BROWN on behalf of Creditor Cornerstone Bank mbrown@dbblegal.com,

keingorn@dbblegal.com

PAMELA ELCHERT THURMOND on behalf of Creditor City of Philadelphia
pamela.thurmond@phila.gov,

karena.blaylock@phila.gov

PAMELA ELCHERT THURMOND on behalf of Creditor BANKRUPTCY GROUP, MS CITY OF
PHILADELPHIA LAW

DEPARTMENT TAX & REVENUE UNIT pamela.thurmond@phila.gov,
karena.blaylock@phila.gov

ROBERT S. ESPOSITO on behalf of Creditor Stonehedge Funding, LLC
RSE@AttorneyEsposito.com

United States Trustee USTPRegion03.PH.ECF@usdoj.gov

VALERIE A. HIBBERT on behalf of Debtor Earle Stanley Greer vah963@gmail.com

The following persons/entities were sent notice through first class mail November 6, 2019 at
the address(es) listed below:

AFNI

PO BOX 3097

BLOOMINGTON,IL 61702

AMERICAN EXPRESS

PO BOX 1270

NEWARK,NJ 07101

BANK OF AMERICA

PO BOX 15019

WILMINGTON,DE 19886

Betty Clarke

2403 South Edgewood

Philadelphia, PA 19142

Dawn Hoover

1508 Rainer Road

Brookhaven, PA 19015

Donte Holly

5237 Race

Philadelphia, PA 19139

Dwight Rutledge

1339 Narragansett St

Philadelphia, PA 19138

Erica Pannerbarker

5711 Reedland St

Philadelphia, PA 19143

Gary F. Seitz, City Sequestrator

1628 JFK BLVD, Suite 19103

Philadelphia, PA 19103

Geraldine Wilkins

21 North Edgewood Street

Philadelphia ,PA 19139

Gina Hobbs

5715 Reedland St.

Philadelphia, PA 19143

INFINITI FINANCIAL SERVICES

PO BOX 650424

DALLAS, TX

Kamillah Royster

2510 Bonnaffon St.

Philadelphia, PA 19142

Kim Taylor

6856 Guyer Ave

Philadelphia, PA 19142

LOAN BUILDER

3505 SILVERSIDE ROAD

WILMIMGTON, DE 19810

Luvenia Alexander

137 North Ruby St

Philadelphia, PA 19139

PGW

800 West Montgomery Ave

Philadelphia, PA 19122

Ron Harris

418 South 3rd Street

Colwyn, PA1 19023

Santander Consumer USA Inc.

PO Box 961245

Fort Worth, TX 76161

Sheila Irving

2536 Bonnaffon St

Philadelphia, PA 19142

Swift Financial, LLC

625 W. Ridge Pike

Building E Suite 207

Conshohoken, PA 19428

Swift Financial, LLC

3505 Silverside Road. Suite 200

Willington, DE 19810

Tanzania Davis

2101 N. 68th Street

Philadelphia, PA 19142

Terry Robinson

1328 Wycombe Ave

Darby, PA 19023

Toby Levan

735 South Cecil St.

Philadelphia, PA 19143

Univest Bank

P.O. Box 197

Souderton, Pa 18964

WELLS FARGO

PO BOX 30086

LOS ANGELES, CA 90030

Willie Clarke

5107 Folson Street

Philadelphia, PA 19139

Date: November 7, 2019

_____
Valerie A. Hibbert, Esquire