# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                              :      Chapter 11
                                    :
        EARLE STANLEY GREER         :      Bankruptcy No. 18-18146-ELF
                                    :
                Debtor.             :
                                    :
                                    :
-------------------------------------------------------x
```

## PHILADELPHIA GAS WORKS' OBJECTION TO CONFIRMATION OF THE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT

Philadelphia Gas Works (hereinafter "PGW") hereby files its Objection to the confirmation of the Debtor's Chapter 11 Plan (the "Plan") on or about October 3, 2019. PGW is a secured and a general unsecured creditor in the above-captioned matter, by and through its undersigned counsel objects to the confirmation of the proposed Chapter 11 Plan and the Disclosure Statement as follows:

1. PGW holds a secured interest with its municipal statutory lien on the Debtor's property, 1499 N.53rd Street, Philadelphia, PA 19131 (the "Property").

2. PGW filed a Proof of Claim in the amount of $31,680.65 and $31,299.11 is secured. See Exhibit "A".

3. The eleven (11) Municipal Liens were filed by the City of Philadelphia on behalf of PGW for gas service to the property 1499 N.53rd Street, Philadelphia, PA (the "Property") pursuant to 53 Pa. C.S.A. §7101 et seq. These liens are statutory liens. See Exhibit "A."

1

4. Debtor's Plan does not provide for any payment to PGW.

5. PGW liens are municipal and statutory filed pursuant to 53 Pa.C.S.A. §7101 et seq. Under 66 PS §1414 (a): A city natural gas distribution operation furnishing gas service to a property is entitled to impose or assess a municipal claim against the property and file as liens of record claims for unpaid natural gas distribution service and other related costs...referred to as the Municipal Claim and Tax Lien Act ("MCTLA").

6. The eleven (11) municipal liens are statutory liens filed pursuant to 53 Pa. C.S.A. §7101 et seq. and is an *in rem* lien against the Property for unpaid gas service.

7. The United States Court of Appeals for the 3rd Circuit held that utility service liens are statutory liens. Graffen v. City of Philadelphia, 984 F.2d 96(3rd Cir. 1992) and In re Townsend, 27 B.R. 22 (M.D. of PA 1982). The municipal liens set forth above are purely statutory, which arises automatically and is not based on an agreement to give a lien or a judicial action.

8. The Plan should not be confirmed as it does not specify any payments and does not address how PGW, a secured creditor will be provided for.

WHEREFORE, Philadelphia Gas Works respectfully requests that the Court DENY confirmation of the Plan and approval of the Disclosure Statement.

Respectfully submitted,

PHILADELPHIA GAS WORKS

Dated: November 8, 2019

Respectfully submitted,
/s/ Pearl Pham
Pearl Pham
90644
Senior Attorney
Philadelphia Gas Works
800 W. Montgomery Avenue
Philadelphia, PA 19122
215-684-6227
215-684-6798 FAX
pearl.pham@pgworks.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                    :        Chapter 11
                                          :
        EARLE STANLEY GREER               :        Bankruptcy No. 18-18146-ELF
                                          :
                                          :
                         Debtor.          :
                                          :
                                          :
-------------------------------------------------------x
```

## CERTIFICATION OF SERVICE

I, Pearl Pham, attorney for Philadelphia Gas Works, hereby certify that a true and correct copy of the foregoing Philadelphia Gas Works' Objection to Debtor's Chapter 11 Plan and Disclosure Statement was served by the means designated below on the date set forth below, upon all parties including the following:

**VIA ECF filing**
Valerie A. Hippert
Valerie A. Hibbert, Esq. PC
18 North Lansdowne Avenue
Lansdowne, PA 19050

**VIA ECF filing**
Dave P. Adams, Esq.
United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19107

**VIA regular mail and FEDEX**
Earle Stanley Greer
3 Carriage Lane
Lansdowne, PA 19050

Dated: <u>November 8, 2019</u>         <u>/s/  Pearl Pham</u>
                                       Attorney for Philadelphia Gas Works
                                       800 W. Montgomery Avenue
                                       Philadelphia, PA 19122
                                       (215) 684-6227
                                       pearl.pham@pgworks.com

4

# EXHIBIT
## "A"

B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>Spring Valley R E Dev,LLC | Case Number:<br>18-18146 | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
PGW

| Name and address where notices should be sent:<br><br>Philadelphia Gas Works<br>800 W Montgomery Avenue<br>Philadelphia Pa,19122    Attn Bankruptcy Dept 3F<br><br>Telephone number:          email: | **COURT USE ONLY**<br>❏ Check this box if this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>  (*If known*)<br><br>Filed on:_____ |
|---|---|
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number:          email: | ❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

1. Amount of Claim as of Date Case Filed:          $          31,680.65

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

❏ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim:    Outstanding Gas Bill
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor:<br>  6  9  1  8 | 3a. Debtor may have scheduled account as:<br><br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br><br>(See instruction #3b) |
|---|---|---|

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☑Real Estate  ❏Motor Vehicle  ❏Other
Describe:

Value of Property: $_____

Annual Interest Rate_____%  ❏Fixed  or  ❏Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$_____

Basis for perfection: _____

Amount of Secured Claim:    $          31,299.11

Amount Unsecured:    $          381.54

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

❏ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

❏ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

❏ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

❏ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

❏ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

❏ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: John LePera
Title: Collection Clerk
Company: PGW
Address and telephone number (if different from notice address above):

Telephone number: _____  email: _____

(Signature)    **ENTERED DEC 1 7 2018**    (Date)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.



**PHILADELPHIA GAS WORKS**
Gas Leak Emergencies: 215-235-1212
Billing & General Information (English & Espanol): 215-235-1000
Access Your Account Online: www.pgworks.com

**MONTHLY STATEMENT**          *Final Bill*

*From Oct 08, 2014 thru Oct 13, 2014 (5 Days)*

SPRING VALLEY R E DEV LLC
PO BOX 12548
PHILA PA 19151

**Energy Usage Information**



### Billing Summary

| | |
|---|---|
| Past Due Amount | $33,755.20 |
| Current Charges | $0.00 |
| Adjustments | -$2,074.55 |

| Total Amount Due By Jun 02, 2015 | $31,680.65 |
|---|---|

Ch13          12/11/18

#18-18146           liens

- Average daily temperature 57.6 °F.
- Your average daily cost is $0.00 compared to $13.86 last year.
- For the last 12 months:
  - Your total usage is 2921 Ccf.
  - Your average monthly usage is 243.42 Ccf.

---

**Manage your PGW bill online. How?** Visit pgworks.com and set up a My Account. Pay your bill, view gas usage and billing history, and get helpful efficiency information - all in one place. Visit pgworks.com today.

**Call 811 before you dig** - Have a project that requires digging? Call 8-1-1 before you begin so utility service lines can be marked, ensuring your safety and the safety of others. Remember, it's the law.

**Like us on Facebook & follow us on Twitter @MyPGW**

---

Questions or Complaints about your bill? Please call us before the due date at 215-235-1000, or write to: PGW P.O. Box 3500, Phila., PA 19122-0050

**Please return this portion with your payment.**
Write your account number on your check or money order made payable to Philadelphia Gas Works



| | |
|---|---|
| **Account Number:** | 0771586918 |
| **Due Date:** | Jun 02, 2015 |
| **Please Pay:** | $31,680.65 |

☐ Place "X" in box for address corrections. Print corrections on reverse side.

**Amount Enclosed:** $ ☐☐☐☐☐☐☐.☐☐

SPRING VALLEY R E DEV LLC
PO BOX 12548
PHILA PA 19151

**Philadelphia Gas Works**
P.O. Box 11700
Newark, NJ 07101-4700

000771586918800000003168065L4

 

The Philadelphia Courts
**Civil Docket Access**

🛒 No Items in Cart **LOGIN**

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

**Case ID:** 100631867
**Case Caption:** CITY OF PHILA vs SPRING VALLEY REAL ESTATE
**Filing Date:** Wednesday, June 16th, 2010
**Court:** JUDGMENTS
**Location:** City Hall
**Jury:** NON JURY
**Case Type:** CLAIM FOR GAS SERVICE
**Status:** GAS SERVICE CLAIM JDGMNT FILED

## Related Cases

*No related cases were found.*

*Bal B/628.66*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA |
| **Address:** | c/o LAW DEPARTMENT 1515 ARCH ST, 14TH FLOOR PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| 2 | | | DEFENDANT | SPRING VALLEY REAL ESTATE |
| **Address:** | | **Aliases:** | *none* | |

53RD STREET 1499 N
PHILADELPHIA PA
19131

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 16-JUN-2010 09:00 PM | ACTIVE CASE | | | 16-JUN-2010 09:00 PM |
| **Docket Entry:** | none. | | | |
| | | | | |
| 16-JUN-2010 09:00 PM | GAS SERVICE CLAIM JDGMNT FILED | CITY OF PHILADELPHIA, | $1,838.14 | 16-JUN-2010 09:00 PM |
| **Docket Entry:** | none. | | | |
| | | | | |
| 16-JUN-2010 09:00 PM | CITY CHARGE | CITY OF PHILADELPHIA, | | 16-JUN-2010 09:00 PM |
| **Docket Entry:** | none. | | | |

▶ Case Description   ▶ Related Cases   ▶ Event Schedule   ▶ Case Parties   ▶ Docket Entries

Search Home

 The Philadelphia Courts
# Civil Docket Access

 No Items in Cart **LOGIN**

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 101031696 |
| **Case Caption:** | CITY OF PHILA vs SPRING VALLEY REAL ESTATE |
| **Filing Date:** | Saturday , October 16th, 2010 |
| **Court:** | JUDGMENTS |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | CLAIM FOR GAS SERVICE |
| **Status:** | GAS SERVICE CLAIM JDGMNT FILED |

## Related Cases

*No related cases were found.*



## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA |
| **Address:** | c/o LAW DEPARTMENT 1515 ARCH ST, 14TH FLOOR PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| 2 | | | DEFENDANT | SPRING VALLEY REAL ESTATE |
| **Address:** | | **Aliases:** | *none* | |

|  | 53RD STREET 1499 N PHILADELPHIA PA 19131 |  |  |
|---|---|---|---|

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 16-OCT-2010 09:00 PM | ACTIVE CASE | | | 16-OCT-2010 09:00 PM |
| **Docket Entry:** *none.* | | | | |
| | | | | |
| 16-OCT-2010 09:00 PM | GAS SERVICE CLAIM JDGMNT FILED | CITY OF PHILADELPHIA, | $835.07 | 16-OCT-2010 09:00 PM |
| **Docket Entry:** *none.* | | | | |
| | | | | |
| 16-OCT-2010 09:00 PM | CITY CHARGE | CITY OF PHILADELPHIA, | | 16-OCT-2010 09:00 PM |
| **Docket Entry:** *none.* | | | | |

▶ Case Description  ▶ Related Cases  ▶ Event Schedule  ▶ Case Parties  ▶ Docket Entries

Search Home



 No Items in Cart | LOGIN

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout

## Case Description

**Case ID:** 110232622
**Case Caption:** CITY OF PHILA vs SPRING VALLEY REAL ESTATE
**Filing Date:** Friday , February 18th, 2011
**Court:** JUDGMENTS
**Location:** City Hall
**Jury:** NON JURY
**Case Type:** CLAIM FOR GAS SERVICE
**Status:** GAS SERVICE CLAIM JDGMNT FILED

*Bal # 1,621.02*

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA |
| **Address:** | c/o LAW DEPARTMENT 1515 ARCH ST, 14TH FLOOR PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| | | | | |
| 2 | | | DEFENDANT | SPRING VALLEY REAL ESTATE |
| **Address:** | | **Aliases:** | *none* | |

| | 53RD STREET 1499 N PHILADELPHIA PA 19131 | | | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 18-FEB-2011 09:00 PM | ACTIVE CASE | | | 18-FEB-2011 09:00 PM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 18-FEB-2011 09:00 PM | GAS SERVICE CLAIM JDGMNT FILED | CITY OF PHILADELPHIA, | $1,621.02 | 18-FEB-2011 09:00 PM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 18-FEB-2011 09:00 PM | CITY CHARGE | CITY OF PHILADELPHIA, | | 18-FEB-2011 09:00 PM |
| **Docket Entry:** | *none.* | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

Search Home



No Items in Cart    LOGIN

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 110531767 |
| **Case Caption:** | CITY OF PHILA vs SPRING VALLEY REAL ESTATE |
| **Filing Date:** | Tuesday , May 17th, 2011 |
| **Court:** | JUDGMENTS |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | CLAIM FOR GAS SERVICE |
| **Status:** | GAS SERVICE CLAIM JDGMNT FILED |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA |
| **Address:** c/o LAW DEPARTMENT 1515 ARCH ST, 14TH FLOOR PHILADELPHIA PA 19107 | | **Aliases:** *none* | | |
| | | | | |
| 2 | | | DEFENDANT | SPRING VALLEY REAL ESTATE |
| **Address:** | | **Aliases:** *none* | | |

| | |
|---|---|
| 53RD STREET 1499 N PHILADELPHIA PA 19131 | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 17-MAY-2011 09:00 PM | ACTIVE CASE | | | 17-MAY-2011 09:00 PM |
| **Docket Entry:** *none.* | | | | |
| | | | | |
| 17-MAY-2011 09:00 PM | GAS SERVICE CLAIM JDGMNT FILED | CITY OF PHILADELPHIA, | $1,692.96 | 17-MAY-2011 09:00 PM |
| **Docket Entry:** *none.* | | | | |
| | | | | |
| 17-MAY-2011 09:00 PM | CITY CHARGE | CITY OF PHILADELPHIA, | | 17-MAY-2011 09:00 PM |
| **Docket Entry:** *none.* | | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

Search Home





No Items in Cart    LOGIN

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 110831665 |
| **Case Caption:** | CITY OF PHILA vs SPRING VALLEY REAL ESTATE |
| **Filing Date:** | Tuesday , August 16th, 2011 |
| **Court:** | JUDGMENTS |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | CLAIM FOR GAS SERVICE |
| **Status:** | GAS SERVICE CLAIM JDGMNT FILED |

## Related Cases

*No related cases were found.*

*Bal #1080.74*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA |
| **Address:** | c/o LAW DEPARTMENT 1515 ARCH ST, 14TH FLOOR PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| | | | | |
| 2 | | | DEFENDANT | SPRING VALLEY REAL ESTATE |
| **Address:** | | **Aliases:** | *none* | |

| | | | | |
|---|---|---|---|---|
| 53RD STREET 1499 N PHILADELPHIA PA 19131 | | | | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 16-AUG-2011 09:00 PM | ACTIVE CASE | | | 16-AUG-2011 09:00 PM |
| **Docket Entry:** | none. | | | |
| | | | | |
| 16-AUG-2011 09:00 PM | GAS SERVICE CLAIM JDGMNT FILED | CITY OF PHILADELPHIA, | $1,080.74 | 16-AUG-2011 09:00 PM |
| **Docket Entry:** | none. | | | |
| | | | | |
| 16-AUG-2011 09:00 PM | CITY CHARGE | CITY OF PHILADELPHIA, | | 16-AUG-2011 09:00 PM |
| **Docket Entry:** | none. | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

Search Home

 The Philadelphia Courts
**Civil Docket Access**

 No Items in Cart **LOGIN**

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 110932370 |
| **Case Caption:** | CITY OF PHILA vs SPRING VALLEY REAL ESTATE |
| **Filing Date:** | Friday , September 30th, 2011 |
| **Court:** | JUDGMENTS |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | CLAIM FOR GAS SERVICE |
| **Status:** | GAS SERVICE CLAIM JDGMNT FILED |

*Bal $1149.64*

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA |
| **Address:** c/o LAW DEPARTMENT 1515 ARCH ST, 14TH FLOOR PHILADELPHIA PA 19107 | | **Aliases:** *none* | | |
| 2 | | | DEFENDANT | SPRING VALLEY REAL ESTATE |
| **Address:** | | **Aliases:** *none* | | |

| | 53RD STREET 1499 N PHILADELPHIA PA 19131 | | | |
|---|---|---|---|---|

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 30-SEP-2011 09:00 PM | ACTIVE CASE | | | 30-SEP-2011 09:00 PM |
| **Docket Entry:** *none.* | | | | |
| | | | | |
| 30-SEP-2011 09:00 PM | GAS SERVICE CLAIM JDGMNT FILED | CITY OF PHILADELPHIA, | $1,149.64 | 30-SEP-2011 09:00 PM |
| **Docket Entry:** *none.* | | | | |
| | | | | |
| 30-SEP-2011 09:00 PM | CITY CHARGE | CITY OF PHILADELPHIA, | | 30-SEP-2011 09:00 PM |
| **Docket Entry:** *none.* | | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ◀ Case Parties    ▶ Docket Entries

Search Home

 The Philadelphia Courts
**Civil Docket Access**

 No Items in Cart  LOGIN

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 111031372 |
| **Case Caption:** | CITY OF PHILA vs SPRING VALLEY REAL ESTATE |
| **Filing Date:** | Tuesday , October 18th, 2011 |
| **Court:** | JUDGMENTS |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | CLAIM FOR GAS SERVICE |
| **Status:** | GAS SERVICE CLAIM JDGMNT FILED |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA |
| **Address:** | c/o LAW DEPARTMENT 1515 ARCH ST, 14TH FLOOR PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| 2 | | | DEFENDANT | SPRING VALLEY REAL ESTATE |
| **Address:** | | **Aliases:** | *none* | |

| | 53RD STREET 1499 N PHILADELPHIA PA 19131 | | | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 18-OCT-2011 09:00 PM | ACTIVE CASE | | | 18-OCT-2011 09:00 PM |
| **Docket Entry:** *none.* | | | | |
| | | | | |
| 18-OCT-2011 09:00 PM | GAS SERVICE CLAIM JDGMNT FILED | CITY OF PHILADELPHIA, | $888.19 | 18-OCT-2011 09:00 PM |
| **Docket Entry:** *none.* | | | | |
| | | | | |
| 18-OCT-2011 09:00 PM | CITY CHARGE | CITY OF PHILADELPHIA, | | 18-OCT-2011 09:00 PM |
| **Docket Entry:** *none.* | | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

Search Home





No Items in Cart | LOGIN

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 120532217 |
| **Case Caption:** | CITY OF PHILA vs SPRING VALLEY REAL ESTATE |
| **Filing Date:** | Friday , May 18th, 2012 |
| **Court:** | JUDGMENTS |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | CLAIM FOR GAS SERVICE |
| **Status:** | GAS SERVICE CLAIM JDGMNT FILED |

*Bal $1851.23* (handwritten)

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA |
| **Address:** | c/o LAW DEPARTMENT 1515 ARCH ST, 14TH FLOOR PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| | | | | |
| 2 | | | DEFENDANT | SPRING VALLEY REAL ESTATE |
| **Address:** | | **Aliases:** | *none* | |

| | | | | |
|---|---|---|---|---|
| 53RD STREET 1499 N PHILADELPHIA PA 19131 | | | | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 18-MAY-2012 09:00 PM | ACTIVE CASE | | | 18-MAY-2012 09:00 PM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 18-MAY-2012 09:00 PM | GAS SERVICE CLAIM JDGMNT FILED | CITY OF PHILADELPHIA, | $1,851.29 | 18-MAY-2012 09:00 PM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 18-MAY-2012 09:00 PM | CITY CHARGE | CITY OF PHILADELPHIA, | | 18-MAY-2012 09:00 PM |
| **Docket Entry:** | *none.* | | | |

▸Case Description    ▸Related Cases    ▸Event Schedule    ▸Case Parties    ▸Docket Entries

Search Home





**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 130131105 |
| **Case Caption:** | CITY OF PHILA vs SPRING VALLEY REAL ESTATE |
| **Filing Date:** | Saturday , January 26th, 2013 |
| **Court:** | JUDGMENTS |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | CLAIM FOR GAS SERVICE |
| **Status:** | GAS SERVICE CLAIM JDGMNT FILED |

*bal #4071.82*

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA |
| **Address:** | c/o LAW DEPARTMENT 1515 ARCH ST, 14TH FLOOR PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| 2 | | | DEFENDANT | SPRING VALLEY REAL ESTATE |
| **Address:** | | **Aliases:** | *none* | |

| | | | | |
|---|---|---|---|---|
| 53RD STREET 1499 N PHILADELPHIA PA 19131 | | | | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 26-JAN-2013 09:00 PM | ACTIVE CASE | | | 26-JAN-2013 09:00 PM |
| **Docket Entry:** *none.* | | | | |
| | | | | |
| 26-JAN-2013 09:00 PM | GAS SERVICE CLAIM JDGMNT FILED | CITY OF PHILADELPHIA, | $4,071.82 | 26-JAN-2013 09:00 PM |
| **Docket Entry:** *none.* | | | | |
| | | | | |
| 26-JAN-2013 09:00 PM | CITY CHARGE | CITY OF PHILADELPHIA, | | 26-JAN-2013 09:00 PM |
| **Docket Entry:** *none.* | | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

Search Home





No Items in Cart | LOGIN

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

**Case ID:** 150130668
**Case Caption:** CITY OF PHILA vs SPRING VALLEY REAL ESTATE
**Filing Date:** Thursday , January 15th, 2015
**Court:** JUDGMENTS
**Location:** City Hall
**Jury:** NON JURY
**Case Type:** CLAIM FOR GAS SERVICE
**Status:** GAS SERVICE CLAIM JDGMNT FILED

*Bal #1647972* (handwritten)

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | CITY OF PHILADELPHIA |
| **Address:** c/o LAW DEPARTMENT 1515 ARCH ST, 14TH FLOOR PHILADELPHIA PA 19107 | | **Aliases:** *none* | | |
| 2 | | | DEFENDANT | SPRING VALLEY REAL ESTATE |
| **Address:** | | **Aliases:** *none* | | |

53RD STREET 1499 N
PHILADELPHIA PA
19131

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 15-JAN-2015 09:00 PM | ACTIVE CASE | | | 15-JAN-2015 09:00 PM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 15-JAN-2015 09:00 PM | GAS SERVICE CLAIM JDGMNT FILED | CITY OF PHILADELPHIA, | $16,479.72 | 15-JAN-2015 09:00 PM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 15-JAN-2015 09:00 PM | CITY CHARGE | CITY OF PHILADELPHIA, | | 15-JAN-2015 09:00 PM |
| **Docket Entry:** | *none.* | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

Search Home

ppham.LEGAL.MONTGOME

📑 https://ecf.paeb.uscourts.gov/cgi-bin/SearchCla
🕐 11/08/19   03:10 PM

# Eastern District of Pennsylvania
# Claims Register

### <u>18-18146-elf Earle Stanley Greer</u> Converted 06/12/2019

**Judge:** Eric L. Frank     **Chapter:** 11
**Office:** Philadelphia     **Last Date to file claims:**
**Trustee:**     **Last Date to file (Govt):** 12/09/2019

| Creditor: (14244287)<br>Philadelphia Gas Works<br>800 W. Montgomery Avenue<br>Philadelphia PA 19122 | Claim No: 1<br>*Original Filed*<br>*Date:* 12/17/2018<br>*Original Entered*<br>*Date:* 12/17/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* JOHN J. LEPERA<br>*Modified:* |
|---|---|---|

Amount claimed: $1,701.77

*History:*

| Details | | 1-1 | 12/17/2018 | Claim #1 filed by Philadelphia Gas Works, Amount claimed: $1701.77 (LEPERA, JOHN) |
|---|---|---|---|---|

*Description:* (1-1) Outstanding Gas Bill
*Remarks:*

| Creditor: (14246656)<br>Philadelphia Gas Works<br>800 W Montgomery Avenue<br>Philadelphia Pa,19122<br>Attn: Bankruptcy Dept 3F | Claim No: 2<br>*Original Filed*<br>*Date:* 12/17/2018<br>*Original Entered*<br>*Date:* 12/17/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* JOHN J. LEPERA<br>*Modified:* |
|---|---|---|

Amount claimed: $31,680.65
Secured claimed: $31,299.11

*History:*

| Details | | 2-1 | 12/17/2018 | Claim #2 filed by Philadelphia Gas Works, Amount claimed: $31680.65 (LEPERA, JOHN) |
|---|---|---|---|---|

*Description:* (2-1) Outstanding Gas Bill
*Remarks:*

| Creditor: (14248860)<br>Gary F. Seitz , as City Sequestrator<br>Gellert Scali Busenkell & Brown LLC<br>8 Penn Center | Claim No: 3<br>*Original Filed*<br>*Date:* 12/20/2018<br>*Original Entered*<br>*Date:* 12/20/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* GARY F SEITZ<br>*Modified:* |
|---|---|---|

*History:*

| Details | | 3-1 | 12/20/2018 | Claim #3 filed by Gary F. Seitz , as City Sequestrator, Amount claimed: $2400.00 (SEITZ, GARY) |
|---|---|---|---|---|

*Description:*
*Remarks:*

1628 John F. Kennedy Blvd , Suite 1901
Philadelphia , PA 19103

| Amount | claimed: | $2,400.00 | | |
| Priority | claimed: | $2,400.00 | | |

| History: | | | | |
| Details | ◉ | 3-1 | 12/20/2018 | Claim #3 filed by Gary F. Seitz , as City Sequestrator, Amount claimed: $2400.00 (SEITZ, GARY) |

Description:

Remarks:

| Creditor: (14248860) Gary F. Seitz , as City Sequestrator Gellert Scali Busenkell & Brown LLC 8 Penn Center 1628 John F. Kennedy Blvd , Suite 1901 Philadelphia , PA 19103 | **Claim No: 4** Original Filed Date: 12/20/2018 Original Entered Date: 12/20/2018 | Status: Filed by: CR Entered by: GARY F SEITZ Modified: |

| Amount | claimed: | $800.00 | | |
| Priority | claimed: | $800.00 | | |

| History: | | | | |
| Details | ◉ | 4-1 | 12/20/2018 | Claim #4 filed by Gary F. Seitz , as City Sequestrator, Amount claimed: $800.00 (SEITZ, GARY) |

Description:

Remarks:

| Creditor: (14248860) Gary F. Seitz , as City Sequestrator Gellert Scali Busenkell & Brown LLC 8 Penn Center 1628 John F. Kennedy Blvd , Suite 1901 Philadelphia , PA 19103 | **Claim No: 5** Original Filed Date: 12/20/2018 Original Entered Date: 12/20/2018 | Status: Filed by: CR Entered by: GARY F SEITZ Modified: |

| Amount | claimed: | $800.00 | | |
| Priority | claimed: | $800.00 | | |

| History: | | | | |
| Details | ◉ | 5-1 | 12/20/2018 | Claim #5 filed by Gary F. Seitz , as City Sequestrator, Amount claimed: $800.00 (SEITZ, GARY) |

Description:

Remarks:

| | | |

| History: | | | | |
| Details | ◉ | 6-1 | 12/21/2018 | Claim #6 filed by Pennsylvania Department of Revenue, Amount claimed: $19249.10 (CRAMER, CINDY) |

Description: (6-1) Arrears

Remarks:

| Creditor: (14249211)<br>Pennsylvania Department of Revenue<br>Bankruptcy Division P O Box 280946<br>Harrisburg PA 17128-0946 | **Claim No: 6**<br>*Original Filed*<br>*Date:* 12/21/2018<br>*Original Entered*<br>*Date:* 12/21/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* CINDY CRAMER<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $19,249.10 | | |
|---|---|---|---|---|
| Secured | claimed: | $11,638.93 | | |
| Priority | claimed: | $6,508.39 | | |

*History:*

| Details | ◉ | 6-1 | 12/21/2018 | Claim #6 filed by Pennsylvania Department of Revenue, Amount claimed: $19249.10 (CRAMER, CINDY) |
|---|---|---|---|---|

*Description:* (6-1) Arrears

*Remarks:*

---

| Creditor: (14255068)<br>Swift Financial, LLC as servicing agent<br>for WebBank successor in interest<br>to Celtic Bank Corp<br>3505 Silverside Road, Suite 200<br>Wilmington, DE 19810 | **Claim No: 7**<br>*Original Filed*<br>*Date:* 01/07/2019<br>*Original Entered*<br>*Date:* 01/07/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Antoinette S.<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $23,103.82 | | |
|---|---|---|---|---|

*History:*

| Details | ◉ | 7-1 | 01/07/2019 | Claim #7 filed by Swift Financial, LLC as servicing agent, Amount claimed: $23103.82 (S., Antoinette) |
|---|---|---|---|---|

*Description:* (7-1) Business Loan

*Remarks:*

---

| Creditor: (14244286) History<br>City of Philadelphia<br>c/o Pamela Elchert Thurmond, Esquire<br>Dept. of Revenue-Law<br>1401 JFK Blvd 5thFl Municipal Svc Bldg<br>Philadelphia PA 19105 | **Claim No: 8**<br>*Original Filed*<br>*Date:* 01/08/2019<br>*Original Entered*<br>*Date:* 01/08/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* PAMELA ELCHERT<br>THURMOND<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $131,303.15 | | |
|---|---|---|---|---|
| Secured | claimed: | $130,504.21 | | |
| Priority | claimed: | $0.00 | | |

*History:*

| Details | ◉ | 8-1 | 01/08/2019 | Claim #8 filed by City of Philadelphia, Amount claimed: $131303.15 (THURMOND, PAMELA) |
|---|---|---|---|---|

*Description:* (8-1) Real Estate Taxes, Trah Fees, Judgements, Unsecured Claims and Unliquidated Claims

*Remarks:*

| Creditor: (14257531) American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Claim No: 9 Original Filed Date: 01/14/2019 Original Entered Date: 01/14/2019 | Status: Filed by: CR Entered by: Shraddha Bharatia Modified: |
|---|---|---|

Amount claimed: $23,338.23 ‖‖

History:

| Details | ◉ | 9-1 | 01/14/2019 | Claim #9 filed by American Express National Bank, Amount claimed: $23338.23 (Bharatia, Shraddha) |
|---|---|---|---|---|

Description:

Remarks:

---

| Creditor: (14244286) History City of Philadelphia c/o Pamela Elchert Thurmond, Esquire Dept. of Revenue-Law 1401 JFK Blvd 5thFl Municipal Svc Bldg Philadelphia PA 19105 | Claim No: 10 Original Filed Date: 01/14/2019 Original Entered Date: 01/14/2019 | Status: Filed by: CR Entered by: PAMELA ELCHERT THURMOND Modified: |
|---|---|---|

Amount claimed: $116,622.33 ‖‖

Secured claimed: $116,622.33 ‖‖

History:

| Details | ◉ | 10-1 | 01/14/2019 | Claim #10 filed by City of Philadelphia, Amount claimed: $116622.33 (THURMOND, PAMELA) |
|---|---|---|---|---|

Description: (10-1) Water/Sewer

Remarks: (10-1) Arrears $116,622.33

---

| Creditor: (14253543) Delaware County Tax Claim Bureau Government Center c/o STEPHEN VINCENT BOTTIGLIERI 66 Euclid Street Suite C Woodbury, NJ 08096 | Claim No: 11 Original Filed Date: 01/18/2019 Original Entered Date: 01/18/2019 Last Amendment Filed: 05/24/2019 Last Amendment Entered: 05/24/2019 | Status: Filed by: CR Entered by: LEONARD B. ALTIERI, III Modified: |
|---|---|---|

Amount claimed: $16,169.36 ‖‖

Secured claimed: $16,169.36 ‖‖

History:

| Details | ◉ | 11-1 | 01/18/2019 | Claim #11 filed by Delaware County Tax Claim Bureau, Amount claimed: $11094.14 (BOTTIGLIERI, STEPHEN) |
|---|---|---|---|---|
| Details | ◉ | 11-2 | 01/23/2019 | Amended Claim #11 filed by Delaware County Tax Claim Bureau, Amount claimed: $11094.14 (BOTTIGLIERI, STEPHEN) |
| Details | ◉ | 11-3 | 05/24/2019 | Amended Claim #11 filed by Delaware County Tax Claim Bureau, Amount claimed: $16169.36 (ALTIERI, LEONARD) |

Description: (11-1) 2016-2017 Real Estate Taxes
(11-2) Delinquent Real Estate Taxes 2016-2017

(11-3) 2016-2018 Real Estate Taxes

*Remarks:* (11-1) 1328 Wycombe Ave/14-00-03942-00
(11-2) 1328 Wycombe Ave/14-00-03942-00
(11-3) 1328 Wycomb Ave/14-00-03942-00

| Creditor: (14253543) Delaware County Tax Claim Bureau Government Center c/o STEPHEN VINCENT BOTTIGLIERI 66 Euclid Street Suite C Woodbury, NJ 08096 | **Claim No: 12** *Original Filed Date:* 01/18/2019 *Original Entered Date:* 01/18/2019 *Last Amendment Filed:* 05/24/2019 *Last Amendment Entered:* 05/24/2019 | *Status:* *Filed by:* CR *Entered by:* LEONARD B. ALTIERI, III *Modified:* |
|---|---|---|

| Amount | claimed: | $17,280.74 | | |
|---|---|---|---|---|
| Secured | claimed: | $17,280.74 | | |

*History:*

| Details | ◉ | 12-1 | 01/18/2019 | Claim #12 filed by Delaware County Tax Claim Bureau, Amount claimed: $11862.90 (BOTTIGLIERI, STEPHEN) |
|---|---|---|---|---|
| Details | ◉ | 12-2 | 05/24/2019 | Amended Claim #12 filed by Delaware County Tax Claim Bureau, Amount claimed: $17280.74 (ALTIERI, LEONARD) |

*Description:* (12-1) 2016-2017 Real Estate Taxes
(12-2) 2016-2018 Real Estate Taxes

*Remarks:* (12-1) 215 Spring Valley Road/14-00-03077-00
(12-2) 215 Spring Valley Road/14-00-03077-00

| Creditor: (14253543) Delaware County Tax Claim Bureau Government Center c/o STEPHEN VINCENT BOTTIGLIERI 66 Euclid Street Suite C Woodbury, NJ 08096 | **Claim No: 13** *Original Filed Date:* 01/18/2019 *Original Entered Date:* 01/18/2019 *Last Amendment Filed:* 05/24/2019 *Last Amendment Entered:* 05/24/2019 | *Status:* *Filed by:* CR *Entered by:* LEONARD B. ALTIERI, III *Modified:* |
|---|---|---|

| Amount | claimed: | $8,561.56 | | |
|---|---|---|---|---|
| Secured | claimed: | $8,561.56 | | |

*History:*

| Details | ◉ | 13-1 | 01/18/2019 | Claim #13 filed by Delaware County Tax Claim Bureau, Amount claimed: $7313.32 (BOTTIGLIERI, STEPHEN) |
|---|---|---|---|---|
| Details | ◉ | 13-2 | 05/24/2019 | Amended Claim #13 filed by Delaware County Tax Claim Bureau, Amount claimed: $8561.56 (ALTIERI, LEONARD) |

*Description:* (13-1) 2016-2016 Real Estate Taxes
(13-2) 2016-2018 Real Estate Taxes

*Remarks:* (13-1) 1508 Rainer Road/07-00-00600-24
(13-2) 1508 Rainer Road/07-00-00600-24

| Creditor: (14253543) Delaware County Tax Claim Bureau Government Center c/o STEPHEN VINCENT BOTTIGLIERI 66 Euclid Street Suite C Woodbury, NJ 08096 | Claim No: 14 Original Filed Date: 01/18/2019 Original Entered Date: 01/18/2019 Last Amendment Filed: 05/24/2019 Last Amendment Entered: 05/24/2019 | Status: Filed by: CR Entered by: LEONARD B. ALTIERI, III Modified: |
|---|---|---|

| Amount | claimed: | $15,938.46 | |
|---|---|---|---|
| Secured | claimed: | $15,938.48 | |

**History:**

| Details | ⊙ | 14-1 | 01/18/2019 | Claim #14 filed by Delaware County Tax Claim Bureau, Amount claimed: $10937.38 (BOTTIGLIERI, STEPHEN) |
|---|---|---|---|---|
| Details | ⊙ | 14-2 | 05/24/2019 | Amended Claim #14 filed by Delaware County Tax Claim Bureau, Amount claimed: $15938.46 (ALTIERI, LEONARD) |

Description: (14-1) 2016-2017 Real Estate Taxes
(14-2) 2016-2018 Real Estate Taxes

Remarks: (14-1) 1329 Edgehill Road/14-00-00739-00
(14-2) 1329 Edgehill Road/14-00-00739-00

| Creditor: (14253543) Delaware County Tax Claim Bureau Government Center c/o STEPHEN VINCENT BOTTIGLIERI 66 Euclid Street Suite C Woodbury, NJ 08096 | Claim No: 15 Original Filed Date: 01/18/2019 Original Entered Date: 01/18/2019 Last Amendment Filed: 05/24/2019 Last Amendment Entered: 05/24/2019 | Status: Filed by: CR Entered by: LEONARD B. ALTIERI, III Modified: |
|---|---|---|

| Amount | claimed: | $10,335.42 | |
|---|---|---|---|
| Secured | claimed: | $10,335.24 | |

**History:**

| Details | ⊙ | 15-1 | 01/18/2019 | Claim #15 filed by Delaware County Tax Claim Bureau, Amount claimed: $5258.78 (BOTTIGLIERI, STEPHEN) |
|---|---|---|---|---|
| Details | ⊙ | 15-2 | 05/24/2019 | Amended Claim #15 filed by Delaware County Tax Claim Bureau, Amount claimed: $10335.42 (ALTIERI, LEONARD) |

Description: (15-1) 2017 Real Estate Taxes
(15-2) 2017-2018 Real Estate Taxes

Remarks: (15-1) 228 Spring Valley Road/14-00-03125-00
(15-2) 228 Spring Valley Road/14-0-03125-00

| Creditor: (14253543) Delaware County Tax Claim Bureau Government Center c/o STEPHEN VINCENT BOTTIGLIERI 66 Euclid Street Suite C Woodbury, NJ 08096 | Claim No: 16 Original Filed Date: 01/18/2019 Original Entered Date: 01/18/2019 Last Amendment Filed: 05/24/2019 Last Amendment Entered: 05/24/2019 | Status: Filed by: CR Entered by: LEONARD B. ALTIERI, III Modified: |
|---|---|---|

| Amount | claimed: | $23,063.76 | | |
|---|---|---|---|---|
| Secured | claimed: | $23,063.76 | | |

History:

| Details | ◑ | 16-1 | 01/18/2019 | Claim #16 filed by Delaware County Tax Claim Bureau, Amount claimed: $12622.60 (BOTTIGLIERI, STEPHEN) |
|---|---|---|---|---|
| Details | ◑ | 16-2 | 05/24/2019 | Amended Claim #16 filed by Delaware County Tax Claim Bureau, Amount claimed: $23063.76 (ALTIERI, LEONARD) |

Description: (16-1) 2017 Real Estate Taxes
(16-2) 2017-2018 Real Estate Taxes

Remarks: (16-1) 3 Carriage Lane/16-02-00196-27
(16-2) 3 Carriage Lane/16-02-00196-27

| Creditor: (14253543) Delaware County Tax Claim Bureau Government Center c/o STEPHEN VINCENT BOTTIGLIERI 66 Euclid Street Suite C Woodbury, NJ 08096 | Claim No: 17 Original Filed Date: 01/18/2019 Original Entered Date: 01/18/2019 Last Amendment Filed: 05/24/2019 Last Amendment Entered: 05/24/2019 | Status: Filed by: CR Entered by: LEONARD B. ALTIERI, III Modified: |
|---|---|---|

| Amount | claimed: | $8,968.94 | | |
|---|---|---|---|---|
| Secured | claimed: | $8,968.94 | | |

History:

| Details | ◑ | 17-1 | 01/18/2019 | Claim #17 filed by Delaware County Tax Claim Bureau, Amount claimed: $4551.76 (BOTTIGLIERI, STEPHEN) |
|---|---|---|---|---|
| Details | ◑ | 17-2 | 05/24/2019 | Amended Claim #17 filed by Delaware County Tax Claim Bureau, Amount claimed: $8968.94 (ALTIERI, LEONARD) |

Description: (17-1) 2017 Real Estate Taxes
(17-2) 2017-2018 Real Estate Taxes

Remarks: (17-1) 125 Bartram Ave/23-00-00347-00
(17-2) 125 Bartram Ave/23-00-00347-00

| Creditor: (14253543) Delaware County Tax Claim Bureau Government Center c/o STEPHEN VINCENT BOTTIGLIERI 66 Euclid Street Suite C Woodbury, NJ 08096 | Claim No: 18 Original Filed Date: 01/18/2019 Original Entered Date: 01/18/2019 Last Amendment Filed: 05/24/2019 | Status: Filed by: CR Entered by: LEONARD B. ALTIERI, III Modified: 01/22/2019 |
|---|---|---|

Last Amendment
Entered: 05/24/2019

| Amount | claimed: | $13,077.70 | | |
| Secured | claimed: | $13,077.70 | | |

History:

| Details | ● | 18-1 | 01/18/2019 | Claim #18 filed by Delaware County Tax Claim Bureau, Amount claimed: $7219.11 (BOTTIGLIERI, STEPHEN) |
| Details | ● | 18-2 | 01/23/2019 | Amended Claim #18 filed by Delaware County Tax Claim Bureau, Amount claimed: $8991.00 (BOTTIGLIERI, STEPHEN) |
| Details | ● | 18-3 | 05/24/2019 | Amended Claim #18 filed by Delaware County Tax Claim Bureau, Amount claimed: $13077.70 (ALTIERI, LEONARD) |

Description: (18-1) 2016-2017 Real Estate Taxes
(18-2) Delinquent Real Estate Taxes 2016-2017
(18-3) 2016-2018 Real Estate Taxes

Remarks: (18-1) 324 Darby Terr/14-00-00523-00
(18-2) 324 Darby Terr/14-00-00523-00
(18-3) 324 Darby Terr/14-00-00523-00

---

| Creditor:        (14253543)<br>Delaware County Tax Claim Bureau<br>Government Center<br>c/o STEPHEN VINCENT BOTTIGLIERI<br>66 Euclid Street<br>Suite C<br>Woodbury, NJ 08096 | **Claim No: 19**<br>Original Filed<br>Date: 01/18/2019<br>Original Entered<br>Date: 01/18/2019<br>Last Amendment<br>Filed: 05/24/2019<br>Last Amendment<br>Entered: 05/24/2019 | Status:<br>Filed by: CR<br>Entered by: LEONARD B. ALTIERI, III<br>Modified: |

| Amount | claimed: | $11,141.14 | | |
| Secured | claimed: | $11,141.14 | | |

History:

| Details | ● | 19-1 | 01/18/2019 | Claim #19 filed by Delaware County Tax Claim Bureau, Amount claimed: $7667.46 (BOTTIGLIERI, STEPHEN) |
| Details | ● | 19-2 | 05/24/2019 | Amended Claim #19 filed by Delaware County Tax Claim Bureau, Amount claimed: $11141.14 (ALTIERI, LEONARD) |

Description: (19-1) 2016-2017
(19-2) 2016-2018 Real Estate Taxes

Remarks: (19-1) 418 S. 3rd Street/12-00-00775-00
(19-2) 418 S. 3rd Street/12-00-00775-00

---

| Creditor:        (14263186)<br>PNC Bank, National Association | **Claim No: 20**<br>Original Filed<br>Date: 01/25/2019 | Status:<br>Filed by: CR |

History:

| Details | ● | 20-1 | 01/25/2019 | Claim #20 filed by PNC Bank, National Association, Amount claimed: $84606.00 (VELTER, KARINA) |

Description: (20-1) Total arrears: $1,524.12

Remarks:

P.O. Box 94982 | *Original Entered* | *Entered by:* KARINA VELTER
Cleveland, OH 44101 | *Date:* 01/25/2019 | *Modified:*

| Amount | claimed: | $84,606.00 | | |
| Secured | claimed: | $84,606.00 | | |

History:

| Details | ● | 20-1 | 01/25/2019 | Claim #20 filed by PNC Bank, National Association, Amount claimed: $84606.00 (VELTER, KARINA) |

Description: (20-1) Total arrears: $1,524.12

Remarks:

---

| *Creditor:* (14244344) | **Claim No: 21** | *Status:* |
| Santander Consumer USA Inc. | *Original Filed* | *Filed by:* CR |
| P.O. Box 961245 | *Date:* 02/18/2019 | *Entered by:* Michelle Breanna Derrick |
| Forth Worth TX 76161 | *Original Entered* | *Modified:* |
| | *Date:* 02/18/2019 | |

| Amount | claimed: | $32,551.91 | | |
| Secured | claimed: | $32,551.91 | | |

History:

| Details | ● | 21-1 | 02/18/2019 | Claim #21 filed by Santander Consumer USA Inc., Amount claimed: $32551.91 (Derrick, Michelle) |

Description: (21-1) 2017 Ford Tru Explorer

Remarks:

---

| *Creditor:* (14275622) | **Claim No: 22** | *Status:* |
| PNC Bank, N.A. | *Original Filed* | *Filed by:* CR |
| P.O. Box 94982 | *Date:* 02/19/2019 | *Entered by:* KEVIN G. MCDONALD |
| Cleveland, OH 44101 | *Original Entered* | *Modified:* |
| | *Date:* 02/19/2019 | |

| Amount | claimed: | $41,207.67 | | |
| Secured | claimed: | $41,207.67 | | |

History:

| Details | ● | 22-1 | 02/19/2019 | Claim #22 filed by PNC Bank, N.A., Amount claimed: $41207.67 (MCDONALD, KEVIN) |
| | | doc | 03/15/2019 | Notice of Mortgage Payment Change (Claim # 22) with Certificate of Service Filed by PNC BANK NATIONAL ASSOCIATION. (Attachments: # 1 Exhibit Contract)(Dunaway, DaLisa) |
| | | doc | 04/16/2019 | Notice of Mortgage Payment Change (Claim # 22) with Certificate of Service Filed by PNC BANK NATIONAL ASSOCIATION. (Attachments: # 1 Exhibit) (Spry, Erin) |
| | | doc | 05/15/2019 | Notice of Mortgage Payment Change (Claim # 22) with Certificate of Service Filed by PNC Bank, National Association. (Attachments: # 1 Exhibit)(Porter, Jodi) |

Description: (22-1) RE: 3 Carriage Lane Lansdowne, PA 19050

Remarks: (22-1) Arrears: 0.00

| Creditor: (14275718) BB&T, bankruptcy section 100-50-01-51 P.O. box 1847 Wilson, NC 27894 | **Claim No: 23** Original Filed Date: 02/19/2019 Original Entered Date: 02/19/2019 | Status: Filed by: CR Entered by: Aleksandra W. Page Modified: |
|---|---|---|

| Amount | claimed: | $128,308.88 | | |
|---|---|---|---|---|

History:

| Details | ● | 23-1 | 02/19/2019 | Claim #23 filed by BB&T, bankruptcy section, Amount claimed: $128308.88 (Page, Aleksandra) |
|---|---|---|---|---|

Description: (23-1) 2801

Remarks:

| Creditor: (14275718) BB&T, bankruptcy section 100-50-01-51 P.O. box 1847 Wilson, NC 27894 | **Claim No: 24** Original Filed Date: 02/19/2019 Original Entered Date: 02/19/2019 | Status: Filed by: CR Entered by: Aleksandra W. Page Modified: |
|---|---|---|

| Amount | claimed: | $156,495.97 | | |
|---|---|---|---|---|
| Secured | claimed: | $156,495.97 | | |

History:

| Details | ● | 24-1 | 02/19/2019 | Claim #24 filed by BB&T, bankruptcy section, Amount claimed: $156495.97 (Page, Aleksandra) |
|---|---|---|---|---|

Description: (24-1) 2802

Remarks:

| Creditor: (14275718) BB&T, bankruptcy section 100-50-01-51 P.O. box 1847 Wilson, NC 27894 | **Claim No: 25** Original Filed Date: 02/19/2019 Original Entered Date: 02/19/2019 | Status: Filed by: CR Entered by: Aleksandra W. Page Modified: |
|---|---|---|

| Amount | claimed: | $509,202.05 | | |
|---|---|---|---|---|
| Secured | claimed: | $509,202.05 | | |

History:

| Details | ● | 25-1 | 02/19/2019 | Claim #25 filed by BB&T, bankruptcy section, Amount claimed: $509202.05 (Page, Aleksandra) |
|---|---|---|---|---|

Description: (25-1) 2803

Remarks:

| Creditor: (14275718)<br>BB&T, bankruptcy section<br>100-50-01-51<br>P.O. box 1847<br>Wilson, NC 27894 | **Claim No: 26**<br>*Original Filed*<br>*Date:* 02/19/2019<br>*Original Entered*<br>*Date:* 02/19/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Aleksandra W. Page<br>*Modified:* |
|---|---|---|

Amount claimed: $163,348.88

*History:*

| Details | ● | 26-1 | 02/19/2019 | Claim #26 filed by BB&T, bankruptcy section, Amount claimed: $163348.88 (Page, Aleksandra) |
|---|---|---|---|---|

*Description:* (26-1) 2804

*Remarks:*

| Creditor: (14275718)<br>BB&T, bankruptcy section<br>100-50-01-51<br>P.O. box 1847<br>Wilson, NC 27894 | **Claim No: 27**<br>*Original Filed*<br>*Date:* 02/19/2019<br>*Original Entered*<br>*Date:* 02/19/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Aleksandra W. Page<br>*Modified:* |
|---|---|---|

Amount claimed: $290,010.73
Secured claimed: $290,010.73

*History:*

| Details | ● | 27-1 | 02/19/2019 | Claim #27 filed by BB&T, bankruptcy section, Amount claimed: $290010.73 (Page, Aleksandra) |
|---|---|---|---|---|

*Description:* (27-1) 3601

*Remarks:*

| Creditor: (14346810)<br>American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | **Claim No: 28**<br>*Original Filed*<br>*Date:* 06/25/2019<br>*Original Entered*<br>*Date:* 06/25/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Sabari Mukherjee<br>*Modified:* |
|---|---|---|

Amount claimed: $23,338.23

*History:*

| Details | ● | 28-1 | 06/25/2019 | Claim #28 filed by American Express National Bank, Amount claimed: $23338.23 (Mukherjee, Sabari) |
|---|---|---|---|---|

*Description:*

*Remarks:*

*History:*

| Details | ● | 29-1 | 07/24/2019 | Claim #29 filed by Cornerstone Bank, Amount claimed: $964155.99 (EINGORN, KYLE) |
|---|---|---|---|---|

*Description:*

*Remarks:*

| Creditor: (14257468)<br>Cornerstone Bank<br>c/o KYLE FRANCIS EINGORN, Esquire<br>Dembo, Brown & Burns LLP<br>1300 Route 73<br>Suite 205<br>Mount Laurel, NJ 08054 | Claim No: 29<br>Original Filed<br>Date: 07/24/2019<br>Original Entered<br>Date: 07/24/2019 | Status:<br>Filed by: CR<br>Entered by: KYLE FRANCIS EINGORN<br>Modified: |

Amount claimed: $964,155.99

History:

| Details | ◉ | 29-1 | 07/24/2019 | Claim #29 filed by Cornerstone Bank, Amount claimed: $964155.99 (EINGORN, KYLE) |

Description:

Remarks:

## Claims Register Summary

**Case Name:** Earle Stanley Greer
**Case Number:** 18-18146-elf
**Chapter:** 11
**Date Filed:** 12/11/2018
**Total Number Of Claims:** 29

| Total Amount Claimed* | $2,868,762.44 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $1,528,675.83 | |
| Priority | $10,508.39 | |
| Administrative | | |
| Unassigned (unsecured) | $1,329,578.22 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/08/2019 14:43:57 | | | |
| PACER Login: | pgw00079:2613415:0 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 18-18146-elf Filed or Entered From: I/1/1900 Filed or Entered To: 11/8/2019 |

| Billable Pages: | 4 | Cost: | 0.40 |
|---|---|---|---|