## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re:                                           :     Chapter 11
                                                 :
         EARLE STANLEY GREER                     :     Bankruptcy No. 18-18146-ELF
                                                 :
                                                 :
                    Debtor.                      :
                                                 :
                                                 :
-------------------------------------------------x
```

## **PRAECIPE TO WITHDRAW OBJECTION**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Philadelphia Gas Works' Objection to the Debtor's Chapter 11 Plan and Disclosure Statement, which was filed on November 8, 2019.

                              Respectfully submitted,

                              PHILADELPHIA GAS WORKS

Dated: November 20, 2019           By: */s/ Pearl Pham*
                                            PEARL PHAM
                                            Attorney for Philadelphia Gas Works
                                            800 W. Montgomery Avenue
                                            Philadelphia, PA 19122
                                            215-684-6227 (phone)
                                            Email: pearl.pham@pgworks.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                            :        Chapter 11
                                                  :
    EARLE STANLEY GREER         :        Bankruptcy No. 18-18146-ELF
                                                  :
                                                  :
                Debtor.      :
                                                  :
                                                  :
---------------------------------------------------------x

## CERTIFICATION OF SERVICE

    I, Pearl Pham, attorney for Philadelphia Gas Works, hereby certify that a true and correct copy of the foregoing Philadelphia Gas Works' Praecipe to Withdraw Objection was served by the means designated below on the date set forth below, upon all parties including the following:

**VIA ECF filing**
Valerie A. Hippert
Valerie A. Hibbert, Esq. PC
18 North Lansdowne Avenue
Lansdowne, PA 19050

**VIA ECF filing**
Dave P. Adams, Esq.
United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19107

**VIA regular mail**
Earle Stanley Greer
3 Carriage Lane
Lansdowne, PA 19050


Dated: November 20, 2019        /s/  Pearl Pham_____
                                Attorney for Philadelphia Gas Works
                                800 W. Montgomery Avenue
                                Philadelphia, PA 19122
                                (215) 684-6227
                                pearl.pham@pgworks.com