IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| EARLE STANLEY GREER, | : | BANKR. NO. 18-18146ELF |
| | : | |
| Debtor. | : | |

**JUDGMENT AGAINST DEBTOR
AND ORDER DISMISSING CASE**

AND NOW, this **22nd day of November, 2019**, upon consideration of the U. S. trustee's Motion to Dismiss, and his request for entry of a judgment against the Debtor for all unpaid fees pursuant to 28 U.S.C. § 1930(a)(6), and the Debtor's response, and after a hearing, and for the reasons stated in court, it is

**ORDERED** as follows:

Judgment is hereby entered in favor of the United States trustee against the Debtor in the principal sum of **$1,300.00**, plus applicable interest, if any, being the actual or minimum amount of the accrued but unpaid fees to the United States trustee pursuant to 28 U.S.C. § 1930(a)(6), as amended;

IT IS FURTHER **ORDERED** that the U. S. trustee's Motion to Dismiss is **GRANTED** and this case is hereby **DISMISSED**.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**