United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 18-18146-elf
Earle Stanley Greer                                                      Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: TashaD              Page 1 of 3              Date Rcvd: Nov 22, 2019
                            Form ID: pdf900           Total Noticed: 91

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.

```
db          +Earle Stanley Greer,    3 Carriage Lane,    Lansdowne, PA 19050-2318
cr          +BANKRUPTCY GROUP, MS CITY OF PHILADELPHIA LAW DEPA,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,
              PHILADELPHIA, PA 19102-1617
cr          +BB&T,    Barley Snyder, LLP,    126 E. King Street,    Lancaster, PA 17602-2893
cr          +Cornerstone Bank,    Dembo, Brown & Burns LLP,    1300 Route 73,    Suite 205,
              Mount Laurel, NJ  08054,    UNITED STATES 08054-2200
cr          +Stonehedge Funding, LLC,    P. O. Box 460,    Uwchland, PA 19480-0460
14244340    +Allstate Insurance Co.,    55 E. Cheltenham Ave.,    Cheltenham PA 19012-1412
14244316     American Express,    P.O. Box 1270,    Newark NJ 07101-1270
14257531     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern  PA 19355-0701
14244325    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    P.O. Box 15019,    Wilmington DE 19886-5019)
14417314    +Betty Clarke,    2403 South Edgewood,    Philadelphia,PA 19142-3201
14268240    +Branch Banking and Trust Company,    C/O Joseph P. Schalk, Esquire,    Barley Snyder, LLP,
              126 East King Street,    Lancaster, PA 17602-2893
14417316    +City of Philadelphia Law Tax & Revenue U,    1401 JFK Blvd. 5th Floor,
              Philadelphia,PA 19102-1617
14255727    +Commonwealth of Pennsylvania,    Department of Revenue,    c/o CAROL E. MOMJIAN,
              Office of the Attorney General,    1600 Arch Street, Third Floor,    Philadelphia, PA 19103-2016
14417317    +Conerstone Bank,    6000 Midatlantic Drive, Suite 120,    Mt Laurel,NJ 08054-1516
14256957    +Cornerstone Bank,    c/o Michael E. Brown, Esquire,    Dembo, Brown & Burns LLP,    1300 Route 73,
              Suite 205,    Mount Laurel, NJ 08054-2200
14257468    +Cornerstone Bank,    c/o KYLE FRANCIS EINGORN, Esquire,    Dembo, Brown & Burns LLP,
              1300 Route 73,    Suite 205,    Mount Laurel, NJ 08054-2200
14244314    +Cornerstone Bank,    6000 Midlantic Drive,    Suite 120 S,    Mt. Laurel NJ 08054-1516
14417319    +Dawn Hoover,    1508 Rainer Road,    Brookhaven,PA 19015-1942
14417326    +Delaware County Tax Claim Bureau, Gov Ce,    66 Euclid Street, Suite C,    Woodbury,PA 08096-4626
14417327    +Delaware County Tax Claim-Gov Center,    66 Euclid St., Suite C,    Woodbury,NJ 08096-4626
14417329    +Delaware County Tax Claim-Government Cen,    66 Euclid Street, Suite C,    Woodbury,NJ 08096-4626
14417328    +Delaware County Tax Claim-Government Cen,    66 Euclid Street, Suite C,    Woodbury,PA 08096-4626
14417330    +Delaware Tax Claim -Government Center,    66 Euclid Street, Suite C,    Woodbury,NJ 08096-4626
14417331    +Delaware Tax Claim-Gov Center,    66 Euclid St., Suite C,    Woodbury,NJ 08096-4626
14417333    +Donte Holly,    5237 Race,    Philadelphia,PA 19139-2607
14417334    +Dwight Rutledge,    1339 Narragansett St,    Phila,PA 19138-1911
14417335    +Erica Pannerbarker,    5711 Reedland St,    Phila,PA 19143-6131
14244292     Foremost Insurance Group,    P.O. Box 3333,    Grand Rapids MI 49501-3333
14244326    +GRB Law,    1425 Spruce Street,    Suite 100,    Philadelphia PA 19102-4578
14248860    +Gary F. Seitz , as City Sequestrator,    Gellert Scali Busenkell & Brown LLC,    8 Penn Center,
              1628 John F. Kennedy Blvd , Suite 1901,    Philadelphia , PA 19103-2113
14417337    +Gary F. Seitz, City Sequestrator,    1628 JFK BLVD,    Philadelphia,PA 19103-2125
14417336    +Gary F. Seitz, City Sequestrator,    1628 JFK BLVD, Suite 19103,    Philadelphia,PA 19103-2125
14417338    +Gary F. Sietz,City Sequestrator,    1628 JFK BLVD,    Philadelphia,PA 19103-2125
14417339    +Geraldine Wilkins,    21 North Edgewood Street,    Philadelphia,PA 19139-2350
14417340    +Gina Hobbs,    5715 Reedland St.,    Phila,PA 19143-6131
14244342    +Infiniti Financial Services,    P.O. Box 650424,    Dallas TX 75265-0424
14244291     Infinity Financial Services,    P.O. Box 923747,    Peachtree Corners GA 30010-3747
14417342    +Kamillah Royster,    2510 Bonnaffon St.,    Philadelphia,PA 19142-2716
14417343    +Kim Taylor,    6856 Guyer Ave,    Philad,PA 19142-2519
14417344    +LOAN BUILDER,    3505 SILVERSIDE ROAD,    WILMIMGTON,DE 19810-4905
14244336     Linebarger Goggan Blair Law Firm,    1600 JKF Blvd. #910,    Philadelphia PA 19103
14244362    +Loan Builder (paypal),    3505 Silverside Rd.,    Wilmington DE 19810-4905
14417345    +Luvenia Alexander,    137 North Ruby St,    Phila,PA 19139-2632
14417347    +PGW,    800 West Montgomery Ave,    Philadelphia,PA 19122-2806
14272030    +PNC BANK NATIONAL ASSOCIATION,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
              701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14244364     PNC Bank,    P.O. Box 1820,    Dayton OH 45401-1820
14275622    +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
14417350    +PNC Bank, NA,    PO Box 94982,    Cleveland,OH 44101-4982
14263186    +PNC Bank, National Association,    P.O. Box 94982,    Cleveland, OH 44101-4982
14257469    +PNC Bank, National Association,    c/o KARINA VELTER,    Manley Deas Kochalski LLC,
              P.O. Box 165028,    Columbus, OH 43216-5028
14244341    +Penn Credit Corp.,    P.O. Box 1259,    Dept. 91047,    Oaks PA 19456-1259
14246656    +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
14244287    +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia PA 19122-2898
14244293    +Progressive Financial Services Inc.,    P.O. Box 22083,    Tempe AZ 85285-2083
14244339    +RCB,    5900-08 Torresdale Ave.,    Philadelphia PA 19135-4127
14417351    +Ron Harris,    418 South 3rd Street,    Colwyn,PA 19023-3109
14244344    +Santander Consumer USA Inc.,    P.O. Box 961245,    Forth Worth TX 76161-0244
14417353     Shiela Irving2536 Bonnaffon St,    Phila,PA 19142
14244337     Southwest Delaware County,    Municipal Authority,    One Gamble lane,    P.O. Box 2466,
              Aston PA 19014-0466
14417354    +Swift Financia, LLC,    625 W. Ridge Pike,    Building E Suite 207,    Conshohoken,PA 19428-1180
```

```
District/off: 0313-2          User: TashaD              Page 2 of 3              Date Rcvd: Nov 22, 2019
                              Form ID: pdf900           Total Noticed: 91


14417355       +Swift Financial, LLC,    3505 Silverside Road. Suite 200,    Willington,DE 19810-4905
14255068       +Swift Financial, LLC as servicing agent,     for WebBank successor in interest,
                 to Celtic Bank Corp,    3505 Silverside Road, Suite 200,    Wilmington, DE 19810-4905
14417356        Tanzania Davis,    2101 N. 68th Street,    Philadelphia,PA 19142
14417357       +Terry Robinson,    1328 Wycombe Ave,    Darby,PA 19023-1327
14417358       +Toby Levan,    735 South Cecil St.,    Philadelphia,PA 19143-2728
14244315        Univest Bank,    P.O. Box 197,    Souderton PA 18964-0197
14244290        Vital Recovery Services LLC,    P.O. Box 923747,    Peachtree Corners GA 30010-3747
14417360       +WELLS FARGO,    PO BOX 30086,    LOS ANGELES,CA 90030-0086
14244324       +Wells Fargo Bank,    P.O. Box 30086,    Los Angeles CA 90030-0086
14417361       +Willie Clarke,    5107 Folson Street,    Phila,PA 19139-1529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 23 2019 03:26:19     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: cio.bncmail@irs.gov Nov 23 2019 03:25:03      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 23 2019 03:25:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Nov 23 2019 03:26:19     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2019 03:25:34
                 Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA 17128-0946
cr             +E-mail/Text: duffyk@co.delaware.pa.us Nov 23 2019 03:26:30     Delaware County Tax Claim Bureau,
                 Government Center,    201 W. Front Street,    Media, PA 19063-2708
14244343       +E-mail/Text: EBNProcessing@afni.com Nov 23 2019 03:25:48     AFNI,    P.O. Box 3097,
                 Bloomington IL 61702-3097
14417310        E-mail/Text: bankruptcy@bbandt.com Nov 23 2019 03:25:05     BB&T,    PO Box 1847,
                 Wilson,NC 27894
14244294        E-mail/Text: bankruptcy@bbandt.com Nov 23 2019 03:25:05     BB&T Bank,    P.O. Box 819,
                 Wilson NC 27894-0819
14417313       +E-mail/Text: bankruptcy@bbandt.com Nov 23 2019 03:25:05     BB&T Bankruptcy Section,
                 PO Box 1847,    Wilson,NC 27894-1847
14275718       +E-mail/Text: bankruptcy@bbandt.com Nov 23 2019 03:25:05     BB&T, bankruptcy section,
                 100-50-01-51,    P.O. box 1847,    Wilson, NC 27894-1847
14417315        E-mail/Text: megan.harper@phila.gov Nov 23 2019 03:26:19     City of Philadelphia,
                 Department of Revenue,    1401 JFK Blvd 5th Floor,    Philadelphia,PA 19105
14244286        E-mail/Text: megan.harper@phila.gov Nov 23 2019 03:26:19     City of Philadelphia,
                 c/o Pamela Elchert Thurmond, Esquire,    Dept. of Revenue-Law,
                 1401 JFK Blvd 5thFl Municipal Svc Bldg,    Philadelphia PA 19105
14417320       +E-mail/Text: duffyk@co.delaware.pa.us Nov 23 2019 03:26:30     DELAWARE COUNTY TAX CLAIM BUREAU,
                 201 WEST FRONT STREET,    MEDIA,PA 19063-2768
14417322       +E-mail/Text: duffyk@co.delaware.pa.us Nov 23 2019 03:26:30     DELAWARE COUNTY TAX CLAIM BUREAU,
                 201 W FRONT,    MEDIA,PA 19063-2768
14417321       +E-mail/Text: duffyk@co.delaware.pa.us Nov 23 2019 03:26:30     DELAWARE COUNTY TAX CLAIM BUREAU,
                 201 W FRONT STREET,    MEDIA,PA 19063-2768
14253543       +E-mail/Text: steve@bottiglierilaw.com Nov 23 2019 03:26:47     Delaware County Tax Claim Bureau,
                 Government Center,    c/o STEPHEN VINCENT BOTTIGLIERI,    66 Euclid Street,    Suite C,
                 Woodbury, NJ 08096-4626
14417346       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2019 03:25:34     PA DEPARTMENT OF REVENUE,
                 PO BOX 280946,    HARRISBURG,PA 17128-0946
14244288       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 23 2019 03:25:07     PECO,    P.O. Box 37629,
                 Philadelphia PA 19101-0629
14249211        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2019 03:25:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA 17128-0946
14244363        E-mail/Text: duffyk@co.delaware.pa.us Nov 23 2019 03:26:30
                 Tax Claim Bureau (County of Delaware),    201 West Front Street,    (Govt Center Building),
                 Media PA 19063-2768
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*            +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
14417307*      +AFNI,    PO BOX 3097,    BLOOMINGTON,IL 61702-3097
14417308*      +AMERICAN EXPRESS,    PO BOX 1270,    NEWARK,NJ 07101-1270
14346810*       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14417309*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,    PO BOX 15019,    WILMINGTON,DE 19886)
14417311*     ++BB AND T,    PO BOX 1847,    WILSON NC 27894-1847
               (address filed with court: BB&T,    PO Box 1847,    Wilson,NC 27894)
14417312*     ++BB AND T,    PO BOX 1847,    WILSON NC 27894-1847
               (address filed with court: BB&T Bank,    P. O. Box 819,    Wilson,NC 27894)
14417318*      +Cornerstone Bank,    6000 Midlantic Drive Suite 120 S,    MT Laurel,NJ 08054-1516
14417323*      +DELAWARE COUNTY TAX CLAIM BUREAU,    201 WEST FRONT STREET,    MEDIA,PA 19063-2768
```

```
District/off: 0313-2         User: TashaD              Page 3 of 3            Date Rcvd: Nov 22, 2019
                             Form ID: pdf900           Total Noticed: 91

            ***** BYPASSED RECIPIENTS (continued) *****
14417324*     +DELAWARE COUNTY TAX CLAIM BUREAU,    201 WEST FRONT STREET,    MEDIA,PA 19063-2768
14417325*     +DELAWARE COUNTY TAX CLAIM BUREAU,    201 WEST FRONT STREET,    MEDIA,PA 19063-2768
14417332*     +Delaware Tax Claim-Government Center,    66 Euclid St., Suite C,    Woodbury,NJ 08096-4626
14417341*     +INFINITI FINANCIAL SERVICES,    PO BOX 650424,    DALLAS,TX 75265-0424
14417348*     +PGW,    800 West Montgomery Ave,    Philadelphia,,PA 19122-2806
14417349*     +PNC BANK,    P.O. Box 1820,    Dayton,OH 45401-1820
14417352*     +Santander Consumer USA Inc.,    PO Box 961245,    forth Worth,TX 76161-0244
14417359*     +Univest Bank,    P.O. Box 197,    Souderton,Pa 18964-0197
                                                                                        TOTALS: 0, * 18, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:

```
          CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
           cmomjian@attorneygeneral.gov
          DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
          JOSEPH PATRICK SCHALK    on behalf of Creditor    BB&T jschalk@barley.com,
           cbrelje@barley.com;jrachor@barley.com
          KARINA  VELTER    on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com
          KARINA  VELTER    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          KYLE FRANCIS EINGORN    on behalf of Creditor    Cornerstone Bank keingorn@dbblegal.com
          LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
           laltieri@toscanigillin.com
          MICHAEL E. BROWN    on behalf of Creditor    Cornerstone Bank mbrown@dbblegal.com,
           keingorn@dbblegal.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          PAMELA ELCHERT THURMOND    on behalf of Creditor BANKRUPTCY GROUP, MS  CITY OF PHILADELPHIA LAW
           DEPARTMENT TAX & REVENUE UNIT pamela.thurmond@phila.gov,   karena.blaylock@phila.gov
          PEARL  PHAM    on behalf of Creditor    Philadelphia Gas Works pearl.pham@pgworks.com
          ROBERT S. ESPOSITO    on behalf of Creditor    Stonehedge Funding, LLC RSE@AttorneyEsposito.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          VALERIE A. HIBBERT    on behalf of Debtor Earle Stanley Greer vah963@gmail.com
                                                                                             TOTAL: 15
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 11 |
|---|---|---|
| EARLE STANLEY GREER, | : | BANKR. NO. 18-18146ELF |
| Debtor. | : | |

**JUDGMENT AGAINST DEBTOR
AND ORDER DISMISSING CASE**

AND NOW, this **22nd day of November, 2019**, upon consideration of the U. S. trustee's Motion to Dismiss, and his request for entry of a judgment against the Debtor for all unpaid fees pursuant to 28 U.S.C. § 1930(a)(6), and the Debtor's response, and after a hearing, and for the reasons stated in court, it is

**ORDERED** as follows:

Judgment is hereby entered in favor of the United States trustee against the Debtor in the principal sum of **$1,300.00**, plus applicable interest, if any, being the actual or minimum amount of the accrued but unpaid fees to the United States trustee pursuant to 28 U.S.C. § 1930(a)(6), as amended;

IT IS FURTHER **ORDERED** that the U. S. trustee's Motion to Dismiss is **GRANTED** and this case is hereby **DISMISSED**.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE